Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone:    415-296-7070
Facsimile:    415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN**
 **CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone:    805-543-0990
Facsimile:    805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., | Case No. 5:26-cv-00945-NC |
| | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| YASUMASA YAMAMOTO, and DOES 1-10, inclusive, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Jeremiah A. Armstrong, hereby certify that on June 4, 2026, I caused true and correct copies of the following documents to be served on the persons listed below by electronic mail at the email addresses shown:

1.  Plaintiffs' Motion to Authorize Alternative Service on Defendant Yasumasa Yamamoto Pursuant to Federal Rule of Civil Procedure 4(f)(3) (ECF No. 11);

2.  Declaration of Harumi Akimoto in support thereof, with exhibits (ECF No. 11-1);

3.  Declaration of Jeremiah A. Armstrong in support thereof, with exhibits (ECF No. 11-2); and

4.  [Proposed] Order Granting Plaintiffs' Motion to Authorize Alternative Service (ECF No. 11-3).

Service was effected via electronic mail only upon:

> Defendant Yasumasa Yamamoto
> yasumasayamamoto@gmail.com
>
> Thomas R. Burke (Davis Wright Tremaine LLP)
> thomasburke@dwt.com
> Sarah Burns (Davis Wright Tremaine LLP)
> sarahburns@dwt.com
>
> *Counsel who represented Defendant Yasumasa Yamamoto in the related prior action in the Superior Court of California, County of San Mateo, Case No. 25-CIV-06027*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2026, at Half Moon Bay, California.

_____
Jeremiah A. Armstrong

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301