UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Md Anis Uzzaman, et al.          ,

Plaintiff(s),

v.

Yasumasa Yamamoto          ,

Defendant(s).

Case No. 5:26 cv 00945 NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dawn Yukiko Yamane Hewett , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Yasumasa Yamamoto in the above-entitled action. My local co-counsel in this case is Scott Schlafer , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 335708 .

555 13th Street NW, Suite 600, Washington, DC 20004
MY ADDRESS OF RECORD

202 538 8288
MY TELEPHONE # OF RECORD

dawnhewett@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

865 S Figueroa St, Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213 443 3721
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

scottschlafer@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 984923 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2026

Dawn Yukiko Yamane Hewett
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dawn Yukiko Yamane Hewett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2