Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone:    415-296-7070
Facsimile:    415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN
  CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone:    805-543-0990
Facsimile:    805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 5:26-cv-00945-NC<br><br>**CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS** |

Law Offices of
**Craig S. Miller, P.C.**
42 Miller Avenue • Mill Valley • CA 94941
Phone 415-296-7070 • Fax 415-449-6301

**CERTIFICATE OF SERVICE**

I, Jeremiah A. Armstrong, hereby certify that on July 20, 2026, I caused true and correct copies of the following documents to be served electronically via email upon Defendant Yasumasa Yamamoto and his current counsel of record, in explicit compliance with the Court's *Order Granting Motion for Alternative Service* (ECF No. 20):

1. Summons in a Civil Action

2. Complaint for Damages

3. Plaintiffs' Rule 7.1 Disclosure Statement and Certification Pursuant to Civil L.R. 3-15

4. Order Setting Initial Case Management Conference and ADR Deadlines

5. Clerk's Notice Continuing Initial Case Management Conference (ECF No. 10)

6. Plaintiffs' Consent to Magistrate Judge Jurisdiction (ECF No. 7)

7. Civil Standing Order: Chief Magistrate Judge Nathanael M. Cousins

8. Standing Order for All Judges of the Northern District of California

9. Order Granting Motion for Alternative Service (ECF No. 20)

Service was transmitted successfully to the following email addresses:

*Defendant:*
Yasumasa Yamamoto
yasumasayamamoto@gmail.com

*Defendant's Counsel:*
Dawn Y. Yamane Hewett
dawnhewett@quinnemanuel.com
Scott Schlafer
scottschlafer@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2026, at Half Moon Bay, California.

_____
Jeremiah A. Armstrong