QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Yasumasa Yamamoto*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YASUMASA YAMAMOTO, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 5:26-cv-00945-NC <br><br> **DEFENDANT YASUMASA YAMAMOTO'S CIVIL L.R. 3-15 DISCLOSURE STATEMENT** |

CASE NO. 5:26-cv-00945-NC

DEFENDANT YASUMASA YAMAMOTO'S CIVIL L.R. 3-15 DISCLOSURE

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to Defendant.

This disclosure is made solely to comply with Civil L.R. 3-15. Defendant expressly reserves all rights, defenses, and objections, including without limitation defenses relating to personal jurisdiction, forum non conveniens, venue, and service of process, and defenses on the merits. Nothing in this disclosure constitutes, or shall be construed as, an admission concerning domicile, residence, or any other jurisdictional fact, or a waiver of any defense. Defendant will supplement this disclosure promptly if any required information changes.

DATED: August 3, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/  Dawn Y. Yamane Hewett*

Dawn Y. Yamane Hewett
(DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Yasumasa Yamamoto*