QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Yasumasa Yamamoto*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YASUMASA YAMAMOTO, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 5:26-cv-00945-NC <br><br> **DEFENDANT YASUMASA YAMAMOTO'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yasumasa Yamamoto makes the following disclosure:

Defendant is a natural person and is not a corporation or other nongovernmental corporate party, and therefore no disclosure statement is required under Federal Rule of Civil Procedure 7.1(a)(1).

Plaintiffs allege that this Court's subject-matter jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).  Solely for purposes of the disclosure required by Federal Rule of Civil Procedure 7.1(a)(2), and without waiver of any defense or objection, Defendant states that, as of the date of this filing, he is a citizen of Japan.  There are no other individuals or entities whose citizenship is attributed to Defendant under 28 U.S.C. § 1332(a).  The undersigned counsel acknowledges the continuing obligation under Fed. R. Civ. P. 7.1(b)(2) to promptly file a supplemental statement if any required information changes.

This disclosure is made solely to comply with Federal Rule of Civil Procedure 7.1. Defendant expressly reserves all rights, defenses, and objections, including without limitation defenses relating to personal jurisdiction, forum non conveniens, venue, and service of process, and defenses on the merits.  Nothing in this disclosure constitutes, or shall be construed as, an admission concerning domicile, residence, or any other jurisdictional fact, or a waiver of any defense.

DATED: August 3, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Dawn Y. Yamane Hewett*

Dawn Y. Yamane Hewett
(DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Yasumasa Yamamoto*