Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone:    415-296-7070
Facsimile:    415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN
  CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone:    805-543-0990
Facsimile:    805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YASUMASA YAMAMOTO, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:26-cv-00945-NC <br><br> **DECLARATION OF JEREMIAH A. ARMSTRONG PURSUANT TO CIVIL LOCAL RULE 16-9(a) IN SUPPORT OF PLAINTIFFS' SEPARATE CASE MANAGEMENT STATEMENT** |

I, Jeremiah A. Armstrong, declare as follows:

1.    I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am Of Counsel to the Law Offices of Craig S. Miller, P.C., counsel of record for Plaintiffs Md Anis Uzzaman and Pegasus Tech Ventures, Inc. I have personal

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

knowledge of the matters stated below and, if called as a witness, could and would testify competently to them.

2. I submit this declaration pursuant to Civil Local Rule 16-9(a), which permits a party who is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint case management statement to file a separate statement accompanied by a declaration describing the conduct that prevented the preparation of a joint statement.

3. The Parties conducted their conference under Federal Rule of Civil Procedure 26(f) on July 27, 2026. The joint case management statement is due August 5, 2026 under the Clerk's Notice continuing the Case Management Conference (ECF No. 10).

4. On July 27, 2026 at 12:55 p.m., I circulated to counsel for Defendant a complete draft of the Joint Case Management Statement addressing each topic required by the Standing Order for All Judges, with Plaintiffs' portions completed and bracketed placeholders for Defendant's portions.

5. Defendant provided no edits or comments to that draft for eight days.

6. Counsel conferred by video conference on the morning of August 4, 2026. At 8:43 p.m. that evening, I emailed Dawn Y. Yamane Hewett, counsel for Defendant, to request Defendant's edits to the draft.

7. At 9:45 p.m. on August 4, 2026, Ms. Hewett served Defendant's first revisions to the draft, one day before the filing deadline.

8. At 2:30 a.m. on August 5, 2026, approximately five hours after receiving Defendant's revisions, I served Plaintiffs' responsive revisions on Defendant's counsel in both redline and clean form.

9. At 10:12 a.m. on August 5, 2026, I emailed Ms. Hewett to request an estimated time of delivery for Defendant's further revisions.

10. At 12:29 p.m. on August 5, 2026, Ms. Hewett responded: "We are working on our revisions and will get this back to you as soon as we can."

11. At 12:35 p.m. on August 5, 2026, I asked whether Defendant's revisions would again be delivered late in the evening. I received no response.

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

12.    At 10:30 p.m. on August 5, 2026, I emailed Ms. Hewett to advise that I had not received Defendant's revisions, that the joint statement was due at 11:59 p.m. that evening, and that if I did not receive Defendant's revisions by 10:45 p.m. I would file Plaintiffs' separate case management statement under Civil Local Rule 16-9(a). I also reserved Plaintiffs' right to provide counter-edits to whatever Defendant sent. I received no revisions by 10:45 p.m.

13.    Plaintiffs had previously agreed to perform the filing of the joint statement. However, because Defendant's portion of the statement was not provided in time to be reviewed, reconciled, and filed before the deadline, Plaintiffs file separately in order to comply with the Court's order rather than allow the deadline to pass.

14.    Plaintiffs seek no relief against Defendant or his counsel by reason of the foregoing. Plaintiffs submit this declaration solely to satisfy Civil Local Rule 16-9(a) and to explain to the Court why a joint statement was not filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2026.

Dated: August 5, 2026

Respectfully submitted,

/s/ *Jeremiah A. Armstrong*
Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN
  CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990

*Attorneys for Plaintiffs*

*Md Anis Uzzaman and*
*Pegasus Tech Ventures, Inc.*

LAW OFFICES OF
**CRAIG S. MILLER, P.C.**
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

DECLARATION OF JEREMIAH A. ARMSTRONG
Case No. 5:26-cv-00945-NC