QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Yasumasa Yamamoto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 5:26-cv-00945-NC<br><br>**DECLARATION OF DAWN Y. YAMANE HEWETT PURSUANT TO CIVIL LOCAL RULE 16-9(a)**<br><br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |

CASE NO. 5:26-cv-00945-NC

DECLARATION OF DAWN Y. YAMANE HEWETT PURSUANT TO CIVIL LOCAL RULE 16-9(a)

**DECLARATION OF DAWN Y. YAMANE HEWETT**

I, Dawn Y. Yamane Hewett, declare as follows:

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendant Yasumasa Yamamoto in this action. I make this declaration on personal knowledge in support of Defendant's Separate Case Management Statement, filed pursuant to Civil Local Rule 16-9(a).

2.      At 2:30 a.m. PT on August 5, 2026, Plaintiffs provided a draft of the Joint Case Management Statement with several substantive revisions from the prior draft. Plaintiffs' revised draft added new factual and legal assertions that had not appeared in the prior draft. My team and I worked to address those new assertions while also attempting to streamline Defendant's portions of the statement, consistent with this District's preference that a joint case management statement not exceed ten pages except in unusually complex cases. That work required additional time given the length of Plaintiffs' position statements (in addition to other competing deadlines that day), and we were not able to send our revisions to Plaintiffs until 10:55 p.m. For these reasons, the parties were unable to complete a joint case management statement by the August 5, 2026 deadline set by the Court's February 2, 2026 Order.

3.      On August 5, 2026, Plaintiffs filed a Separate Case Management Statement under Civil Local Rule 16-9(a) (ECF No. 24), together with a declaration of counsel.

4.      Defendant respectfully submits the accompanying Separate Case Management Statement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of August, 2026, at Washington, DC.

/s/ _____
Dawn Y. Yamane Hewett

DECLARATION OF DAWN Y. YAMANE HEWETT PURSUANT TO CIVIL LOCAL RULE 16-9(a)