# EXHIBIT A

# Yuta Yamasaki

Email: yuta.yamasaki@tkialaw.com
Tel: +81-(0)3-6273-3876

## PROFESSIONAL PROFILE

A former Japanese judge, currently working as an attorney at Tokyo International Law Office.  My business address is ARK Mori Building 24F 1-12-32 Akasaka, Minato-ku, Tokyo, Japan.  For over 10 years, I have been extensively engaged in numerous and various civil litigations and other court proceedings in Japan.



## HISTORY

Sep. 2007-Jan. 2014
Assistant Judge (Tokushima District Court and Saitama District Court)

Jan. 2014-Apr. 2016
Public Prosecutor (seconded to the Ministry of Foreign Affairs of Japan, Consular Affairs Bureau, Hague Convention Division)

Apr. 2016-Sep. 2017
Assistant Judge (Osaka District Court)

Sep. 2017-Mar. 2023
Judge (Osaka District Court, Tsu District Court and Tokyo District Court)

Apr. 2023
Joined Tokyo International Law Office

## EDUCATION

2006
LL.B., The University of Tokyo

2011
LL.M., Columbia Law School

**QUALIFICATION**

2023 Japan (Tokyo Bar Association)