# EXHIBIT C

# 民法（第一編第二編第三編）
# Civil Code (Part I, Part II and Part III)

（明治二十九年四月二十七日法律第八十九号）

(Act No. 89 of April 27, 1896)

## 第一編　総則
## Part I General Provisions
### 第一章　通則
### Chapter I Common Provisions

（基本原則）

(Fundamental Principles)

第一条　私権は、公共の福祉に適合しなければならない。

Article 1  (1) Private rights must be congruent with the public welfare.

２　権利の行使及び義務の履行は、信義に従い誠実に行わなければならない。

(2) The exercise of rights and performance of duties must be done in good faith.

３　権利の濫用は、これを許さない。

(3) Abuse of rights is not permitted.

（解釈の基準）

(Standards for Construction)

第二条　この法律は、個人の尊厳と両性の本質的平等を旨として、解釈しなければならない。

Article 2  This Code must be construed so as to honor the dignity of individuals and the essential equality of both sexes.

## 第二章　人
## Chapter II Persons
### 第一節　権利能力
### Section 1 Capacity to Hold Rights

第三条　私権の享有は、出生に始まる。

Article 3  (1) The enjoyment of private rights commences at birth.

２　外国人は、法令又は条約の規定により禁止される場合を除き、私権を享有する。

(2) Unless otherwise prohibited by applicable laws, regulations, or treaties, foreign nationals enjoy private rights.

### 第二節　意思能力
### Section 2 Mental Capacity

1

一　債務の履行が不能であるとき。

(i) the performance of the obligation is impossible;

二　債務者がその債務の履行を拒絶する意思を明確に表示したとき。

(ii) the obligor manifests the intention to refuse to perform the obligation; or

三　債務が契約によって生じたものである場合において、その契約が解除され、又は債務の不履行による契約の解除権が発生したとき。

(iii) the obligation has arisen from a contract, and the contract is cancelled or the obligee acquires the right to cancel the contract on the ground of the obligor's failure to perform the obligation.

（損害賠償の範囲）

(Scope of Damages)

第四百十六条　債務の不履行に対する損害賠償の請求は、これによって通常生ずべき損害の賠償をさせることをその目的とする。

Article 416 （1）The purpose of the claim for damages for failure to perform an obligation is to have the obligor to pay the compensation for damage which would ordinarily arise from the failure.

2　特別の事情によって生じた損害であっても、当事者がその事情を予見すべきであったときは、債権者は、その賠償を請求することができる。

(2) The obligee may also claim the compensation for damage which has arisen from any special circumstances if the party did foresee, or should have foreseen, the circumstances.

（損害賠償の方法）

(Method to Pay for Damage)

第四百十七条　損害賠償は、別段の意思表示がないときは、金銭をもってその額を定める。

Article 417　Unless a particular intention is manifested, the amount of the damages is determined with reference to monetary value.

（中間利息の控除）

(Deduction of Interim Interest)

第四百十七条の二　将来において取得すべき利益についての損害賠償の額を定める場合において、その利益を取得すべき時までの利息相当額を控除するときは、その損害賠償の請求権が生じた時点における法定利率により、これをする。

Article 417-2 （1）In the case of determining the amount of damages in relation to profits to be acquired in the future and deducting an amount equivalent to interest that is to accrue until the time of acquiring the profits, the deduction is made by applying the statutory interest rate applicable on the time when the claim for damages arises.

2　将来において負担すべき費用についての損害賠償の額を定める場合において、その

performing an obligation from exercising the right to reimbursement against the obligor.

（不法原因給付）

(Denial of Claim for Return for Illegal Causes)

第七百八条　不法な原因のために給付をした者は、その給付したものの返還を請求することができない。ただし、不法な原因が受益者についてのみ存したときは、この限りでない。

Article 708  A person that has paid money or delivered a thing for an obligation for an illegal cause may not demand the return of the money paid or thing delivered; provided, however, that this does not apply if the illegal cause existed solely in relation to the beneficiary.

## 第五章　不法行為
## Chapter V Torts

（不法行為による損害賠償）

(Compensation for Damage in Torts)

第七百九条　故意又は過失によって他人の権利又は法律上保護される利益を侵害した者は、これによって生じた損害を賠償する責任を負う。

Article 709  A person that has intentionally or negligently infringed the rights or legally protected interests of another person is liable to compensate for damage resulting in consequence.

（財産以外の損害の賠償）

(Compensation for Damages Other Than of Property)

第七百十条　他人の身体、自由若しくは名誉を侵害した場合又は他人の財産権を侵害した場合のいずれであるかを問わず、前条の規定により損害賠償の責任を負う者は、財産以外の損害に対しても、その賠償をしなければならない。

Article 710  A person liable for compensation for damages pursuant to the provisions of the preceding Article must also compensate for damage other than of property, regardless of whether that person infringed the body, liberty or reputation of another person, or infringed property rights of another person.

（近親者に対する損害の賠償）

(Compensation for Damages to Close Relatives)

第七百十一条　他人の生命を侵害した者は、被害者の父母、配偶者及び子に対しては、その財産権が侵害されなかった場合においても、損害の賠償をしなければならない。

Article 711  A person that has taken the life of another must compensate for damage to the father, mother, spouse, and children of the victim, even if the property rights of the same have not been infringed.

another person's tortious act is not liable for damages; provided, however, that this does not preclude a victim from filing a claim for damages against the person that committed the tort.

2　前項の規定は、他人の物から生じた急迫の危難を避けるためその物を損傷した場合について準用する。

(2) The provisions of the preceding paragraph apply mutatis mutandis if the person in question damages a thing belonging to another person in order to avert an imminent danger arising from that thing.

（損害賠償請求権に関する胎児の権利能力）

(Fetus' Capacity to Hold Rights Regarding Claim for Damages)

第七百二十一条　胎児は、損害賠償の請求権については、既に生まれたものとみなす。

Article 721  An unborn child is deemed to have been already born with respect to the claim for damages.

（損害賠償の方法、中間利息の控除及び過失相殺）

(Method to Compensate for Damage, Deduction of Interim Interest, and Comparative Negligence)

第七百二十二条　第四百十七条及び第四百十七条の二の規定は、不法行為による損害賠償について準用する。

Article 722  (1) The provisions of Articles 417 and 417-2 apply mutatis mutandis to compensation for damages caused by tort.

2　被害者に過失があったときは、裁判所は、これを考慮して、損害賠償の額を定めることができる。

(2) If a victim is negligent, the court may determine the amount of damages by taking that into consideration.

（名誉毀損における原状回復）

(Recovery in Defamation)

第七百二十三条　他人の名誉を毀損した者に対しては、裁判所は、被害者の請求により、損害賠償に代えて、又は損害賠償とともに、名誉を回復するのに適当な処分を命ずることができる。

Article 723  The court may order a person that has defamed another person to take appropriate measures to restore the reputation of the victim in lieu of or in addition to compensation for damages, at the request of the victim.

（不法行為による損害賠償請求権の消滅時効）

(Extinctive Prescription of Claim for Damages Caused by Tort)

第七百二十四条　不法行為による損害賠償の請求権は、次に掲げる場合には、時効によって消滅する。

Article 724  In the following cases, the claim for damages caused by tort is

extinguished by prescription:

一　被害者又はその法定代理人が損害及び加害者を知った時から三年間行使しないとき。

(i) the right is not exercised within three years from the time when the victim or their legal representative comes to know the damage and the identity of the perpetrator; or

二　不法行為の時から二十年間行使しないとき。

(ii) the right is not exercised within 20 years from the time of the tort.

（人の生命又は身体を害する不法行為による損害賠償請求権の消滅時効）

(Extinctive Prescription of Claim for Damages Arising from Death to Person or Injury to Person Caused by Tort)

第七百二十四条の二　人の生命又は身体を害する不法行為による損害賠償請求権の消滅時効についての前条第一号の規定の適用については、同号中「三年間」とあるのは、「五年間」とする。

Article 724-2  For the purpose of the application of the provisions of item (i) of the preceding Article with regard to the extinctive prescription of the claim for damages for death or injury to person caused by tort, the term "three years" in the same item is deemed to be replaced with "five years".