# EXHIBIT D

# 不正競争防止法
# Unfair Competition Prevention Act

（平成五年五月十九日法律第四十七号）

(Act No. 47 of May 19, 1993)

目次

Table of Contents

第一章　総則（第一条・第二条）

Chapter I General Provisions (Articles 1 and 2)

第二章　差止請求、損害賠償等（第三条—第十五条）

Chapter II Claims for Injunctions and Compensation for Loss or Damage (Articles 3 to 15)

第三章　国際約束に基づく禁止行為（第十六条—第十八条）

Chapter III Acts Prohibited based on International Agreements (Articles 16 to 18)

第四章　雑則（第十九条—第二十条）

Chapter IV Miscellaneous Provisions (Articles 19 to 20)

第五章　罰則（第二十一条・第二十二条）

Chapter V Penal Provisions (Articles 21and 22)

第六章　刑事訴訟手続の特例（第二十三条—第三十一条）

Chapter VI Special Provisions on Criminal Proceedings (Articles 23 to 31)

第七章　没収に関する手続等の特例（第三十二条—第三十四条）

Chapter VII Special Provisions on Procedures for Confiscation (Articles 32 to 34)

第八章　保全手続（第三十五条・第三十六条）

Chapter VIII Procedures for Preservation (Articles 35 and 36)

第九章　没収及び追徴の裁判の執行及び保全についての国際共助手続等（第三十七条—第四十条）

Chapter IX Procedures for International Mutual Legal Assistance in the Execution of Judicial Decisions and in Preservation for Confiscation and Collection of Equivalent Value (Articles 37 to 40)

附　則

Supplementary Provisions

## 第一章　総則
## Chapter I General Provisions

（目的）

(Purpose)

第一条　この法律は、事業者間の公正な競争及びこれに関する国際約束の的確な実施を確保するため、不正競争の防止及び不正競争に係る損害賠償に関する措置等を講じ、もって国民経済の健全な発展に寄与することを目的とする。

Article 1  The purpose of this Act is to provide measures, etc. for the prevention of unfair competition and for the compensation for loss or damage caused by unfair competition, in order to ensure fair competition among undertakings, and proper implementation of international agreements related thereto, thereby contributing to the sound development of the national economy.

（定義）

(Definitions)

第二条　この法律において「不正競争」とは、次に掲げるものをいう。

Article 2  (1) The term "unfair competition" as used in this Act means any of the following:

一　他人の商品等表示（人の業務に係る氏名、商号、商標、標章、商品の容器若しくは包装その他の商品又は営業を表示するものをいう。以下同じ。）として需要者の間に広く認識されているものと同一若しくは類似の商品等表示を使用し、又はその商品等表示を使用した商品を譲渡し、引き渡し、譲渡若しくは引渡しのために展示し、輸出し、輸入し、若しくは電気通信回線を通じて提供して、他人の商品又は営業と混同を生じさせる行為

(i) the act of creating confusion with another person's goods or business, by using an indication of goods or business (meaning a name, trade name, trademark, marks, containers or packaging for goods belonging to a person's business, or any other indication of a person's goods or business; the same applies hereinafter) that is identical or similar to another person's indication of goods or business that is well-known among consumers as belonging to that person, or by transferring, delivering, displaying for the purpose of transfer or delivery, exporting, importing or providing through telecommunications lines goods that use such indication;

二　自己の商品等表示として他人の著名な商品等表示と同一若しくは類似のものを使用し、又はその商品等表示を使用した商品を譲渡し、引き渡し、譲渡若しくは引渡しのために展示し、輸出し、輸入し、若しくは電気通信回線を通じて提供する行為

(ii) the act of using an indication of goods or business that is identical or similar to another person's famous indication of goods or business as one's own, or of transferring, delivering, displaying for the purpose of transfer or delivery, exporting, importing, or providing through telecommunications lines goods that use such indication;

三　他人の商品の形態（当該商品の機能を確保するために不可欠な形態を除く。）を模倣した商品を譲渡し、貸し渡し、譲渡若しくは貸渡しのために展示し、輸出し、又は輸入する行為

(iii) the act of transferring, leasing, displaying for the purpose of transfer or

2

二十一　競争関係にある他人の営業上の信用を害する虚偽の事実を告知し、又は流布する行為

(xxi) the act of making or circulating false allegations that harm the business reputation of a business competitor;

二十二　パリ条約（商標法（昭和三十四年法律第百二十七号）第四条第一項第二号に規定するパリ条約をいう。）の同盟国、世界貿易機関の加盟国又は商標法条約の締約国において商標に関する権利（商標権に相当する権利に限る。以下この号において単に「権利」という。）を有する者の代理人若しくは代表者又はその行為の日前一年以内に代理人若しくは代表者であった者が、正当な理由がないのに、その権利を有する者の承諾を得ないでその権利に係る商標と同一若しくは類似の商標をその権利に係る商品若しくは役務と同一若しくは類似の商品若しくは役務に使用し、又は当該商標を使用したその権利に係る商品と同一若しくは類似の商品を譲渡し、引き渡し、譲渡若しくは引渡しのために展示し、輸出し、輸入し、若しくは電気通信回線を通じて提供し、若しくは当該商標を使用してその権利に係る役務と同一若しくは類似の役務を提供する行為

(xxii) an act by an agent or representative of a holder of a right to a trademark (the right is limited to a right that is equivalent to a trademark right; hereinafter simply referred to as a "right" in this item), or by a person that was that agent or representative within one year of the date of the act in question, without justifiable grounds and without the consent of the holder of the right, in a country belonging to the Union established by the Paris Convention (meaning the Paris Convention as defined in Article 4, paragraph (1), item (ii) of the Trademark Act (Act No. 127 of 1959)), in a country which is a member of the World Trade Organization, or in a country which is a contracting party to the Trademark Law Treaty, which constitutes the use of a trademark identical or similar to that under the holder's right, on goods or services identical or similar to those in relation to the holder's right; which constitutes the transfer, delivery, display for the purpose of transfer or delivery, export, import or provision through telecommunication lines of goods that are similar or identical to those in relation to the holder's right and on which the trademark identical or similar to that under the holder's right has been used; or which constitutes the provision of services identical or similar to those in relation to the holder's right, using the trademark identical or similar to that under the holder's right.

2　この法律において「商標」とは、商標法第二条第一項に規定する商標をいう。

(2) The term "trademark" as used in this Act means a trademark as defined in Article 2, paragraph (1) of the Trademark Act.

3　この法律において「標章」とは、商標法第二条第一項に規定する標章をいう。

(3) The term "marks" as used in this Act means marks as defined in Article 2, paragraph (1) of the Trademark Act.

4　この法律において「商品の形態」とは、需要者が通常の用法に従った使用に際して

9

viewing device, etc. (meaning a device used for viewing images, listening to sounds, running programs, processing information, or recording images, sounds, programs, or any other information; the same applies hereinafter in this paragraph) makes a specific response are recorded onto a recording medium or are transmitted, or in which images, sounds, programs, or any other information is recorded onto a recording medium or transmitted after they are converted in a way that a viewing device, etc. needs specific conversion of them.

９　この法律において「プログラム」とは、電子計算機に対する指令であって、一の結果を得ることができるように組み合わされたものをいう。

(9) The term "program" as used in this Act means a set of instructions to a computer so that a specific result can be obtained.

１０　この法律において「ドメイン名」とは、インターネットにおいて、個々の電子計算機を識別するために割り当てられる番号、記号又は文字の組合せに対応する文字、番号、記号その他の符号又はこれらの結合をいう。

(10) The term "domain name" as used in this Act means letters, numbers, signs, or other symbols, or a combination thereof that corresponds to a combination of numbers, signs, or letters assigned to identify individual computers on the Internet.

１１　この法律にいう「物」には、プログラムを含むものとする。

(11) The term "things" as used in this Act includes programs.

第二章　差止請求、損害賠償等
Chapter II Claims for Injunctions and Compensation for Loss or Damage

（差止請求権）
(Right to Claim for an Injunction)

第三条　不正競争によって営業上の利益を侵害され、又は侵害されるおそれがある者は、その営業上の利益を侵害する者又は侵害するおそれがある者に対し、その侵害の停止又は予防を請求することができる。

Article 3 (1) A person whose business interests have been infringed on or are likely to be infringed on through unfair competition may make a claim to suspend or prevent that infringement against the person that infringed or is likely to infringe on those business interests.

２　不正競争によって営業上の利益を侵害され、又は侵害されるおそれがある者は、前項の規定による請求をするに際し、侵害の行為を組成した物（侵害の行為により生じた物を含む。第五条第一項において同じ。）の廃棄、侵害の行為に供した設備の除却その他の侵害の停止又は予防に必要な行為を請求することができる。

(2) When making the claim under the preceding paragraph, the person whose business interests have been infringed on or are likely to be infringed on through unfair competition may make a claim to have things that constitute the act of infringement (including things created through the act of

11

infringement; the same applies in Article 5, paragraph (1)) destroyed, to have equipment used for the act of infringement removed, or for others actions necessary for suspending or preventing the infringement.

（損害賠償）

(Compensation for Loss or Damage)

第四条　故意又は過失により不正競争を行って他人の営業上の利益を侵害した者は、これによって生じた損害を賠償する責めに任ずる。ただし、第十五条の規定により同条に規定する権利が消滅した後にその営業秘密又は限定提供データを使用する行為によって生じた損害については、この限りでない。

Article 4  A person that intentionally or negligently infringes on the business interests of another person through unfair competition is liable to compensate loss or damage resulting therefrom; provided, however, that this Article does not apply to loss or damage resulting from the act of using trade secrets or shared data with limited access after the rights prescribed in Article 15 have extinguished pursuant to the same Article.

（損害の額の推定等）

(Presumption of Amounts for Loss or Damage)

第五条　第二条第一項第一号から第十六号まで又は第二十二号に掲げる不正競争（同項第四号から第九号までに掲げるものにあっては、技術上の秘密に関するものに限る。）によって営業上の利益を侵害された者（以下この項において「被侵害者」という。）が故意又は過失により自己の営業上の利益を侵害した者に対しその侵害により自己が受けた損害の賠償を請求する場合において、その者がその侵害の行為を組成した物を譲渡したときは、その譲渡した物の数量（以下この項において「譲渡数量」という。）に、被侵害者がその侵害の行為がなければ販売することができた物の単位数量当たりの利益の額を乗じて得た額を、被侵害者の当該物に係る販売その他の行為を行う能力に応じた額を超えない限度において、被侵害者が受けた損害の額とすることができる。ただし、譲渡数量の全部又は一部に相当する数量を被侵害者が販売することができないとする事情があるときは、当該事情に相当する数量に応じた額を控除するものとする。

Article 5  (1) If a person whose business interests have been infringed on through the unfair competition set forth in Article 2, paragraph (1), items (i) through (xvi), or item (xxii) (with regard to the unfair competition set forth in items (iv) through (ix) of the same paragraph, limited to unfair competition that involves a technical secret) (hereinafter referred to as the "infringed party" in this paragraph) makes a claim for compensation for loss or damage suffered due to the infringement, from a person that has intentionally or negligently infringed on the business interests, and the infringer has transferred things constituting the act of infringement, the quantity of the things transferred (hereinafter referred to as the "transferred quantity" in this paragraph) multiplied by the

12

statement to that effect along with the reason therefor to the members of the public before having them leave the courtroom. When the examination on the matter ends, the court must allow the members of the public to re-enter the courtroom.

（信用回復の措置）

(Measures to Restore Business Reputation)

第十四条　故意又は過失により不正競争を行って他人の営業上の信用を害した者に対しては、裁判所は、その営業上の信用を害された者の請求により、損害の賠償に代え、又は損害の賠償とともに、その者の営業上の信用を回復するのに必要な措置を命ずることができる。

Article 14  Upon the request of a person whose business reputation has been harmed, the court may order the person that has intentionally or negligently engaged in unfair competition and thereby injured the business reputation of that other person to take the necessary measures for restoring the business reputation of that other person, in lieu of or in addition to compensation for loss or damage.

（消滅時効）

(Extinctive Prescription)

第十五条　第二条第一項第四号から第九号までに掲げる不正競争のうち、営業秘密を使用する行為に対する第三条第一項の規定による侵害の停止又は予防を請求する権利は、その行為を行う者がその行為を継続する場合において、その行為により営業上の利益を侵害され、又は侵害されるおそれがある営業秘密保有者がその事実及びその行為を行う者を知った時から三年間行わないときは、時効によって消滅する。その行為の開始の時から二十年を経過したときも、同様とする。

Article 15  (1) The right to claim the suspension or prevention of infringement under the provisions of Article 3, paragraph (1), against the act of using trade secrets in the unfair competition set forth in Article 2, paragraph (1), items (iv) through (ix), is extinguished by prescription, if the person conducting that act does so continuously and the trade secret holder whose business interests have been infringed or are likely to be infringed on by that act does not exercise the right within three years from the time when the holder comes to know of the fact and the identity of the person conducting the act in question. The same applies if twenty years have elapsed from the time the act in question began.

2　前項の規定は、第二条第一項第十一号から第十六号までに掲げる不正競争のうち、限定提供データを使用する行為に対する第三条第一項の規定による侵害の停止又は予防を請求する権利について準用する。この場合において、前項中「営業秘密保有者」とあるのは、「限定提供データ保有者」と読み替えるものとする。

(2) The provisions of the preceding paragraph apply mutatis mutandis to the right to claim the suspension or prevention of infringement under the