QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Yasumasa Yamamoto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YASUMASA YAMAMOTO, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 5:26-cv-00945-NC <br><br> **DECLARATION OF DAWN Y. YAMANE HEWETT IN SUPPORT OF THE *FORUM NON CONVENIENS* GROUND OF DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> Judge: Hon. Nathanael M. Cousins <br> Action Filed: January 30, 2026 |

DECLARATION OF DAWN Y. YAMANE HEWETT IN SUPPORT OF THE *FORUM NON CONVENIENS* GROUND OF DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

## DECLARATION OF DAWN Y. YAMANE HEWETT

I, Dawn Y. Yamane Hewett, declare as follows:

1.     I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendant Yasumasa Yamamoto in this action.  I make this declaration based on the matters of public record in support of the *forum non conveniens* ground of Defendant Yasumasa Yamamoto's Motion to Dismiss Plaintiffs' Complaint.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Japan National Tax Agency Corporate Number Publication Site search record for Pegasus Tech Holdings, K.K., as well as a certified translation thereof, which shows that said entity is incorporated in Japan with its headquarters at Sumitomo Fudosan Osaki Garden Tower 9F, 1-1-1 Nishi-Shinagawa, Shinagawa-ku, Tokyo, Japan. *See* https://www.houjin-bangou.nta.go.jp/henkorireki-johoto.html?selHouzinNo=5010701040446 (as of July 29, 2026).  Plaintiffs' Rule 7.1 Disclosure Statement and Certification Pursuant to Civil L.R. 3-15 identifies Pegasus Tech Holdings, K.K. as "parent corporation of Plaintiff Pegasus Tech Ventures, Inc."  Dkt. 13 at 2.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of Schedule A of the Form ADV filed with the U.S. Securities and Exchange Commission ("SEC") by Plaintiff Pegasus Tech Ventures, Inc., retrieved from the SEC's Investment Adviser Public Disclosure system at https://files.adviserinfo.sec.gov/IAPD/content/viewform/adv/Sections/iapd_AdvScheduleASection.aspx?ORG_PK=164588&FLNG_PK=05086434000801F0019A76220060D099056C8CC0 (as of August 8, 2026).  Schedule A identifies Pegasus Tech Holdings, K.K. as a direct owner of Pegasus Tech Ventures, Inc., owning 75% or more of the company, as designated by ownership code "E".

4.     Attached hereto as **Exhibit 3** is a true and correct copy of Schedule B of the same Form ADV filed with the U.S. Securities and Exchange Commission by Pegasus Tech Ventures, Inc., retrieved from https://files.adviserinfo.sec.gov/IAPD/content/viewform/adv/Sections/iapd_AdvScheduleBSection.aspx?ORG_PK=164588&FLNG_PK=05086434000801F0019A76220060D099056C8CC0 (as of August 8, 2026).  Schedule B identifies Anis Uzzaman as Representative Director of Pegasus Tech Holdings, K.K.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the LinkedIn profile of Anis Uzzaman, downloaded from https://www.linkedin.com/in/anisuzzaman and printed on August 6, 2026.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a screen capture of https://www.linkedin.com/in/anisuzzaman from August 6, 2026, which shows Anis Uzzaman's recent LinkedIn posts.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a webpage on the Pegasus Tech Ventures website titled "About Us," printed on August 6, 2026.  *See* https://www.pegasustechventures.com/about-us (as of August 6, 2026).  According to the webpage, Plaintiff Pegasus Tech Ventures has an office in Japan at Sumitomo Fudosan Osaki Garden Tower 9F, 1-1-1 Nishi-Shinagawa, Shinagawa-ku, Tokyo, Japan.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of a webpage on the Pegasus Tech Ventures website titled "Venture Capital-as-Service," printed on August 6, 2026.  *See* https://www.pegasustechventures.com/vcaas (as of August 6, 2026).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of August, 2026, at Washington, DC.

/s/ Dawn Y. Yamane Hewett
Dawn Y. Yamane Hewett

DECLARATION OF DAWN Y. YAMANE HEWETT IN SUPPORT OF THE *FORUM NON CONVENIENS* GROUND OF DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT