# EXHIBIT 1



# TRANSLATION CERTIFICATION

Date: August 9, 2026

To whom it may concern:

I, [Shenal C.], a translator fluent in the [Japanese] and [Egnlish] languages, on behalf of Morningside, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The document is designated as:

- EXHIBIT 1 TO DECLARATION OF DAWN Y. YAMANE HEWETT

---
Signature

---
Shenal C.

Print

National Social Security and Tax Number System
Tax
Agency  Corporate Number Publication Site   This information is current as of 9:35 AM on July 29, 2026.

---

### Information on Pegasus Tech Holdings, K.K.

#### Latest Information

**Corporate Number**

**5010701040446**

**Trade Name or Company Name**

# Pegasus Tech Holdings, K.K.

**Trade Name or Company Name (Phonetic)**

# Pegasus Tech Holdings

**Location of Head Office or Principal Office**

# 9F, Sumitomo Fudosan Osaki Garden Tower, 1-1-1 Nishi-Shinagawa, Shinagawa-ku, Tokyo

**Date of Last Update**

**February 3, 2021**

---

A printed copy of this search results screen may be used as part of the documentation presented to financial institutions, etc., when notifying a Corporate Number, etc., as required under the applicable laws and regulations (Note).

(Note) The Income Tax Act, the Act on Special Measures Concerning Taxation, the Act on Special Provisions for Customs Duty, etc. for the Enforcement of Tax Treaties, and the Act on Submission of Statements of Overseas Remittances, etc. for Ensuring Proper Taxation of National Taxes.

---

**Change History Information**               **This shows the history of changes since publication.**

**No.1**

**New Registration**   Date of Corporate Number Designation   February 3, 2021

---

(C) 2015 National Tax Agency (Corporate Number 7000012050002)

Social Security and Tax Number System

社会保障・税番号制度
国税庁 **法人番号公表サイト**

令和8年7月29日9時35分時点の情報です。

## ペガサス・テック・ホールディングス株式会社の情報

**最新情報**

法人番号
**5010701040446**

商号又は名称
**ペガサス・テック・ホールディングス株式会社**

商号又は名称(フリガナ)
**ペガサステックホールディングス**

本店又は主たる事務所の所在地
**東京都品川区西品川1丁目1番1号住友不動産大崎ガーデンタワー9階**

最終更新年月日
令和3年2月3日

　こちらの検索結果画面を印刷した書面は、法令(注)が規定する法人番号等の告知の際に、金融機関等に提示する書類の一部として使用することができます。

（注）　「所得税法」、「租税特別措置法」、「内国税の適正な課税の確保を図るための国外送金等に係る調書の提出等に関する法律」及び「租税条約等の実施に伴う所得税法、法人税法及び地方税法の特例等に関する法律」

**変更履歴情報**

公表以後の変更履歴について表示しています。

**No.1**
法人番号指定年月日　令和3年2月3日
新規

(C) 2015 国税庁(法人番号7000012050002)　　社会保障・税番号制度