# EXHIBIT 4

## Contact

www.linkedin.com/in/anisuzzaman (LinkedIn)

www.pegasustechventures.com/ (Company)

## Top Skills

Entrepreneurship

Software Development

Business Development

## Languages

English

Japanese

## Honors-Awards

Innovation Xtreme 2016 - Keynote Speaker

MIT Asia Business Conference 2016 - Keynote Speaker

Harvard Business School VCPE Conference 2016 - Speaker

MIT VC & Innovation Conference 2015 - Keynote Speaker

ad:tech tokyo - Keynote Speaker

## Publications

Startup Bible - The Silicon Valley Way of Developing Success

Startuppedia - Guide to Build Startup - Silicon Valley Way

Startup Bible - Silicon Valley Way of Developing a Successful Startup

Startup Success - The Six Steps to Building a Successful Startup

A Global Investor's Viewpoint on Japanese Companies

# Anis Uzzaman Ph.D.

Founder & CEO at Pegasus Tech Ventures | Chairman of Startup World Cup
San Jose, California, United States

## Summary

Anis Uzzaman, Ph.D. is the Founder and CEO of Pegasus Tech Ventures. With over US$2 billion under Pegasus Tech Ventures' management, Anis is responsible for overall global investments and operations of the firm.

Anis also serves as the Chairman of Startup World Cup, a global platform that fosters innovation and entrepreneurship around the world.

Anis has invested in over 290 startups globally. Some of Anis's prominent startup investments are SpaceX, OpenAI, Anthropic, Airbnb, xAI, Doordash, Coinbase, Robinhood, SoFi, Calm, Color, Gojek, Bukalapak, Money Forward, etc.

Anis currently serves and previously served as the board director in multiple global public and private companies including Lark, Asteria, Zuu, Tech in Asia, Affectiva, Jetlore, Blue Frog Robotics, Afero, Kii, I&C Cruise, Abivin and so on.

Anis holds a Bachelor of Engineering degree from Tokyo Institute of Technology in Tokyo, Japan, a Master of Science in Engineering from Oklahoma State University in the USA, and a Ph.D. in Computer Engineering from Tokyo Metropolitan University in Tokyo, Japan.

Anis is a Forbes Finance Council member and contributor at Forbes. Anis is also a contributing editor at Inc. Magazine, and an Entrepreneur Leadership Network Contributor at the Entrepreneur Magazine. Anis is an honored guest speaker in international conferences, workshops and seminars, has published more than 30 technical papers, and is the author of several books published globally.

_____

# Experience

Pegasus Tech Ventures
Founder & CEO
2011 - Present (15 years)
Silicon Valley USA (San Jose)

Portfolio Companies include:

Artificial Intelligence
OpenAI, Anthropic, xAI, H2O.ai, Vicarious, Element AI, DeepGram, D-ID, Superb AI, Atmo, Arithmer, Latent AI

Consumer
Airbnb, Doordash, Instacart, X (Twitter), Roofstock, GrubMarket, Omaze, Mobile Premier League, Clutter,  AirHelp, ThirdLove

Health IT
Color, Lark, Dispatch Health, Alivecor, Biolinq, Imbed Biosciences, Geltor, Alodokter, Vivalink, Bellabeat, Qventus, FiNC, Multiply Labs, Kortuc, Leuko Labs, B dot Medical, Epicore

IoT/Hardware
SpaceX, Rigetti, Xanadu, Carbon, Axiom Space, Beta Technologies, Mujin, Carbon Clean Solutions, Atom Computing, Afero, Unifa

Fin Tech
Coinbase, Robinhood, Klarna, Blockstream, Veem, Fundbox, Money Design, AwanTunai, Upbond

Automotive/Mobility
Terra Motors, Skydrive, Stradvision, Beta Technologies, Abivin, Shohoz, FleetOps, AirX

Enterprise
Highspot, ShareThis, QC Ware, Kii, Star Festival, Actnano, Satisfi Labs


Exited:

IPO

Airbnb (NASDAQ), DoorDash (NYSE), Robinhood (NASDAQ), 23andMe (NASDAQ), SoFi (NASDAQ), Coinbase (NASDAQ), Instacart (NASDAQ), Rigetti (NASDAQ), Klarna (NYSE), Beta Technologies (NYSE), Aeye (NASDAQ), Money Forward (TSE), DLE (TSE), Metaps (TSE), Evolable Asia (TSE), Monstar Lab (TSE), 500V (KOSDAQ), Geniee (TSE), ZUU (TSE), AI Cross (TSE), Modalis (TSE), Bird (NYSE), Kokopelli (TSE), GoTo (IDX)

Acquired

Element AI (ServiceNow), MindMeld (Cisco), Jetlore (PayPal), Affectiva (Smart Eye), Socialize (ShareThis), Schematic Labs (Rhapsody), Moka (GoJek), Regalii (Mastercard), Gobble (Intelligent Foods), NextCaller (Pindrop), bop.fm (LifeLock), Circa (Sinclair Broadcast Group), Sidecar (GM), Roximity (Verve), iMoney (iSelect), Talenta (Sleekr), Moshimo (Scroll), Jurnal (Sleekr), Tokimeki Suppli (North Graphic), Bluesmart (Travelpro), Bridestory (Tokopedia), Sano (OneDrop), Nova (HighSpot), x.ai (Bizzabo), Bulletin (Emerald Holdings), KeyDB (Snap), Genius (MediaLab), Tech In Asia (SPH Media), Sense.ly (Mediktor), Railbird (DraftKings)

## Startup World Cup
Chairman
January 2016 - Present (10 years 8 months)
Silicon Valley USA (San Jose)

## Inc. Magazine
Contributor
July 2020 - Present (6 years 2 months)

## Forbes Finance Council
Official Member
February 2020 - Present (6 years 7 months)

## Kyoto University
Adjunct Professor
April 2023 - Present (3 years 5 months)

## Asteria Corporation
Board Director
June 2014 - Present (12 years 3 months)

https://www.asteria.com/jp/warp/

TECHNO HORIZON CO., LTD.
Board Director
June 2022 - Present (4 years 3 months)
Japan

https://www.technohorizon.co.jp/


ABIVIN
Board Director
April 2020 - Present (6 years 5 months)


Tech in Asia
Board Director
August 2013 - Present (13 years 1 month)
Singapore, Indonesia (South East Asia)

Company URL: www.techinasia.com


BLUE FROG ROBOTICS
Board Director
November 2017 - Present (8 years 10 months)


Lark Technologies
Board Director
May 2013 - August 2023 (10 years 4 months)
Silicon Valley, USA

Company URL: www.lark.com


Affectiva
Board Director
July 2016 - June 2021 (5 years)


Sano Intelligence
Board Director
July 2017 - November 2018 (1 year 5 months)


Jetlore
Board Member
April 2014 - June 2018 (4 years 3 months)
Silicon Valley, USA


ZUU Co.,Ltd.
Board Director

October 2015 - May 2018 (2 years 8 months)
Japan

I AND C-Cruise Co.Ltd. (IACC)
Board Director
May 2015 - June 2017 (2 years 2 months)

Afero
Board Director
August 2015 - May 2016 (10 months)

Kii Inc.
Board Director
October 2013 - March 2014 (6 months)
Silicon Valley USA, Japan and China

Company URL: www.kii.com

––––––

## Education

Tokyo Metropolitan University
Ph.D, Computer Engineering

Oklahoma State University
MS, Electrical & Computer Engineering

Tokyo Institute of Technology
Bachelor of Engineering, Electrical & Computer Engineering