# EXHIBIT 5



## Anis Uzzaman Ph.D. 🛡️ · 3rd

Founder & CEO at Pegasus Tech Ventures | Chairman of Startup World Cup

San Jose, California, United States · **Contact info**

**39,230** followers

 **Pegasus Tech Ventures**

 **Tokyo Metropolitan University**

+ Follow   ✈ Message   ⋯

## About

Anis Uzzaman, Ph.D. is the Founder and CEO of Pegasus Tech Ventures. With over US$2 billion under Pegasus Tech Ventures' management, Anis is responsible for overall global investments and operations of the firm.

... more

## Activity

39,230 followers

+ Follow

 **Posts**    Comments   Videos    Images

 **Anis Uzzaman Ph.D.** 🛡️ · 3rd+   ⋯
Founder & CEO at Pegasus Tech Ventures | ...
2w • Edited • 🌐

【スタートアップワールドカップ九州予選8月26日(水)に熊本城ホールにて開催！】
[Startup World Cup Kyushu Regional to Be Held at Kumamoto Castle Hall on Wednesday, August 26!]

スタートアップワールドカップ九州予選が、8月26日
... more

 **Anis Uzzaman Ph.D.** 🛡️ · 3rd+   ⋯
Founder & CEO at Pegasus Tech Ventures | ...
2w • Edited • 🌐

【スタートアップワールドカップ東京予選無事終了！優勝は株式会社カウシェ】
[Startup World Cup Tokyo Regional 2026 Successfully Concludes — Kauche Crowned Champion]

東京予選YouTube録画映像（開始時間は46:17）：
... more





1/19

