# EXHIBIT 6



Home    About Us ⌄    VCaaS ⌄    Portfolio    Innovation Hub ⌄    Startup World Cup    News ⌄

# Our Story

Pegasus Tech Ventures was founded by Anis Uzzaman after recognizing a persistent gap in how corporations engage with innovation. While startups were building breakthrough technologies and corporations had the scale to deploy them, the connection between the two was often fragmented and transactional.

Anis saw the need for a more structured approach, one where investing aligned with corporate strategy. This led to the Venture-Capital-as-a-Service (VCaaS) model to help corporations engage with startups in a strategic way.

That vision became Pegasus Tech Ventures. Through its approach, Pegasus made strategic investment a core pathway for corporations to connect with innovation and turn it into real business outcomes.



# A Global Leadership Team Shaping the Future of Corporate Innovation



**Anis Uzzaman**
Founder and CEO



**Bill Reichert**
Partner & Chief Evangelist




# Advisors







**JB Straubel**
Co-Founder & Former CTO of Tesla

**Haruki Satomi**
President and Group CEO of Sega Sammy Holdings Inc.




# Locations




## USA HQ

Address:
2680 N. 1st St., Suite 250
San Jose, California 95134, USA

Phone:
+1 408-645-5532

Email:
contact@pegasusventures.com (General)
pr@pegasusventures.com  (Media & Press)

# Global Locations



**PEGASUS JAPAN**

TUNNEL TOKYO Sumitomo Fudosan Osaki
Garden Tower 9F
1-1-1 Nishi-Shinagawa,
Shinagawa-ku, Tokyo 141-0033, Japan



**PEGASUS INDONESIA**

Pacific Place Level 1
JL. Jend Sudirman No 52-53 Senayan -
Kebayoran Baru Jakarta -
Indonesia 12190



**PEGASUS EUROPE**

Bergstr. 23,
D-57462 Olpe
Germany



**PEGASUS TAIWAN**

29F., No. 68, Sec. 5, Zhongxiao E. Rd., Xinyi
District, Taipei City 110,
Taiwan (R.O.C.)

**PEGASUS CHINA**

Level 1 Unit 2 No.8 Building Hongqi
Road North, Jingrong Town, Pidu
District, Chengdu



**PEGASUS BANGLADESH**

Saimon Centre
House #4/A, Road #22,
Gulshan – 1, Dhaka 1212, Bangladesh



See all job postings

Learn More

Want to learn more?
Contact us today

Name *

Email *

Company *

Message

Send

+1 408 645 5532
contact@pegasusventures.com

2680 N. 1st St., Suite 250
San Jose, California 95134
USA



Privacy Policy          Terms & Conditions