# EXHIBIT 7



Home    About Us ⌄    VCaaS ⌄    Portfolio    Innovation Hub ⌄    Startup World Cup    News ⌄

# Venture Capital-as-a-Service



Pegasus Tech Ventures is a global venture capital firm that partners with leading corporations through its Venture-Capital-as-a-Service (VCaaS) model. By combining strategic investment with active collaboration, Pegasus gives companies access to emerging technologies and high-growth startups, providing early access to innovation, strategic investment opportunities, and a competitive edge in rapidly evolving markets.

## Our Mission

To connect global corporations with the world's most innovative startups to accelerate technological advancement and create meaningful impact across industries by investing in scalable companies, fostering strategic partnerships, and building a global ecosystem that enables growth.



# VCaaS

Pegasus enables corporations to participate in venture investing without building internal investment teams, while aligning with long-term strategic objectives.

### Core Capabilities

- Venture program design and management
- Access to high-quality startups across global markets
- Strategic partnership development and execution
- Investment diligence, structuring, and portfolio oversight
- Support for innovation deployment and market expansion

### The Pegasus Approach:

Pegasus takes a disciplined, partnership-driven approach to innovation:

- Targeted Investment: Focused on startups aligned with corporate priorities
- Strategic Engagement: Facilitating meaningful, execution-oriented partnerships
- Global Platform: Connecting partners across North America, Asia, and Europe
- Long-term Value Creation: Manage the full investment lifecycle, from sourcing and diligence to portfolio support.

# Investment Focus

Pegasus invests in early-stage to growth-stage startups across transformative technology sectors, including:



**Artificial Intelligence**



**Automotive**



**Fintech**



**Deep Tech**






**Food & Agriculture**     **Healthcare**          **Robotics & Automation**     **Energy**

# Engagement Model

Pegasus offers flexible engagement structures tailored to corporate objectives.




### Fund

Strategic investment for corporations through participation in Pegasus-managed venture funds, offering diversified exposure to high-growth startups and opportunities for strategic collaboration.

### Advisory

Participation at any entry point across the end-to-end investment lifecycle, from discovery and due diligence to partnership execution and ongoing innovation support.



# Partnerships

Pegasus Tech Ventures partners with leading corporations around the world to align strategic investment with long-term business priorities. Through these partnerships, companies gain structured access to emerging technologies and new opportunities for growth.

## Why Partner with Pegasus Tech Ventures?

   

**Strategic** investment aligned with your **business goals**

**Access** to vetted, high-**growth** startups

**Global** reach and **deal flow**

**Structured**, repeatable engagement model

## Our Global Corporate Partners

 

 

 



# Partner Testimonials



**Aisin Testimonial**





**SegaSammy Testimonial**





**Teijin Testimonial**



Show More

# Case Studies

Pegasus Tech Ventures partners with global corporations to align strategic investment with real business priorities. These case studies highlight how targeted investments create measurable outcomes and long-term value.



Success Story #1

## Marathon Petroleum and Blue Planet

Corporate-Startup Partnership

Read Story

Success Story #2

## Taiyo and LQDX

Corporate-Startup Partnership

Read Story

Success Story #3

## Sojitz and BETA Technologies

Corporate-Startup Partnership

Read Story





## Success Story #4

### Marathon and Flyscan

Corporate-Startup Partnership

Read Story



## Success Story #5

### Sojitz and VLP Therapeutics

Corporate-Startup Partnership

Read Story

Show More

## Want to learn more?
Contact us today

Name *

Email *

Company *

Message

Send

+1 408 645 5532
contact@pegasusventures.com

2680 N. 1st St., Suite 250
San Jose, California 95134
USA

Privacy Policy          Terms & Conditions