QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Yasumasa Yamamoto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., | CASE NO. 5:26-cv-00945-NC |
| Plaintiffs, | **DECLARATION OF YASUMASA YAMAMOTO IN SUPPORT OF THE *FORUM NON CONVENIENS* GROUND OF HIS MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| vs. | |
| YASUMASA YAMAMOTO, and DOES 1-10, inclusive, | Judge: Hon. Nathanael M. Cousins |
| Defendants. | Action Filed: January 30, 2026 |

## DECLARATION OF YASUMASA YAMAMOTO

I, Yasumasa Yamamoto, declare as follows:

1.    I am a Defendant in the above-captioned action.  I make this declaration based on my personal knowledge in support of the *forum non conveniens* ground of my Motion to Dismiss Plaintiffs' Complaint.

2.    I am a citizen and national of Japan.

3.    If this Court dismisses this action for *forum non conveniens* in favor of proceedings in Japan, I consent and agree to submit to the jurisdiction of the appropriate court in Japan for purposes of any action Plaintiffs may bring in Japan asserting the claims alleged in this action based on the same set of facts asserted in this action.

4.    *I agree to accept service of process in connection with any such action filed by* Plaintiffs in Japan.

5.    I agree not to assert, in any such action, any statute-of-limitations, prescription, or other timeliness defense that first became available after January 30, 2026, the date that Plaintiffs filed their Complaint in the above-captioned action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of August, 2026, at Tokyo, Japan.

*Yasumasa Yamamoto*

_____

Yasumasa Yamamoto

-1-    CASE NO. 5:26-cv-00945-NC

DECLARATION OF YASUMASA YAMAMOTO IN SUPPORT OF THE *FORUM NON CONVENIENS* GROUND
OF HIS MOTION TO DISMISS PLAINTIFFS' COMPLAINT