QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dawn Y. Yamane Hewett (DC Bar No. 984923) (*pro hac vice*)
dawnhewett@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Justin C. Griffin (Bar No. 234675)
Scott Schlafer (Bar No. 335708)
justingriffin@quinnemanuel.com
scottschlafer@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Yasumasa Yamamoto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YASUMASA YAMAMOTO, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 5:26-cv-00945-NC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS** <br><br> Judge: Hon. Nathanael M. Cousins <br> Hearing Date: September 16, 2026 |

CASE NO. 5:26-cv-00945-NC

[PROPOSED] ORDER GRANTING DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS

**[PROPOSED] ORDER**

Before the Court is Defendant Yasumasa Yamamoto's Motion to Dismiss Plaintiffs Md Anis Uzzaman and Pegasus Tech Ventures, Inc.'s Complaint, brought pursuant to the doctrine of *forum non conveniens* and Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

The Court has considered the parties' submissions, all arguments presented by counsel, and the Court's file in this matter.  The Court hereby ORDERS as follows:

Defendant Yasumasa Yamamoto's Motion is **GRANTED**.  All claims asserted against Defendant Yasumasa Yamamoto are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____          _____

Hon. Nathanael M. Cousins
United States Magistrate Judge

CASE NO. 5:26-cv-00945-NC
[PROPOSED] ORDER GRANTING DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS