Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**DECLARATION OF MD ANIS UZZAMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS**<br><br>Date: September 16, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

I, Md Anis Uzzaman, declare as follows.

1. I am a plaintiff in this action and the founder and Chief Executive Officer of plaintiff Pegasus Tech Ventures, Inc. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2. I submit this declaration solely in support of the portions of Defendant's motion brought under Federal Rule of Civil Procedure 12(b)(2) and the doctrine of forum non conveniens. I do not offer it in support of, or in opposition to, the portion of the motion brought under Rule 12(b)(6), and I do not intend by it to present any matter outside the pleadings on that portion of the motion.

## I. MY CITIZENSHIP, RESIDENCE, AND FAMILY

3. I am a citizen of the United States.

4. I am domiciled in Santa Clara County, California. I live and work here, and I intend to remain here indefinitely.

5. I have filed and paid personal income tax exclusively in the United States for more than twenty years. I have never filed a personal income tax return in Japan.

6. I have owned my primary residence in Saratoga, California for more than fifteen years and have paid property taxes on it throughout that period. I have never owned a residence or other domicile in Japan.

7. Every member of my immediate family is a United States citizen, and all of them reside in California.

## II. MY CONNECTIONS TO JAPAN ARE PERIODIC AND LARGELY REMOTE

8. Defendant's motion describes my education, board seats, and academic appointment in Japan. I address each below, because the underlying facts are not what the motion implies.

9. Education. I earned my bachelor's degree in engineering at the Tokyo Institute of Technology between 1996 and 2000. I earned my master's degree at Oklahoma State University in the United States. I later completed a Ph.D. through an online program at Tokyo Metropolitan



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

University while working full time in the United States at IBM and then at Cadence Design Systems. I did not travel to Japan to complete that degree.

10. Board seats. I serve as a director of two Japanese public companies, Asteria Corporation and Techno Horizon Co., Ltd. I attend every board meeting remotely by videoconference.

11. Teaching. I hold an appointment at Kyoto University. I teach there in person once per year.

12. I travel to Japan only periodically and for business, because some of Pegasus's investors are Japanese corporations. When I travel to Japan for business, I am usually there for less than one week.

## III. PEGASUS'S OPERATIONS ARE IN THE UNITED STATES

13. Pegasus Tech Ventures, Inc. is a Delaware corporation. It has been registered in Delaware since 2012.

14. Its headquarters and principal place of business are at 2680 North 1st Street, Suite 250, San Jose, California. Its operational headquarters is in the United States.

15. One hundred percent of the Pegasus group's revenue is generated by Pegasus Tech Ventures, Inc., the Delaware corporation headquartered in San Jose.

16. Approximately eighty percent of Pegasus's employees are located in the United States.

17. Approximately eighty percent of Pegasus's startup investments are in companies based in the United States and Europe.

18. Startup World Cup, Inc. is a direct subsidiary of Pegasus Tech Ventures, Inc. It has been registered in Delaware since 2016. The Startup World Cup regional event in Kyoto is one of a number of regional events, and the Grand Finale is held in the San Francisco Bay Area.

19. Pegasus Tech Holdings K.K., the Japanese entity Defendant's motion emphasizes, is solely a share-holding company. It conducts no operations. Its principal shareholder is ASER Asset Management Company, LLC, a Delaware limited liability company that I control and whose



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

principal place of business is in Palo Alto, California. More than ninety percent of the shares of Pegasus Tech Holdings K.K. are therefore held, in substance, by a United States entity.

**IV. WHERE THE EVIDENCE AND WITNESSES ARE**

20. Pegasus's fundraising and investor-relations functions are run out of the San Jose office. The investment committee sits here. The deal files, investor communications, financial records, and personnel records concerning the negotiations at issue in this action are maintained here.

21. Pegasus's business records are created and maintained in the United States. Its electronic mail, deal files, investor records, and financial systems are hosted on systems administered from the United States and are accessible from the San Jose office. Pegasus uses Rackspace for electronic mail, Google for document storage, QuickBase for startup data, and Oracle for accounting records. Each of these is a United States based system, and the data is stored in the United States.

22. The following individuals are located in California and, to my understanding, have knowledge of matters at issue in this action. Each either moves in the venture capital community in which Defendant operates or is affiliated with an institution at which Defendant has held an appointment. Plaintiffs expect their testimony to bear on the statements Defendant has made concerning Plaintiffs, the persons to whom he made them, any reasons he has given for making them, and Defendant's presence and activities in California.

a. Gen Isayama, Founder and General Partner, World Innovation Labs (WiL), Palo Alto, California. I understand Mr. Isayama to be acquainted with Defendant and to participate in the same venture capital community. I expect him to have knowledge of statements Defendant has made concerning Plaintiffs to others in that community, of the identity of the persons to whom he made them, and of any reasons Defendant has given for them.

b. Tak Miyata, Founder and General Partner, Scrum Ventures, San Francisco, California. I understand Mr. Miyata to be acquainted with Defendant and to

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

participate in the same venture capital community. I expect him to have knowledge of statements Defendant has made concerning Plaintiffs to others in that community, of the identity of the persons to whom he made them, and of any reasons Defendant has given for them.

c. Hitoshi Hokamura, Advisor, Scrum Ventures, San Francisco, California. I understand Mr. Hokamura to be acquainted with Defendant and to participate in the same venture capital community. I expect him to have knowledge of statements Defendant has made concerning Plaintiffs to others in that community and of the identity of the persons to whom he made them.

d. Mio Sakata, Chief Executive Officer, EpiCurious Innovations, Fairfield, California. I understand Mio Sakata to be acquainted with Defendant. I expect this witness to have knowledge of statements Defendant has made concerning Plaintiffs and of any reasons Defendant has given for them.

e. Mitch Kitamura, Managing Partner and Chief Operating Officer, DNX Ventures, San Mateo, California. I understand that Defendant is or has been associated with DNX Ventures as an Industry Partner. I expect Mr. Kitamura to have knowledge of that association, of Defendant's activities in California, and of statements Defendant has made concerning Plaintiffs within the venture capital community.

f. Dr. Richard B. Dasher, Director, US-Asia Technology Management Center, Stanford University, Stanford, California. Stanford lists Defendant as a visiting scholar at its Shorenstein Asia-Pacific Research Center for 2022-23. I expect Dr. Dasher to have knowledge of Defendant's appointment, of the periods during which he was present on the Stanford campus, and of his activities there.

g. Kenji Kushida, Senior Fellow, Carnegie Endowment for International Peace, Menlo Park, California. I understand Mr. Kushida to have been

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

affiliated with the same Stanford center during the period of Defendant's appointment. I expect him to have knowledge of Defendant's presence and activities on the Stanford campus.

23. The Complaint describes the messages Defendant sent to Professor Yamada on June 9, 2024. Plaintiffs allege that Defendant made comparable statements to other companies and institutions, and the witnesses identified above are expected to have knowledge of those communications and of the persons who received them.

24. One further witness is located outside California. Dr. Jin-ichiro Yamada is a professor at the Graduate School of Management at Kyoto University and is the person to whom the June 9, 2024 messages described in the Complaint were sent. His declaration is Exhibit A to the Complaint. I understand that Professor Yamada travels to the United States frequently and is willing to appear in California for a deposition.

25. The corporate venture capital fund negotiations with Idemitsu and with DIC were conducted by Pegasus personnel based in San Jose, including Ryosuke Kojima, Jong Wook Lim, and Justin Jackson. Most of the discussions took place in California or by videoconference from the San Jose office. Both negotiations had reached an advanced stage when they ended.

26. The sponsorship and investor relationships that Plaintiffs allege were lost were managed from the Pegasus Tech Ventures office in San Jose.

**V. THE HARM WAS FELT IN CALIFORNIA**

27. Pegasus's business depends on its relationships with corporate investors and with the companies and institutions that participate in Startup World Cup. Those relationships are developed and maintained from San Jose.

28. The loss of the fund commitments, sponsorships, and investor relationships described in the Complaint was sustained by Pegasus Tech Ventures, Inc., the Delaware corporation headquartered in San Jose, and it reduced the revenue of that entity.

29. I have personally experienced the reputational consequences of the statements at issue in my professional life in California, where I live and work.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

**VI. DEFENDANT**

30. I did not know Defendant personally before the events described in the Complaint, and to my knowledge I have never met him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026.

Md Anis Uzzaman

Md Anis Uzzaman

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: OGKXX-DWJIN-8QURF-B8SXQ

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
OGKXX-DWJIN-8QURF-B8SXQ

DOCUMENT COMPLETED BY ALL PARTIES ON
22 AUG 2026 02:32:44 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **ANIS UZZAMAN**<br>EMAIL<br>UZZAMAN@PEGASUSVENTURES.COM | SENT<br>21 AUG 2026 21:24:09<br>VIEWED<br>22 AUG 2026 02:29:31<br>SIGNED<br>22 AUG 2026 02:32:44 | *Md Anis Uzzaman*<br>IP ADDRESS<br>205.220.129.229<br>LOCATION<br>LOS ANGELES, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
22 AUG 2026 02:29:31