Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**DECLARATION OF KOSUKE TSUNASHIMA ON JAPANESE LAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YASUMASA YAMAMOTO'S MOTION TO DISMISS**<br><br>Date: September 16, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

I, Kosuke Tsunashima, declare as follows.

## I. QUALIFICATIONS

1. I am a partner at Anderson Mōri & Tomotsune, a law firm headquartered at Otemachi Park Building, 1-1-1 Otemachi, Chiyoda-ku, Tokyo, Japan. I have personal knowledge of the matters stated below, and if called as a witness I could and would testify competently to them.

2. I am admitted to practice law in Japan (2009) and in the State of New York (2017). I am a member of the Daini Tokyo Bar Association. I received an LL.B. from Keio University in 2008 and completed the course of the Legal Training and Research Institute of the Supreme Court of Japan in 2009. I received an LL.M. from the University of California, Los Angeles School of Law in 2015. From 2015 to 2016 I practiced with Corrs Chambers Westgarth in Melbourne and Sydney, Australia.

3. My practice is concentrated in international litigation and cross-border disputes, securities and other corporate disputes, product liability, and civil and commercial litigation generally. I have represented Japanese and foreign parties in disputes before the Japanese courts and in matters involving the interaction of Japanese and foreign proceedings.

4. I am the co-author of the Japan chapter of the Chambers Global Practice Guide on Enforcement of Judgments for 2023, 2024 and 2025, and of the Japan chapter of the Chambers Global Practice Guide on Litigation Funding for 2025 and 2026. From January 2024 through December 2025 I served as an Officer of the Litigation Committee of the International Bar Association as Regional Representative for Asia Pacific, and since January 2026 I have served as Chair of that Committee's Asia Pacific Working Group.

5. A true and correct copy of my professional profile, which is published at https://www.amt-law.com/en/professionals/profile/kosuke-tsunashima/, is attached as **Exhibit A**.

6. My firm has been retained by Plaintiffs to advise on questions of Japanese law. I am compensated at my firm's ordinary hourly rates. My compensation does not depend on the content of this declaration or on the outcome of this action.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

## II. SCOPE OF THIS DECLARATION

7. I address only two subjects: (a) the law a Japanese court would select to govern the claims pleaded in the Complaint, and (b) the court fee a plaintiff must pay to commence an action in Japan. I express no opinion on any other question of Japanese law, and no opinion on any question of United States law or on how this Court should resolve Defendant's motion.

8. I have reviewed the Complaint, Defendant's Motion to Dismiss, and the Declaration of Yuta Yamasaki on Japanese Law (ECF No. 28-1). I understand that Plaintiffs plead claims for trade libel, intentional interference with prospective economic advantage, and unfair competition, and that they allege the injury was sustained by an individual residing in Santa Clara County, California and by a corporation whose principal place of business is in San Jose, California.

## III. THE GOVERNING LAW A JAPANESE COURT WOULD SELECT

9. Choice of law in Japan is governed by the Act on General Rules for Application of Laws, Act No. 78 of June 21, 2006 (法の適用に関する通則法). Claims in tort are governed by Articles 17 through 22. **Exhibit B** is a true and correct copy of the Act as published, in Japanese and in the English translation prepared by the Ministry of Justice of Japan, retrieved from the Japanese Law Translation Database System at https://www.japaneselawtranslation.go.jp/en/laws/view/3783. Articles 17 through 22 appear at pages 10 through 12 of Exhibit B. The Ministry publishes these translations as unofficial reference materials, and only the original Japanese text has legal effect.

10. Article 19 supplies a special rule that displaces Article 17 for claims of the kind pleaded here. In the English translation published by the Ministry of Justice, Article 19 provides that "[n]otwithstanding Article 17, the formation and effect of a claim arising from a tort of defamation of others is governed by the law of the victim's habitual residence (in cases where the victim is a juridical person or any other association or foundation, the law of its principal place of business)."

11. The English translation is narrower than the Japanese text. The heading of Article 19 in the original Japanese is 「名誉又は信用の毀損の特例」, and the operative language



LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

reaches a tort that injures 「他人の名誉又は信用」—that is, another person's reputation (名誉) or credit (信用). 信用毀損, meaning injury to another person's credit, including credit relating to the ability or willingness to pay and the quality of goods or services, is the concept in Japanese law that corresponds most closely to a claim for damages based on disparagement of a business. The Ministry of Justice translation renders the provision using the single word "defamation" and does not carry over the reference to credit. A reader of the English translation alone would not see that Article 19 reaches injury to credit as well as injury to reputation.

12. Applying Article 19 to the claims as pleaded, a Japanese court would look to the law of the habitual residence of the individual plaintiff and, for the corporate plaintiff, to the law of its principal place of business. On the facts alleged in this case, both are in California.

13. Article 19 does not treat the ownership of a plaintiff's shares as a connecting factor. The identity or nationality of a corporate plaintiff's shareholders is not among the circumstances the provision directs a court to consider.

14. For completeness, Article 20 permits a court to displace the law indicated by Articles 17 through 19 where, in light of the circumstances—including the fact that the parties had their habitual residence in places governed by the same law—the tort is "obviously" more closely connected with another place. Whether Article 20 would apply in any given case is fact-dependent, and I express no opinion on how a Japanese court would resolve it on a record not yet developed.

15. I understand that the parties dispute where Defendant was located when the communications at issue were sent, and that the question has not been resolved.

16. If it were established that Defendant sent the communications from California, that fact would in my opinion strengthen the conclusion that a Japanese court would apply California law because it would make it more difficult to maintain, under Article 20, that the tort is obviously more closely connected with Japan than with California.

17. If it were established instead that Defendant was in Japan when the communications were sent, my analysis under Article 19 would not change, because Article 19 looks to the habitual residence of the victim and, where the victim is a corporate entity, to its principal place of business, without regard to where the conduct occurred.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

18. Article 22 applies whenever a foreign law governs a tort. In the Ministry of Justice translation, Article 22(1) provides that where a tort is governed by a foreign law, "if facts to which the foreign law should be applied do not constitute a tort under Japanese law, no claim under the foreign law may be made for compensation or any other dispositions." Article 22(2) provides that even where the facts constitute a tort under both laws, "the victim may make a claim only for compensation or any other dispositions that may be permitted under Japanese law."

19. The practical effect is that a plaintiff proceeding in Japan on a claim governed by California law would have to satisfy the elements of the California claim and establish that the same facts constitute a tort under Japanese law and could recover only those remedies Japanese law permits. Mr. Yamasaki describes the same provision at paragraph 30 of his declaration.

## IV. WHAT WOULD FOLLOW IF A JAPANESE COURT APPLIED CALIFORNIA LAW

20. Applying foreign law is not a straightforward matter for a Japanese court. In practice the court would require the parties to submit written opinions from experts in the foreign law, typically practising lawyers or academics, and the opposing party would be expected to respond with expert opinions of its own. If the court remained uncertain, it might hear live expert testimony. That process ordinarily involves multiple procedural steps and tends to prolong the proceedings.

21. In addition, all submissions in Japanese civil litigation must be made in Japanese. Where the original documents are in English, Japanese translations must also be filed. If experts on United States law were to give testimony in court, interpreters would be required. Litigation conducted through translation increases both the time and the cost of the proceedings, and materially adds to the burden on the parties.

## V. COURT FEES PAYABLE ON FILING IN JAPAN

22. A plaintiff commencing a civil action in Japan must state the amount claimed in the complaint and must pay the corresponding court fee at the time of filing. The claim may be increased later, with the additional fee payable at that time.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

23. For a monetary claim, the fee is calculated on the amount claimed under a graduated schedule rather than a flat percentage. The schedule is prescribed by the Act on the Costs of Civil Proceedings, Act No. 40 of April 6, 1971 (民事訴訟費用等に関する法律), specifically in Appended Table 1. **Exhibit C** is a true and correct copy of that Act, in Japanese and in the English translation prepared by the Ministry of Justice of Japan, retrieved from the Japanese Law Translation Database System at https://www.japaneselawtranslation.go.jp/en/laws/view/3678, which reflects the version amended through Act No. 18 of 2019. Although the Act was subsequently amended, most recently by Act No. 46 of 2026, those amendments did not change the provisions relevant here. The relevant portion of the schedule is as follows:

a. On the portion up to JPY 1 million: JPY 1,000 for each JPY 100,000.

b. On the portion over JPY 1 million and up to JPY 5 million: JPY 1,000 for each JPY 200,000.

c. On the portion over JPY 5 million and up to JPY 10 million: JPY 2,000 for each JPY 500,000.

d. On the portion over JPY 10 million and up to JPY 1 billion: JPY 3,000 for each JPY 1 million.

e. On the portion over JPY 1 billion and up to JPY 5 billion: JPY 10,000 for each JPY 5 million.

f. On the portion over JPY 5 billion: JPY 10,000 for each JPY 10 million.

24. Applying that schedule to a claim in the amount pleaded in the Complaint, namely, USD 450,000,000, and assuming an exchange rate of JPY 160 to USD 1, the court fee payable on filing would be JPY 78,020,000, or approximately USD 487,625. Because the fee is calculated on the amount claimed, a smaller claim would carry a proportionately smaller fee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 23, 2026.

Kosuke Tsunashima

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

**Uzzaman v. Yamamoto**

Case No. 5:26-cv-00945-NC

United States District Court, Northern District of California

# EXHIBIT A

to the Declaration of Kosuke Tsunashima

AMT / ANDERSON MORI & TOMOTSUNE

# KOSUKE TSUNASHIMA



Partner

Tokyo

Key Practice Areas

- International Litigation and Cross-Border Disputes
- Securities Disputes and Other Corporate Scandals
- Product Liability Disputes
- Financial and Securities Dispute Resolution
- Civil and Commercial Disputes (General)

TEL: 81-3-6775-1201 / FAX: 81-3-6775-2201

Kosuke Tsunashima represents domestic and international clients across diverse industries in litigation, mediation, arbitration, and other forms of dispute resolution. His practice covers a wide range of commercial disputes, including those arising from M&A, finance transactions, real estate, product liability and intellectual property. He has extensive experience leading complex mass litigation, including securities litigation and other large-scale disputes.

In addition to his dispute resolution practice, Kosuke Tsunashima has substantial experience in corporate matters. He has advised numerous overseas clients on investments into Japan, assisting with the establishment of Japanese branches and subsidiaries, navigating regulatory requirements, and drafting various contracts essential for their business operations in Japan.

## SERVICES

Practice Areas

### Key Practice Areas

#### / Dispute Resolution

- Financial and Securities Dispute Resolution
- Real Estate Dispute Resolution
- Labor and Employment Disputes
- Competition-Related Litigation
- Civil and Commercial Disputes (General)
- International Litigation and Cross-Border Disputes
- ADR (Mediation and Others)
- Product Liability Disputes
- Franchise Disputes
- Securities Disputes and Other Corporate Scandals
- M&A and Corporate Disputes
- Consumer-related Disputes
- Insurance Disputes
- IT Disputes
- Trade Secret Disputes

### Related Practice Areas

- Corporate
  Corporate and Commercial Transactions / Corporate Disputes
- Government Investigations and Crisis Management
  Internal investigations and organizing third-party committees / Anti-bribery regulations / Quality control, product liability and product fraud / Global compliance / Media control and public relations
- Finance and Financial Institutions
  Financial and Securities Dispute Resolution
- Real Estate
  Real Estate Dispute Resolution
- Labor and Employment
  Labor and Employment Disputes / Workplace Harassment and Other Misconducts
- Tech/Data/IT/Telecom
  AI & Internet related Regulations/Disputes
- Life Sciences
  Dealing with compliance issues and criminal investigations
- Media and Entertainment
  Media related Regulations/Disputes
- Competition/Antitrust
  Competition-Related Litigation
- International Practice
  Australia / United States

Industries

Banks | Securities | Real Estate and REIT | Telecommunication, Media, and Entertainment | IT, Internet and Security | Medical, Pharmaceutical, Healthcare, Life Science and Biotechnology | Sports | Automotive, Ship and Machinery | Food and Beverage | Brand and Apparel | Electronics and Equipment | Consumer Product and Retail | Trading | Construction and Infrastructure | Hospitality and Gaming | Financial Technology (FinTech) | Digital | Aviation/Space | AI/Technology

## RELATED INSIGHTS

### SEMINARS Seminars



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Session five: The latest in transnational litigation
2025.04.11

Litigation Asia Pacific Webinar Series – Navigating litigation funding in the...
2025.02.06

Litigation Asia Pacific Webinar Series - litigating in China: domestic...
2025.01.14

## PUBLICATIONS Publications

Litigation Funding 2026 - Law and Practice
2026.03.03 Media

Chambers Global Practice Guides: Enforcement of Judgments 2025 - La...
2025.08.05 Articles

Legal Research for Corporate Law
2025.03.25 Books

Litigation Funding 2025 - Law and Practice
2025.03.04 Media

Chambers Global Practice Guides: Enforcement of Judgments 2024 - La...
2024.08.01 Articles

Chambers Global Practice Guides - Enforcement of Judgments 2023
2023.08.03 Articles

## CAREER

| | |
|---|---|
| 2008 | Keio University (LL.B) |
| 2008 - 2009 | The Legal Training and Research Institute of the Supreme Court of Japan |
| Aug 2014 - May 2015 | Graduate study, University of California, Los Angeles School of Law (LL.M) |
| Sep 2015 - Sep 2016 | Associated with Corrs Chambers Westgarth, Melbourne |
| Oct - Dec 2016 | Associated with Corrs Chambers Westgarth, Sydney |
| Jan 2024 - Dec 2025 | Officer, Litigation Committee (Regional Representative Asia Pacific), International Bar Association |
| Jan 2026 - | Officer of Litigation Committee (Chair of Asia Pacific Working Group), International Bar Association |

| PROFESSIONAL ADMISSIONS | PROFESSIONAL AND ACADEMIC ASSOCIATIONS | LANGUAGES |
|---|---|---|
| Japan (2009) | Daini Tokyo Bar Association | Japanese (first language) |
| New York (2017) | | English |


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

**Uzzaman v. Yamamoto**

Case No. 5:26-cv-00945-NC

United States District Court, Northern District of California

# EXHIBIT B

to the Declaration of Kosuke Tsunashima

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All


- Enact Statement
- Table of Contents
- Main Provision
  - Chapter I General Provisions
    - Article 1 (Purport)
  - Chapter II General Rules for Laws
    - Article 2 (Effective Date of Law)
    - Article 3 (Customs Having the Same Effect as Laws)
  - Chapter III General Rules for Governing Law
    - Section 1 Person
      - Article 4 (Person's Capacity to Act)
      - Article 5 (Ruling for Commencement of Guardianship)
      - Article 6 (Adjudication of Disappearance)
    - Section 2 Juridical Acts
      - Article 7 (Choice of Governing Law by the Parties)
      - Article 8 (In the Absence of Choice of Governing Law by the Parties)
      - Article 9 (Change of Governing Law by the Parties)
      - Article 10 (Formalities for Juridical Act)
      - Article 11 (Special Provisions for Consumer Contracts)
      - Article 12 (Special Provisions for Labor Contracts)
    - Section 3 Real Rights (Rights in rem)


# 法の適用に関する通則法
# Act on General Rules for Application of Laws

平成十八年六月二十一日法律第七十八号
Act No. 78 of June 21, 2006

法例（明治三十一年法律第十号）の全部を改正する。

The Act on General Rules for Application of Laws (Act No. 10 of 1898) is fully revised.


第一章　総則（第一条）
Chapter I General Provisions(Article 1)
第二章　法律に関する通則（第二条・第三条）
Chapter II General Rules for Laws(Article 2 and Article 3)
第三章　準拠法に関する通則
Chapter III General Rules for Governing Law
第一節　人（第四条―第六条）
Section 1 Person(Article 4 to Article 6)
第二節　法律行為（第七条―第十二条）
Section 2 Juridical Acts(Article 7 to Article 12)
第三節　物権等（第十三条）
Section 3 Real Rights (Rights in rem)(Article 13)
第四節　債権（第十四条―第二十三条）
Section 4 Claims(Article 14 to Article 23)
第五節　親族（第二十四条―第三十五条）
Section 5 Relatives(Article 24 to Article 35)
第六節　相続（第三十六条・第三十七条）
Section 6 Inheritance(Article 36 and Article 37)
第七節　補則（第三十八条―第四十三条）
Section 7 Auxiliary Provisions(Article 38 to Article 43)
附　則
Supplementary Provisions


## 第一章　総則
## Chapter I General Provisions

（趣旨）
(Purport)

第一条　この法律は、法の適用に関する通則について定めるものとする。

Article 1　This Act is to provide for the general rules for the application of laws.

## 第二章　法律に関する通則
## Chapter II General Rules for Laws

（法律の施行期日）



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Article 13 (Real Right and Other Right Requiring Registration)
Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
Main Provision
Chapter I General Provisions
Article 1 (Purport)
Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
Chapter III General Rules for Governing Law
Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
Section 3 Real Rights (Rights in rem)

(Effective Date of Law)
第二条　法律は、公布の日から起算して二十日を経過した日から施行する。ただし、法律でこれと異なる施行期日を定めたときは、その定めによる。
Article 2　A law comes into effect after the expiration of twenty days following the date of its promulgation; provided, however, that if a different effective date is provided by law, the provisions prevail.

（法律と同一の効力を有する慣習）
(Customs Having the Same Effect as Laws)
第三条　公の秩序又は善良の風俗に反しない慣習は、法令の規定により認められたもの又は法令に規定されていない事項に関するものに限り、法律と同一の効力を有する。
Article 3　Customs which are not against public policy have the same effect as laws, to the extent that they are authorized by the provisions of laws and regulations, or they relate to matters not provided for in laws and regulations.

第三章　準拠法に関する通則
Chapter III General Rules for Governing Law
第一節　人
Section 1 Person
（人の行為能力）
(Person's Capacity to Act)
第四条　人の行為能力は、その本国法によって定める。
Article 4　(1)　The legal capacity of a person to act is governed by their national law.
2　法律行為をした者がその本国法によれば行為能力の制限を受けた者となるときであっても行為地法によれば行為能力者となるべきときは、当該法律行為の当時そのすべての当事者が法を同じくする地に在った場合に限り、当該法律行為をした者は、前項の規定にかかわらず、行為能力者とみなす。
(2)　Notwithstanding the provisions of the preceding paragraph, when a person who has performed a juridical act is subject to the limitation of their capacity to act under their national law but has full capacity to act under the law of the place where the act is done (lex loci actus), that person is deemed to have full capacity to act, only in cases where all the parties were present in a place governed by the same law at the time of the juridical act.
3　前項の規定は、親族法又は相続法の規定によるべき法律行為及び行為地と法を異にする地に在る不動産に関する法律行為については、適用しない。
(3)　The preceding paragraph does not apply to a juridical act to be governed by the provisions of family law or inheritance law, or a juridical act relating to real property situated in a place governed by a different law from the law of the place where the act was done.

（後見開始の審判等）
(Ruling for Commencement of Guardianship)


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

第五条　裁判所は、成年被後見人、被保佐人又は被補助人となるべき者が日本に住所若しくは居所を有するとき又は日本の国籍を有するときは、日本法により、後見開始、保佐開始又は補助開始の審判（以下「後見開始の審判等」と総称する。）をすることができる。

Article 5　The court may make a ruling for commencement of guardianship, curatorship or assistance (hereinafter collectively referred to as a "Ruling for Commencement of Guardianship, etc.") under Japanese law where a person who is to become an adult ward, person under curatorship or person under assistance has domicile or residence in Japan or has Japanese nationality.

（失踪の宣告）
(Adjudication of Disappearance)

第六条　裁判所は、不在者が生存していたと認められる最後の時点において、不在者が日本に住所を有していたとき又は日本の国籍を有していたときは、日本法により、失踪の宣告をすることができる。

Article 6　(1)　The court may make an adjudication of their disappearance under Japanese law where an absentee had domicile in Japan or had Japanese nationality, at the latest point of time when they were found to be alive.

2　前項に規定する場合に該当しないときであっても、裁判所は、不在者の財産が日本に在るときはその財産についてのみ、不在者に関する法律関係が日本法によるべきときその他法律関係の性質、当事者の住所又は国籍その他の事情に照らして日本に関係があるときはその法律関係についてのみ、日本法により、失踪の宣告をすることができる。

(2)　Even in the case where the preceding paragraph does not apply, if an absentee's property is situated in Japan, or if an absentee's legal relationship should be governed by Japanese law or is connected with Japan in light of the nature of the legal relationship, the domicile or nationality of the party and any other circumstances concerned, the court may, by applying Japanese law, make an adjudication of the absentee's disappearance only with regard to the property or the relevant legal relationship, respectively.

第二節　法律行為
Section 2 Juridical Acts

（当事者による準拠法の選択）
(Choice of Governing Law by the Parties)

第七条　法律行為の成立及び効力は、当事者が当該法律行為の当時に選択した地の法による。

Article 7　The formation and effect of a juridical act are governed by the law of the place chosen by the parties at the time of the act.

（当事者による準拠法の選択がない場合）
(In the Absence of Choice of Governing Law by the Parties)

第八条　前条の規定による選択がないときは、法律行為の成立及び効力は、当該法律行為の当時において当該法律行為に最も密接な関係がある地の法による。



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

Article 8 (1) In the absence of a choice of law under the preceding Article, the formation and effect of a juridical act are governed by the law of the place with which the act is most closely connected at the time of the act.

2　前項の場合において、法律行為において特徴的な給付を当事者の一方のみが行うものであるときは、その給付を行う当事者の常居所地法（その当事者が当該法律行為に関係する事業所を有する場合にあっては当該事業所の所在地の法、その当事者が当該法律行為に関係する二以上の事業所で法を異にする地に所在するものを有する場合にあってはその主たる事業所の所在地の法）を当該法律行為に最も密接な関係がある地の法と推定する。

(2) In the case referred to in the preceding paragraph, if only one of the parties is to provide a characteristic performance involved in a juridical act, the law of the habitual residence of the party providing the performance (in cases where the relevant party has a place of business connected with the juridical act, the law of the place of business; in cases where the relevant party has two or more the places of business which are connected with the juridical act and which are governed by different laws, the law of the principal place of business) is presumed to be the law of the place with which the act is most closely connected.

3　第一項の場合において、不動産を目的物とする法律行為については、前項の規定にかかわらず、その不動産の所在地法を当該法律行為に最も密接な関係がある地の法と推定する。

(3) In the case referred to in paragraph (1), if the subject matter of the juridical act is real property, notwithstanding the provisions of the preceding paragraph, the law of the place where the real property is situated (lex rei sitae)is presumed to be the law of the place with which the act is most closely connected.

（当事者による準拠法の変更）
(Change of Governing Law by the Parties)

第九条　当事者は、法律行為の成立及び効力について適用すべき法を変更することができる。ただし、第三者の権利を害することとなるときは、その変更をその第三者に対抗することができない。

Article 9 The parties may change the law otherwise applicable to the formation and effect of a juridical act; provided, however, that if that change prejudices the rights of a third party, it may not be duly asserted against the third party.

（法律行為の方式）
(Formalities for Juridical Act)

第十条　法律行為の方式は、当該法律行為の成立について適用すべき法（当該法律行為の後に前条の規定による変更がされた場合にあっては、その変更前の法）による。

Article 10 (1) The formalities for a juridical act are governed by a law applicable to the formation of the act (the initially applicable law prior


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

# 法の適用に関する通則法（平成十八年法律第七十八号）

# Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

to the change is govern if the law was changed under the preceding Article after the juridical act).

2　前項の規定にかかわらず、行為地法に適合する方式は、有効とする。

(2)　Notwithstanding the provisions of the preceding paragraph, the formalities that comply with the law of the place where the relevant act was done are valid.

3　法を異にする地に在る者に対してされた意思表示については、前項の規定の適用に当たっては、その通知を発した地を行為地とみなす。

(3)　For the purpose of the application of the preceding paragraph, with regard to a manifestation of intention to a person in a place governed by a different law, the place from where the notice of the manifestation was dispatched is deemed to be the place where that act was done.

4　法を異にする地に在る者の間で締結された契約の方式については、前二項の規定は、適用しない。この場合においては、第一項の規定にかかわらず、申込みの通知を発した地の法又は承諾の通知を発した地の法のいずれかに適合する契約の方式は、有効とする。

(4)　The preceding two paragraphs do not apply to the formalities for a contract concluded between persons in places governed by different laws.In this case, notwithstanding paragraph (1), the formalities for a contract that comply with either the law of the place from where the notice of offer was dispatched or the law of the place from where the notice of acceptance was dispatched are valid.

5　前三項の規定は、動産又は不動産に関する物権及びその他の登記をすべき権利を設定し又は処分する法律行為の方式については、適用しない。

(5)　The preceding three paragraphs do not apply to the formalities for a juridical act to establish or dispose of a real right (a right in rem) with regard to movable or immovable, or any other right requiring registration.

（消費者契約の特例）

(Special Provisions for Consumer Contracts)

第十一条　消費者（個人（事業として又は事業のために契約の当事者となる場合におけるものを除く。）をいう。以下この条において同じ。）と事業者（法人その他の社団又は財団及び事業として又は事業のために契約の当事者となる場合における個人をいう。以下この条において同じ。）との間で締結される契約（労働契約を除く。以下この条において「消費者契約」という。）の成立及び効力について第七条又は第九条の規定による選択又は変更により適用すべき法が消費者の常居所地法以外の法である場合であっても、消費者がその常居所地法中の特定の強行規定を適用すべき旨の意思を事業者に対し表示したときは、当該消費者契約の成立及び効力に関しその強行規定の定める事項については、その強行規定をも適用する。

Article 11　(1)　Even when the law applicable to the formation and effect of a contract (excluding a labor contract: hereinafter referred to as a "Consumer Contract" in this Article) between a consumer (meaning an individual, excluding an individual who becomes a party to a contract as a business or for a business; hereinafter the same


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

applies in this Article) and a business operator (meaning a juridical person and any other association or foundation and an individual who becomes a party to a contract as a business or for a business; hereinafter the same applies in this Article) as a result of a choice or a change of law under Article 7 or Article 9 is a law other than the law of the consumer's habitual residence, if the consumer has manifested their intention to the business operator that a specific mandatory provisions from within the law of the consumer's habitual residence should be applied, the mandatory provisions also apply to the matters stipulated by the mandatory provisions with regard to the formation and effect of the Consumer Contract.

2　消費者契約の成立及び効力について第七条の規定による選択がないときは、第八条の規定にかかわらず、当該消費者契約の成立及び効力は、消費者の常居所地法による。

(2)　Notwithstanding Article 8, in the absence of a choice of law under Article 7 with regard to the formation and effect of a Consumer Contract, the formation and effect of the Consumer Contract are governed by the law of the consumer's habitual residence.

3　消費者契約の成立について第七条の規定により消費者の常居所地法以外の法が選択された場合であっても、当該消費者契約の方式について消費者がその常居所地法中の特定の強行規定を適用すべき旨の意思を事業者に対し表示したときは、前条第一項、第二項及び第四項の規定にかかわらず、当該消費者契約の方式に関しその強行規定の定める事項については、専らその強行規定を適用する。

(3)　Even where a law other than the law of a consumer's habitual residence is chosen under Article 7 with regard to the formation of a Consumer Contract, if the consumer has manifested their intention to the business operator that a specific mandatory provisions from within the law of the consumer's habitual residence should be applied to the formalities for the Consumer Contract, the mandatory provisions exclusively apply to the matters stipulated by the mandatory provisions with regard to the formalities for the Consumer Contract, notwithstanding paragraphs (1), (2) and (4) of the preceding Article.

4　消費者契約の成立について第七条の規定により消費者の常居所地法が選択された場合において、当該消費者契約の方式について消費者が専らその常居所地法によるべき旨の意思を事業者に対し表示したときは、前条第二項及び第四項の規定にかかわらず、当該消費者契約の方式は、専ら消費者の常居所地法による。

(4)　Where the law of a consumer's habitual residence is chosen under Article 7 with regard to the formation of a Consumer Contract, if the consumer has manifested their intention to the business operator that the formalities for the Consumer Contract should be governed exclusively by the law of the consumer's habitual residence, the formalities for the Consumer Contract are governed exclusively by the law of the consumer's habitual residence, notwithstanding paragraphs (2) and (4) of the preceding Article.



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

# 法の適用に関する通則法（平成十八年法律第七十八号）

# Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

5　消費者契約の成立について第七条の規定による選択がないときは、前条第一項、第二項及び第四項の規定にかかわらず、当該消費者契約の方式は、消費者の常居所地法による。

(5)　In the absence of a choice of law under Article 7 with regard to the formation of a Consumer Contract, notwithstanding paragraphs (1), (2) and (4) of the preceding Article, the formalities for the Consumer Contract are governed by the law of the consumer's habitual residence.

6　前各項の規定は、次のいずれかに該当する場合には、適用しない。

(6)　The preceding paragraphs of this Article do not apply in any of the following cases:

一　事業者の事業所で消費者契約に関係するものが消費者の常居所地と法を異にする地に所在した場合であって、消費者が当該事業所の所在地と法を同じくする地に赴いて当該消費者契約を締結したとき。ただし、消費者が、当該事業者から、当該事業所の所在地と法を同じくする地において消費者契約を締結することについての勧誘をその常居所地において受けていたときを除く。

(i)　where a business operator's place of business that is connected with a Consumer Contract is located in a place governed by a different law from the law of a consumer's habitual residence, and the consumer proceeds to a place governed by the same law as the law of the place of business and concludes the Consumer Contract there; provided, however, that this does not apply where the consumer has been, in the place of their habitual residence, solicited by the business operator to conclude the Consumer Contract in a place governed by the same law as the law of the place of business;

二　事業者の事業所で消費者契約に関係するものが消費者の常居所地と法を異にする地に所在した場合であって、消費者が当該事業所の所在地と法を同じくする地において当該消費者契約に基づく債務の全部の履行を受けたとき、又は受けることとされていたとき。ただし、消費者が、当該事業者から、当該事業所の所在地と法を同じくする地において債務の全部の履行を受けることについての勧誘をその常居所地において受けていたときを除く。

(ii)　where a business operator's place of business that is connected with a Consumer Contract is located in a place governed by a different law from the law of a consumer's habitual residence, and the consumer has received or has been supposed to receive the entire performance of the obligation under the Consumer Contract in a place governed by the same law as the law of the place of business; provided, however, that this does not apply where the consumer is, in the place of their habitual residence, solicited by the business operator to receive the entire performance of the obligation in a place governed by the same law as the law of the place of business;

三　消費者契約の締結の当時、事業者が、消費者の常居所を知らず、かつ、知らなかったことについて相当の理由があるとき。


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

## 法の適用に関する通則法（平成十八年法律第七十八号）

## Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

(iii) where at the time of conclusion of a Consumer Contract a business operator did not know a consumer's habitual residence, and had adequate grounds for not knowing that; or

四　消費者契約の締結の当時、事業者が、その相手方が消費者でないと誤認し、かつ、誤認したことについて相当の理由があるとき。

(iv) where at the time of conclusion of a Consumer Contract a business operator misidentified the counterparty as not being a consumer, and had adequate grounds for making that misidentification.

（労働契約の特例）

(Special Provisions for Labor Contracts)

第十二条　労働契約の成立及び効力について第七条又は第九条の規定による選択又は変更により適用すべき法が当該労働契約に最も密接な関係がある地の法以外の法である場合であっても、労働者が当該労働契約に最も密接な関係がある地の法中の特定の強行規定を適用すべき旨の意思を使用者に対し表示したときは、当該労働契約の成立及び効力に関しその強行規定の定める事項については、その強行規定をも適用する。

Article 12 (1) Even where the applicable law to the formation and effect of a labor contract as a result of a choice or change under Article 7 or Article 9 is a law other than the law of the place with which the labor contract is most closely connected, if a worker has manifested their intention to an employer that a specific mandatory provisions from within the law of the place with which the labor contract is most closely connected should be applied, that mandatory provisions also apply to the matters stipulated in the mandatory provisions with regard to the formation and effect of the labor contract.

2　前項の規定の適用に当たっては、当該労働契約において労務を提供すべき地の法（その労務を提供すべき地を特定することができない場合にあっては、当該労働者を雇い入れた事業所の所在地の法。次項において同じ。）を当該労働契約に最も密接な関係がある地の法と推定する。

(2) For the purpose of the application of the preceding paragraph, the law of the place where the work should be provided under the labor contract (in cases where that place cannot be identified, the law of the place of business at which the worker was employed; the same applies in paragraph (3)) is presumed to be the law of the place with which the labor contract is most closely connected.

3　労働契約の成立及び効力について第七条の規定による選択がないときは、当該労働契約の成立及び効力については、第八条第二項の規定にかかわらず、当該労働契約において労務を提供すべき地の法を当該労働契約に最も密接な関係がある地の法と推定する。

(3) In the absence of a choice of law under Article 7 with regard to the formation and effect of a labor contract, notwithstanding Article 8, paragraph (2), the law of the place where the work should be provided under the labor contract is presumed to be the law of the



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法(平成十八年法律第七十八号)

Act on General Rules for Application of Laws(Act No. 78 of 2006)

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

place with which the labor contract is most closely connected with regard to the formation and effect of the labor contract.

第三節　物権等

Section 3 Real Rights (Rights in rem)

（物権及びその他の登記をすべき権利）

(Real Right and Other Right Requiring Registration)

第十三条　動産又は不動産に関する物権及びその他の登記をすべき権利は、その目的物の所在地法による。

Article 13 (1) A real right to movables or immovables and any other right requiring registration are governed by the law of the place where the subject property of the right is situated.

2　前項の規定にかかわらず、同項に規定する権利の得喪は、その原因となる事実が完成した当時におけるその目的物の所在地法による。

(2) Notwithstanding the provisions of the preceding paragraph, acquisition or loss of a right prescribed in that paragraph is governed by the law of the place where the subject property of the right is situated at the time when the facts constituting the cause of the acquisition or loss were completed.

第四節　債権

Section 4 Claims

（事務管理及び不当利得）

(Management Without Mandate and Unjust Enrichment)

第十四条　事務管理又は不当利得によって生ずる債権の成立及び効力は、その原因となる事実が発生した地の法による。

Article 14 The formation and effect of a claim arising from management without mandate (negotiorum gestio) or unjust enrichment are governed by the law of the place where the facts constituting the cause of it occurred.

（明らかにより密接な関係がある地がある場合の例外）

(Exception for Cases Where Another Place Is Obviously More Closely Connected)

第十五条　前条の規定にかかわらず、事務管理又は不当利得によって生ずる債権の成立及び効力は、その原因となる事実が発生した当時において当事者が法を同じくする地に常居所を有していたこと、当事者間の契約に関連して事務管理が行われ又は不当利得が生じたことその他の事情に照らして、明らかに同条の規定により適用すべき法の属する地よりも密接な関係がある他の地があるときは、当該他の地の法による。

Article 15 Notwithstanding the provisions of the preceding Article, the formation and effect of a claim arising from management without mandate or unjust enrichment are governed by the law of the place that is obviously more closely connected with the management without mandate or unjust enrichment than the place indicated in the that Article, in light of that the parties had their habitual residence in the places governed by the same law at the time of the occurrence of the facts constituting the cause of the management without mandate

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

or unjust enrichment, that management without mandate was performed or unjust enrichment arose in connection with a contract concluded between the parties, or any other circumstances concerned.

（当事者による準拠法の変更）
(Change of Governing Law by the Parties)
第十六条　事務管理又は不当利得の当事者は、その原因となる事実が発生した後において、事務管理又は不当利得によって生ずる債権の成立及び効力について適用すべき法を変更することができる。ただし、第三者の権利を害することとなるときは、その変更をその第三者に対抗することができない。
Article 16　The parties to the management without mandate or unjust enrichment may change a law applicable to the formation and effect of a claim arising from the management without mandate or unjust enrichment after the facts constituting the cause of it occurred; provided, however, that if the change prejudices the rights of a third party, it may not be duly asserted against the third party.

（不法行為）
(Tort)
第十七条　不法行為によって生ずる債権の成立及び効力は、加害行為の結果が発生した地の法による。ただし、その地における結果の発生が通常予見することのできないものであったときは、加害行為が行われた地の法による。
Article 17　The formation and effect of a claim arising from a tort is governed by the law of the place where the result of the wrongful act occurred; provided, however, that if the occurrence of the result at the relevant place was ordinarily unforeseeable, the law of the place where the wrongful act was committed is govern.

（生産物責任の特例）
(Special Provisions for Product Liability)
第十八条　前条の規定にかかわらず、生産物（生産され又は加工された物をいう。以下この条において同じ。）で引渡しがされたものの瑕疵により他人の生命、身体又は財産を侵害する不法行為によって生ずる生産業者（生産物を業として生産し、加工し、輸入し、輸出し、流通させ、又は販売した者をいう。以下この条において同じ。）又は生産物にその生産業者と認めることができる表示をした者（以下この条において「生産業者等」と総称する。）に対する債権の成立及び効力は、被害者が生産物の引渡しを受けた地の法による。ただし、その地における生産物の引渡しが通常予見することのできないものであったときは、生産業者等の主たる事業所の所在地の法（生産業者等が事業所を有しない場合にあっては、その常居所地法）による。
Article 18　Notwithstanding the preceding Article, where a claim arises from a tort involving injury to life, body or property of others, caused by a defect in a product (meaning a thing produced or processed; hereinafter the same applies in this Article) that is delivered, against a


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

producer (meaning a person who has produced, processed, imported, exported, distributed or sold a product in the course of trade; hereinafter the same applies in this Article) or a person who has provided a representation on the product in a manner which allows the others to recognize such person as its producer (hereinafter collectively referred to as a "Producer, etc." in this Article), the formation and effect of the claim is governed by the law of the place where the victim received the delivery of the product; provided, however, that if the delivery of the product at the relevant place was ordinarily unforeseeable, the law of the principal place of business of the Producer, etc. (in cases where the Producer, etc. has no place of business, the law of their habitual residence) is govern.

（名誉又は信用の毀損の特例）
(Special Provisions for Defamation)

第十九条　第十七条の規定にかかわらず、他人の名誉又は信用を毀損する不法行為によって生ずる債権の成立及び効力は、被害者の常居所地法（被害者が法人その他の社団又は財団である場合にあっては、その主たる事業所の所在地の法）による。

Article 19　Notwithstanding Article 17, the formation and effect of a claim arising from a tort of defamation of others is governed by the law of the victim's habitual residence (in cases where the victim is a juridical person or any other association or foundation, the law of its principal place of business).

（明らかにより密接な関係がある地がある場合の例外）
(Exception for Cases Where Another Place Is Obviously More Closely Connected)

第二十条　前三条の規定にかかわらず、不法行為によって生ずる債権の成立及び効力は、不法行為の当時において当事者が法を同じくする地に常居所を有していたこと、当事者間の契約に基づく義務に違反して不法行為が行われたことその他の事情に照らして、明らかに前三条の規定により適用すべき法の属する地よりも密接な関係がある他の地があるときは、当該他の地の法による。

Article 20　Notwithstanding the provisions of the preceding three Articles, the formation and effect of a claim arising from a tort are governed by the law of the place with which the tort is obviously more closely connected than the place indicated in the preceding three Articles, in light of that the parties had their habitual residence in the places governed by the same law at the time of the occurrence of the tort, that the tort was committed in breach of the obligation under a contract between the parties, or any other circumstances concerned.

（当事者による準拠法の変更）
(Change of Governing Law by the Parties)

第二十一条　不法行為の当事者は、不法行為の後において、不法行為によって生ずる債権の成立及び効力について適用すべき法を変更することができ



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

る。ただし、第三者の権利を害することとなるときは、その変更をその第三者に対抗することができない。

Article 21 The parties to a tort may, after the tort occurs, change a law applicable to the formation and effect of a claim arising from the tort; provided, however, that if the change prejudices the rights of a third party, it may not be duly asserted against the third party.

（不法行為についての公序による制限）

(Restriction by Public Policy Regarding Tort)

第二十二条　不法行為について外国法によるべき場合において、当該外国法を適用すべき事実が日本法によれば不法とならないときは、当該外国法に基づく損害賠償その他の処分の請求は、することができない。

Article 22 (1) In the case where a tort is governed by a foreign law, if facts to which the foreign law should be applied do not constitute a tort under Japanese law, no claim under the foreign law may be made for compensation or any other dispositions.

2　不法行為について外国法によるべき場合において、当該外国法を適用すべき事実が当該外国法及び日本法により不法となるときであっても、被害者は、日本法により認められる損害賠償その他の処分でなければ請求することができない。

(2) In the case where a tort is governed by a foreign law, even if facts to which the foreign law should be applied constitute a tort both under the foreign law and Japanese law, the victim may make a claim only for compensation or any other dispositions that may be permitted under Japanese law.

（債権の譲渡）

(Assignment of Claim)

第二十三条　債権の譲渡の債務者その他の第三者に対する効力は、譲渡に係る債権について適用すべき法による。

Article 23 The effect of an assignment of a claim, against the obligor and a third party, is governed by the law applicable to the claim assigned.

### 第五節　親族

### Section 5 Relatives

（婚姻の成立及び方式）

(Formation and Formalities of Marriage)

第二十四条　婚姻の成立は、各当事者につき、その本国法による。

Article 24 (1) The formation of a marriage is governed by the national law of each party.

2　婚姻の方式は、婚姻挙行地の法による。

(2) The formalities for a marriage are governed by the law of the place where the marriage is celebrated (lex loci celebrationis).

3　前項の規定にかかわらず、当事者の一方の本国法に適合する方式は、有効とする。ただし、日本において婚姻が挙行された場合において、当事者の一方が日本人であるときは、この限りでない。



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

(3) Notwithstanding the preceding paragraph, the formalities that comply with the national law of either party to a marriage are valid; provided, however, that this does not apply where a marriage is celebrated in Japan and either party to the marriage is a Japanese national.

（婚姻の効力）
(Effect of Marriage)

第二十五条　婚姻の効力は、夫婦の本国法が同一であるときはその法により、その法がない場合において夫婦の常居所地法が同一であるときはその法により、そのいずれの法もないときは夫婦に最も密接な関係がある地の法による。

Article 25 The effect of a marriage is governed by the national law of the husband and wife if their national law is the same, or where that is not the case, by the law of the habitual residence of the husband and wife if their law of the habitual residence is the same, or where neither of these is the case, by the law of the place most closely connected with the husband and wife.

（夫婦財産制）
(Marital Property System)

第二十六条　前条の規定は、夫婦財産制について準用する。

Article 26 (1) The preceding Article applies mutatis mutandis to the marital property system.

2　前項の規定にかかわらず、夫婦が、その署名した書面で日付を記載したものにより、次に掲げる法のうちいずれの法によるべきかを定めたときは、夫婦財産制は、その法による。この場合において、その定めは、将来に向かってのみその効力を生ずる。

(2) Notwithstanding the provisions of the preceding paragraph, if a husband and wife have designated one of the laws listed in the following as the governing law by means of a document signed by them and dated, their marital property system is governed by the law thus designated.In this case, the designation is effective only for the future:

一　夫婦の一方が国籍を有する国の法

(i) the law of the country where either husband or wife has nationality;

二　夫婦の一方の常居所地法

(ii) the law of the habitual residence of either husband or wife; or

三　不動産に関する夫婦財産制については、その不動産の所在地法

(iii) with regard to marital property regime regarding real property, the law of the place where the real property is situated.

3　前二項の規定により外国法を適用すべき夫婦財産制は、日本においてされた法律行為及び日本に在る財産については、善意の第三者に対抗することができない。この場合において、その第三者との間の関係については、夫婦財産制は、日本法による。



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法(平成十八年法律第七十八号)

Act on General Rules for Application of Laws(Act No. 78 of 2006)

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

(3) The marital property system to which a foreign law should be applied pursuant to the preceding two paragraphs may not be duly asserted against a third party in good faith, to the extent that it is related to any juridical act done in Japan or any property situated in Japan.In this case, in relation to the third party, the marital property system is governed by Japanese law.

4 前項の規定にかかわらず、第一項又は第二項の規定により適用すべき外国法に基づいてされた夫婦財産契約は、日本においてこれを登記したときは、第三者に対抗することができる。

(4) Notwithstanding the provisions of the preceding paragraph, a marital agreement concluded under a foreign law pursuant to paragraph (1) or (2) of this Article may be duly asserted against a third party when it is registered in Japan.

（離婚）
(Divorce)

第二十七条 第二十五条の規定は、離婚について準用する。ただし、夫婦の一方が日本に常居所を有する日本人であるときは、離婚は、日本法による。

Article 27 Article 25 applies mutatis mutandis to divorce; provided, however, that if either husband or wife is a Japanese national who has habitual residence in Japan, their divorce is governed by Japanese law.

（嫡出である子の親子関係の成立）
(Formation of Parent-Child Relationship with Child Born in Wedlock)

第二十八条 夫婦の一方の本国法で子の出生の当時におけるものにより子が嫡出となるべきときは、その子は、嫡出である子とする。

Article 28 (1) If a child is treated as a child born in wedlock under the national law of either the husband or wife at the time of the child's birth, the child is deemed to be a child born in wedlock.

2 夫が子の出生前に死亡したときは、その死亡の当時における夫の本国法を前項の夫の本国法とみなす。

(2) If a husband has died before his child's birth, the husband's national law at the time of his death is deemed to be the husband's national law set forth in the preceding paragraph.

（嫡出でない子の親子関係の成立）
(Formation of Parent-Child Relationship with Child Born Out of Wedlock)

第二十九条 嫡出でない子の親子関係の成立は、父との間の親子関係については子の出生の当時における父の本国法により、母との間の親子関係についてはその当時における母の本国法による。この場合において、子の認知による親子関係の成立については、認知の当時における子の本国法によればその子又は第三者の承諾又は同意があることが認知の要件であるときは、その要件をも備えなければならない。

Article 29 (1) In the case of a child born out of wedlock, the formation of a parent-child relationship with regard to the father and



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

the child is governed by the father's national law at the time of the child's birth, and with regard to the mother and the child by the mother's national law at the time.In this case, when establishing a parent-child relationship by acknowledgment of parentage of a child, if obtaining the acceptance or consent from the child or a third party is required for acknowledgement under the child's national law at the time of the acknowledgement, the requirement is also be satisfied.

2　子の認知は、前項前段の規定により適用すべき法によるほか、認知の当時における認知する者又は子の本国法による。この場合において、認知する者の本国法によるときは、同項後段の規定を準用する。

(2)　Acknowledgement of parentage of a child is governed by the law designated in the first sentence of the preceding paragraph, or by the national law of the acknowledging person or of the child at the time of the acknowledgement.In this case, if the acknowledging person's national law is to govern, the second sentence of the preceding paragraph applies mutatis mutandis.

3　父が子の出生前に死亡したときは、その死亡の当時における父の本国法を第一項の父の本国法とみなす。前項に規定する者が認知前に死亡したときは、その死亡の当時におけるその者の本国法を同項のその者の本国法とみなす。

(3)　If a father has died before his child's birth, the father's national law at the time of his death is deemed to be the father's national law set forth in paragraph (1). If the person prescribed in the preceding paragraph has died before the acknowledgment, the person's national law at the time of this person's death is deemed to be the person's national law set forth in that paragraph.

（準正）
(Legitimation)

第三十条　子は、準正の要件である事実が完成した当時における父若しくは母又は子の本国法により準正が成立するときは、嫡出子の身分を取得する。

Article 30　(1)　A child acquires the status of a child born in wedlock if the child is legitimated under the national law of the father or the mother or of the child at the time when the facts constituting the requirements for legitimation are completed.

2　前項に規定する者が準正の要件である事実の完成前に死亡したときは、その死亡の当時におけるその者の本国法を同項のその者の本国法とみなす。

(2)　If a person prescribed in the preceding paragraph has died before the facts constituting the requirements for legitimation are completed, the person's national law at the time of this person's death is deemed to be the person's national law set forth in that paragraph.

（養子縁組）
(Adoption)

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

第三十一条　養子縁組は、縁組の当時における養親となるべき者の本国法による。この場合において、養子となるべき者の本国法によればその者若しくは第三者の承諾若しくは同意又は公的機関の許可その他の処分があることが養子縁組の成立の要件であるときは、その要件をも備えなければならない。

Article 31 (1) Adoption is governed by the national law of an adoptive parent at the time of the adoption.In this case, if obtaining the acceptance or consent from the person to be adopted or a third party, or obtaining permission or any other disposition from a public authority is required for adoption under the national law of the person to be adopted, that requirement is also satisfied.

2　養子とその実方の血族との親族関係の終了及び離縁は、前項前段の規定により適用すべき法による。

(2) The termination of a family relationship between an adopted child and their natural relatives by blood and dissolution of adoptive relation is governed by the law applicable under the first sentence of the preceding paragraph.

（親子間の法律関係）

(Legal Relationship between Parents and Child)

第三十二条　親子間の法律関係は、子の本国法が父又は母の本国法（父母の一方が死亡し、又は知れない場合にあっては、他の一方の本国法）と同一である場合には子の本国法により、その他の場合には子の常居所地法による。

Article 32 The legal relationship between parents and their child is governed by the child's national law if it is the same as the national law of either the father or mother (in cases where one parent has died or is unknown, the national law of the other parent), or in other cases by the law of the child's habitual residence.

（その他の親族関係等）

(Other Family Relationships)

第三十三条　第二十四条から前条までに規定するもののほか、親族関係及びこれによって生ずる権利義務は、当事者の本国法によって定める。

Article 33 Family relationships or rights and obligations arising therefrom other than those provided for in Article 24 through Article 32 are governed by the national law of the party concerned.

（親族関係についての法律行為の方式）

(Formalities for Juridical Act Regarding Family Relationships)

第三十四条　第二十五条から前条までに規定する親族関係についての法律行為の方式は、当該法律行為の成立について適用すべき法による。

Article 34 (1) The formalities for a juridical act regarding family relationships provided for in Article 25 through Article 33 are governed by the law applicable to the formation of the juridical act.

2　前項の規定にかかわらず、行為地法に適合する方式は、有効とする。

(2) Notwithstanding the provisions of the preceding paragraph, the formalities that comply with the law of the place where the act was



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法(平成十八年法律第七十八号)

Act on General Rules for Application of Laws(Act No. 78 of 2006)

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

done are valid.

（後見等）
(Guardianship)

第三十五条　後見、保佐又は補助（以下「後見等」と総称する。）は、被後見人、被保佐人又は被補助人（次項において「被後見人等」と総称する。）の本国法による。

Article 35 (1) Guardianship, curatorship or assistance (hereinafter collectively referred to as "Guardianship, etc.") is governed by the national law of a ward, person under curatorship or person under assistance (collectively referred to as a "Ward, etc." in paragraph (2)).

2　前項の規定にかかわらず、外国人が被後見人等である場合であって、次に掲げるときは、後見人、保佐人又は補助人の選任の審判その他の後見等に関する審判については、日本法による。

(2) Notwithstanding the provisions of the preceding paragraph, in the following cases where a foreign national is a Ward, etc., a ruling of appointment of a guardian, curator or assistant and other ruling concerning Guardianship, etc. is governed by Japanese law:

一　当該外国人の本国法によればその者について後見等が開始する原因がある場合であって、日本における後見等の事務を行う者がないとき。

(i) where the grounds for commencement of Guardianship, etc. of the foreign national exist under their national law, and there is no person to conduct the affairs of Guardianship, etc. in Japan; or

二　日本において当該外国人について後見開始の審判等があったとき。

(ii) where a Ruling for Commencement of Guardianship, etc. of the foreign national is made in Japan.

### 第六節　相続
### Section 6 Inheritance

（相続）
(Inheritance)

第三十六条　相続は、被相続人の本国法による。

Article 36 Inheritance is governed by the national law of the decedent.

（遺言）
(Will)

第三十七条　遺言の成立及び効力は、その成立の当時における遺言者の本国法による。

Article 37 (1) The formation and effect of a will are governed by the national law of a testator at the time of the formation.

2　遺言の取消しは、その当時における遺言者の本国法による。

(2) The rescission of a will is governed by the national law of a testator at the time of the rescission.

### 第七節　補則
### Section 7 Auxiliary Provisions

（本国法）
(National Law)


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws (Act No. 78 of 2006)

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

第三十八条　当事者が二以上の国籍を有する場合には、その国籍を有する国のうちに当事者が常居所を有する国があるときはその国の法を、その国籍を有する国のうちに当事者が常居所を有する国がないときは当事者に最も密接な関係がある国の法を当事者の本国法とする。ただし、その国籍のうちのいずれかが日本の国籍であるときは、日本法を当事者の本国法とする。

Article 38 (1) Where a party concerned has two or more nationalities, the party's national law is the law of the country of their nationality where they have habitual residence, or, the law of the country with which the party is most closely connected if there is no such country of their nationality where the party has habitual residence; provided, however, that if one of those nationalities is Japanese, Japanese law is the party's national law.

2 当事者の本国法によるべき場合において、当事者が国籍を有しないときは、その常居所地法による。ただし、第二十五条（第二十六条第一項及び第二十七条において準用する場合を含む。）及び第三十二条の規定の適用については、この限りでない。

(2) In cases where the national law of a party concerned is govern, if the party has no nationality, the law of their habitual residence is govern; provided, however, that this does not apply with regard to the application of Article 25 (including cases where it is applied mutatis mutandis pursuant to Article 26, paragraph (1) and Article 27) and Article 32.

3 当事者が地域により法を異にする国の国籍を有する場合には、その国の規則に従い指定される法（そのような規則がない場合にあっては、当事者に最も密接な関係がある地域の法）を当事者の本国法とする。

(3) Where a party concerned has nationality in a country where different laws are applied in different regions, their national law is the law designated in accordance with the rules of the country (in the absence of the rules, the law of the region with which the party is most closely connected).

（常居所地法）

(Law of Habitual Residence)

第三十九条　当事者の常居所地法によるべき場合において、その常居所が知れないときは、その居所地法による。ただし、第二十五条（第二十六条第一項及び第二十七条において準用する場合を含む。）の規定の適用については、この限りでない。

Article 39 In cases where the law of a party's habitual residence is govern, if their habitual residence is unknown, the law of their residence is govern; provided, however, that this does not apply with regard to the application of Article 25 (including cases where it is applied mutatis mutandis pursuant to Article 26, paragraph (1) and Article 27).

（人的に法を異にする国又は地の法）

Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

(Law of Country or Place Where Different Laws Are Applied According to Person's Status)

第四十条　当事者が人的に法を異にする国の国籍を有する場合には、その国の規則に従い指定される法（そのような規則がない場合にあっては、当事者に最も密接な関係がある法）を当事者の本国法とする。

Article 40 (1) Where a party concerned has nationality in a country where different laws are applied according to a person's status, their national law is the law designated in accordance with the rules of the country (in the absence of the rules, the law with which the party is most closely connected).

2　前項の規定は、当事者の常居所地が人的に法を異にする場合における当事者の常居所地法で第二十五条（第二十六条第一項及び第二十七条において準用する場合を含む。）、第二十六条第二項第二号、第三十二条又は第三十八条第二項の規定により適用されるもの及び夫婦に最も密接な関係がある地が人的に法を異にする場合における夫婦に最も密接な関係がある地の法について準用する。

(2) The preceding paragraph applies mutatis mutandis to the law of a party's habitual residence that is applicable under Article 25 (including cases where they are applied mutatis mutandis pursuant to Article 26, paragraph (1) and Article 27), Article 26, paragraph (2), item (ii), Article 32 or Article 38, paragraph (2) in cases where different laws are applied according to a person's status in the place of the party's habitual residence, and to the law of the place with which a husband and wife are most closely connected in cases where different laws are applied according to a person's status in the place with which the husband and wife are most closely connected.

（反致）
(Renvoi)

第四十一条　当事者の本国法によるべき場合において、その国の法に従えば日本法によるべきときは、日本法による。ただし、第二十五条（第二十六条第一項及び第二十七条において準用する場合を含む。）又は第三十二条の規定により当事者の本国法によるべき場合は、この限りでない。

Article 41 In cases where the national law of a party concerned is govern, if Japanese law is govern in accordance with the law of the country of the national law, Japanese law is govern; provided, however, that this does not apply where the national law of a party is govern under Article 25 (including cases where it is applied mutatis mutandis pursuant to Article 26, paragraph (1) and Article 27) or Article 32.

（公序）
(Public Policy)

第四十二条　外国法によるべき場合において、その規定の適用が公の秩序又は善良の風俗に反するときは、これを適用しない。

Article 42 In cases where a foreign law is govern, if the application of those provisions of the foreign law is against public policy, those

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws（Act No. 78 of 2006）

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

provisions do not apply.

（適用除外）
(Exclusions from Application)

第四十三条　この章の規定は、夫婦、親子その他の親族関係から生ずる扶養の義務については、適用しない。ただし、第三十九条本文の規定の適用については、この限りでない。

Article 43 (1) The provisions of this Chapter do not apply to the obligations to support arising from the relationship between a husband and wife, parents and their child, and other family relationships; provided, however, that this does not apply to the main clause of Article 39.

2　この章の規定は、遺言の方式については、適用しない。ただし、第三十八条第二項本文、第三十九条本文及び第四十条の規定の適用については、この限りでない。

(2) The provisions of this Chapter do not apply to the formalities for a will; provided, however, that this does not apply to the main clause of Article 38, paragraph (2), the main clause of Article 39, and Article 40.

附　則〔抄〕
Supplementary Provisions[Extract]

（施行期日）
(Effective Date)

第一条　この法律は、公布の日から起算して一年を超えない範囲内において政令で定める日から施行する。

Article 1 This Act comes into effect as of the day specified by Cabinet Order within a period not exceeding one year from the date of promulgation.

（経過措置）
(Transitional Measures)

第二条　改正後の法の適用に関する通則法（以下「新法」という。）の規定は、次条の規定による場合を除き、この法律の施行の日（以下「施行日」という。）前に生じた事項にも適用する。

Article 2 The provisions of the Act on General Rules for Application of Laws after revision (hereinafter referred to as the "New Act"), except under the next Article, also apply to matters that have arisen prior to the date of the effectuation of this Act (hereinafter referred to as the "Date of Effectuation").

第三条　施行日前にされた法律行為の当事者の能力については、新法第四条の規定にかかわらず、なお従前の例による。

Article 3 (1) With regard to the capacity of a person to perform a juridical act done prior to the Date of Effectuation, the provisions then in force remain applicable, notwithstanding Article 4 of the New Act.


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

in rem)
Article 13 (Real Right and Other Right Requiring Registration)
▼ Section 4 Claims

法の適用に関する通則法（平成十八年法律第七十八号）

Act on General Rules for Application of Laws (Act No. 78 of 2006)

最終更新：
Last Version：

TOC History

Check All Uncheck All

Enact Statement
Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purport)
▼ Chapter II General Rules for Laws
Article 2 (Effective Date of Law)
Article 3 (Customs Having the Same Effect as Laws)
▼ Chapter III General Rules for Governing Law
▼ Section 1 Person
Article 4 (Person's Capacity to Act)
Article 5 (Ruling for Commencement of Guardianship)
Article 6 (Adjudication of Disappearance)
▼ Section 2 Juridical Acts
Article 7 (Choice of Governing Law by the Parties)
Article 8 (In the Absence of Choice of Governing Law by the Parties)
Article 9 (Change of Governing Law by the Parties)
Article 10 (Formalities for Juridical Act)
Article 11 (Special Provisions for Consumer Contracts)
Article 12 (Special Provisions for Labor Contracts)
▼ Section 3 Real Rights (Rights in rem)

2　施行日前にされた申立てに係る後見開始の審判等及び失踪の宣告については、新法第五条及び第六条の規定にかかわらず、なお従前の例による。

(2) With regard to a Ruling for Commencement of Guardianship, etc. and adjudication of disappearance based on a petition filed prior to the Date of Effectuation, the provisions then in force remain applicable, notwithstanding Article 5 and Article 6 of the New Act.

3　施行日前にされた法律行為の成立及び効力並びに方式については、新法第八条から第十二条までの規定にかかわらず、なお従前の例による。

(3) With regard to the formation and effect of a juridical act done prior to the Date of Effectuation and the formalities for the act, the provisions then in force remain applicable, notwithstanding Article 8 through Article 12 of the New Act.

4　施行日前にその原因となる事実が発生した事務管理及び不当利得並びに施行日前に加害行為の結果が発生した不法行為によって生ずる債権の成立及び効力については、新法第十五条から第二十一条までの規定にかかわらず、なお従前の例による。

(4) With regard to the formation and effect of a claim arising from management without mandate and unjust enrichment for which the facts constituting the cause occurred prior to the Date of Effectuation, and a claim arising from a tort for which the result of the wrongful act occurred prior to the Date of Enforcement, notwithstanding Article 15 through Article 21 of the New Act, the provisions then in force remain applicable.

5　施行日前にされた債権の譲渡の債務者その他の第三者に対する効力については、新法第二十三条の規定にかかわらず、なお従前の例による。

(5) With regard to the effect of an assignment of a claim done prior to the Date of Effectuation against the debtor and third parties, the provisions then in force remain applicable, notwithstanding Article 23 of the New Act.

6　施行日前にされた親族関係（改正前の法例第十四条から第二十一条までに規定する親族関係を除く。）についての法律行為の方式については、新法第三十四条の規定にかかわらず、なお従前の例による。

(6) With regard to the formalities for a juridical act concerning a family relationship (excluding the family relationships prescribed in Article 14 through Article 21 of the Act on General Rules for Application of Law prior to revision) done prior to the date of Effectuation, the provisions then in force remain applicable, notwithstanding Article 34 of the New Act.

7　施行日前にされた申立てに係る後見人、保佐人又は補助人の選任の審判その他の後見等に関する審判については、新法第三十五条第二項の規定にかかわらず、なお従前の例による。

(7) With regard to a ruling of appointment of a guardian, curator or assistant or any other ruling concerning Guardianship, etc. based on a petition filed prior to the Date of Effectuation, the provisions then in force remain applicable, notwithstanding Article 35, paragraph (2) of the New Act.



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

**Uzzaman v. Yamamoto**

Case No. 5:26-cv-00945-NC

United States District Court, Northern District of California

# EXHIBIT C

to the Declaration of Kosuke Tsunashima

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All


Table of Contents
Main Provision
Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
Chapter II Costs to Be Paid to the Court
Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of


# 民事訴訟費用等に関する法律
# Act on the Costs of Civil Proceedings

昭和四十六年四月六日法律第四十号
Act No. 40 of April 6, 1971


第一章　総則（第一条・第二条）
Chapter I General Provisions(Articles 1 and 2)
第二章　裁判所に納める費用
Chapter II Costs to Be Paid to the Court
第一節　手数料（第三条―第十条）
Section 1 Fees(Articles 3 through 10)
第二節　手数料以外の費用（第十一条―第十三条の二）
Section 2 Costs Other Than Fees(Articles 11 through 13-2)
第三節　費用の取立て（第十四条―第十七条）
Section 3 Collection of Costs(Articles 14 through 17)
第三章　証人等に対する給付（第十八条―第二十八条の二）
Chapter III Payments to Witnesses(Articles 18 through 28-2)
第四章　雑則（第二十九条・第三十条）
Chapter IV Miscellaneous Provisions(Articles 29 and 30)
附　則
Supplementary Provisions


## 第一章　総則
## Chapter I General Provisions

（趣旨）
(Purpose)

第一条　民事訴訟手続、民事執行手続、民事保全手続、行政事件訴訟手続、非訟事件手続、家事審判手続その他の裁判所における民事事件、行政事件及び家事事件に関する手続（以下「民事訴訟等」という。）の費用については、他の法令に定めるもののほか、この法律の定めるところによる。

Article 1 In addition to provisions in other laws and regulations, the costs of civil litigation proceedings, civil execution proceedings, civil preservation proceedings, administrative case litigation proceedings, non-contentious case proceedings, domestic-relations adjudication proceedings, and other such court proceedings in civil cases, administrative cases, and domestic-relations cases (hereinafter referred to as "civil litigation, etc.") are governed by this Act.

（当事者その他の者が負担すべき民事訴訟等の費用の範囲及び額）
(Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)

第二条　民事訴訟法（平成八年法律第百九号）その他の民事訴訟等に関する法令の規定により当事者等（当事者又は事件の関係人をいう。第四号及び第五号を除き、以下同じ。）又はその他の者が負担すべき民事訴訟等の費用の範囲は、次の各号に掲げるものとし、その額は、それぞれ当該各号に定めるところによる。

Article 2 The scope of the costs of civil litigation, etc. that a party or interested person (meaning a party or a person with an interest in the case; the same applies hereinafter, except under items (iv) and (v)) or any other such person is required to bear pursuant to the provisions of the Code of Civil Procedure (Act No. 109 of 1996) and other laws and regulations concerning civil litigation, etc. are as set forth in the following items, and their amounts are as specified in each item:


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

一　次条の規定による手数料その手数料の額（第九条第三項又は第五項の規定により還付される額があるときは、その額を控除した額）

(i) the fees under the provisions of the following Article:the amount of those fees (or the amount arrived at when the amount that is refunded pursuant to the provisions of Article 9, paragraph (3) or paragraph (5) is deducted, if applicable);

二　第十一条第一項の費用その費用の額

(ii) the costs referred to in Article 11, paragraph (1):the amount of those costs;

三　執行官法（昭和四十一年法律第百十一号）の規定による手数料及び費用その手数料及び費用の額

(iii) the fees and expenses under the provisions of the Court Execution Officers Act (Act No. 111 of 1966):the amount of those fees and expenses;

四　当事者等（当事者若しくは事件の関係人、その法定代理人若しくは代表者又はこれらに準ずる者をいう。以下この号及び次号において同じ。）が口頭弁論又は審問の期日その他裁判所が定めた期日に出頭するための旅費、日当及び宿泊料（親権者以外の法定代理人、法人の代表者又はこれらに準ずる者が二人以上出頭したときは、そのうちの最も低額となる一人についての旅費、日当及び宿泊料）　次に掲げるところにより算定した旅費、日当及び宿泊料の額

(iv) travel expenses, daily allowance, and lodging fees for a party or other such person (meaning a party or person with an interest in the case, a legal representative or other representative, or any other person equivalent thereto; hereinafter the same applies in this item and the following item) to appear on an oral argument date, a hearing date, or any other date set by the court (or, if two or more legal representatives not constituting persons with parental authority, two or more representatives of a corporation, or two or more persons equivalent to those persons appear, travel expenses, daily allowance, and lodging fees for whichever one of them the amount in question will be the lowest for): the amount of travel expenses, daily allowance, and lodging fees calculated as follows:

イ　旅費

(a) travel expenses:

（１）　旅行が本邦（国家公務員等の旅費に関する法律（昭和二十五年法律第百十四号）第二条第一項第四号に規定する本邦をいう。以下同じ。）と外国（本邦以外の領域（公海を含む。）をいう。以下同じ。）との間のものを含まない場合においては、当事者等の普通裁判籍の所在地を管轄する簡易裁判所の主たる庁舎の所在する場所と出頭した場所を管轄する簡易裁判所の主たる庁舎の所在する場所との間の距離を基準として、その距離を旅行するときに通常要する交通費の額として最高裁判所が定める額（これらの場所が同一となるときは、最高裁判所が定める額）。ただし、旅行が通常の経路及び方法によるものであること並びに現に支払つた交通費の額が当該最高裁判所が定める額を超えることを明らかにする領収書、乗車券、航空機の搭乗券の控え等の文書が提出されたときは、現に支払つた交通費の額

1. if the trip does not include travel between Japan (meaning Japan as prescribed in Article 2, paragraph (1), item (iv) of the Act on Travel Expenses of National Public Employees (Act No. 114 of 1950); the same applies hereinafter) and a foreign state (meaning a territory other than Japan (including international waters); the same applies hereinafter), the amount of travel expenses is calculated based on the distance between the place where the principal building of the summary court that has jurisdiction over the locality of the general venue for the party or other such person is located and the place where the principal building of the summary court that has jurisdiction over the place where the party or other such person has appeared is located, using the amounts that the Supreme Court prescribes as the transportation expenses normally required to travel that distance (the amount of travel expenses is the amount that the Supreme Court prescribes, if the places in question are the same); provided, however, that the amount of transportation expenses actually paid is used as the amount of travel expenses if the party or other such person submits documents


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

such as receipts, train tickets, or airline boarding pass stubs clearly indicating that travel took place by an ordinary route and by ordinary means and that the amount actually paid exceeds the amount that the Supreme Court prescribes;

（２）　旅行が本邦と外国との間のものを含む場合において、当該旅行が通常の経路及び方法によるものであるときは、現に支払つた交通費の額（当該旅行が通常の経路又は方法によるものでないときは、証人に支給する旅費の例により算定した額）

2. if the trip includes travel between Japan and a foreign state, and travel took place by an ordinary route and by ordinary means, the amount of travel expenses is the transportation expenses actually paid (if travel did not take place by an ordinary route or by ordinary means, the amount of travel expenses is the amount calculated using the rules for the travel expenses paid to a witness);

ロ　日当出頭及びそのための旅行（通常の経路及び方法によるものに限る。）に現に要した日数に応じて、最高裁判所が定める額。ただし、旅行が通常の経路若しくは方法によるものでない場合又は本邦と外国との間のものを含む場合には、証人に支給する日当の例により算定した額

(b) daily allowance:the amount calculated for the number of days actually required for the appearance and for travel for the appearance (limited to travel by an ordinary route and by ordinary means), using the amount that the Supreme Court prescribes; provided, however, that if travel did not take place by an ordinary route or by ordinary means, or if the trip included travel between Japan and a foreign state, the amount of daily allowance is the amount calculated using the rules for the daily allowances paid to a witness;

ハ　宿泊料出頭及びそのための旅行（通常の経路及び方法によるものに限る。）のために現に宿泊した夜数に応じて、宿泊地を区分して最高裁判所が定める額。ただし、旅行が通常の経路若しくは方法によるものでない場合又は本邦と外国との間のものを含む場合には、証人に支給する宿泊料の例により算定した額

(c) lodging fees:the amount calculated for the number of nights that the party or other such person actually stayed at a lodging for the appearance and for travel for the appearance (limited to travel by an ordinary route and by ordinary means), using the amount that the Supreme Court prescribes for each separate region of lodging; provided, however, that if the travel did not take place by an ordinary route or by ordinary means, or if the trip included travel between Japan and a foreign state, the amount of lodging fees is the amount calculated using the rules for the lodging fees paid to a witness;

五　代理人（法定代理人及び特別代理人を除く。以下この号において同じ。）が前号に規定する期日に出頭した場合（当事者等が出頭命令又は呼出しを受けない期日に出頭した場合を除く。）における旅費、日当及び宿泊料（代理人が二人以上出頭したときは、そのうちの最も低額となる一人についての旅費、日当及び宿泊料）前号の例により算定した額。ただし、当事者等が出頭した場合における旅費、日当及び宿泊料の額として裁判所が相当と認める額を超えることができない。

(v) the travel expenses, daily allowance, and lodging fees arising if an agent (other than a legal representative or special agent; the same applies hereinafter in this item) has appeared on a date provided in the preceding item (unless the agent appeared on a date for which the party or other such person was not subject to an order to appear or summons) (if two or more agents have appeared, the travel expenses, daily allowance, and lodging fees for whichever one of the agents has the lowest amount of these):the amounts calculated using the rules referred to in the preceding item; provided, however, that the amount in question may not exceed the amount that the court finds to be a reasonable amount for the travel expenses, daily allowance, and lodging fees arising if a party or other such person appears;

六　訴状その他の申立書、準備書面、書証の写し、訳文等の書類（当該民事訴訟等の資料とされたものに限る。）の作成及び提出の費用事件一件につき、事件の種類、当事者等の数並びに書類の種類及び通数（事件の記録が電磁的記録で作成されている場合にあつては、当


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings (Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

該電磁的記録に記録された情報の内容を書面に出力したときのその通数）を基準として、通常要する書類の作成及び提出の費用の額として最高裁判所が定める額

(vi) the expenses of preparing and submitting documents such as the complaint or other such petition, briefs, copies of documentary evidence, and translations (limited to documents used as materials in the relevant civil litigation, etc.):the amount that the Supreme Court prescribes, per case, as the amount of expenses normally required to prepare and submit documents, based on the type of case, the number of parties and interested persons, and the type and number of copies of documents (or, if the records of the case have been prepared as electric or magnetic records, the number of copies of documents there would be if the content of the data recorded in the relevant electric and magnetic records was output onto paper);

七　官庁その他の公の団体又は公証人から前号の書類の交付を受けるために要する費用当該官庁等に支払うべき手数料の額に交付一回につき第一種郵便物の最低料金の二倍の額の範囲内において最高裁判所が定める額を加えた額

(vii) the expenses required for a person to be issued documents referred to in the preceding item by a government agency or other public body or by a notary:the amount arrived at when the amount that the Supreme Court prescribes, within the scope of double the minimum rate for one piece of first-class mail per instance of document issuance, is added to the amount of fees payable to the relevant government agency, public body, or notary;

八　第六号の訳文の翻訳料用紙一枚につき最高裁判所が定める額

(viii) the translation fee for a translation referred to in item (vi):the amount that the Supreme Court prescribes per page;

九　文書又は物（裁判所が取り調べたものに限る。）を裁判所に送付した費用通常の方法により送付した場合における実費の額

(ix) the expense of having sent a document or object (but only one that the court has examined) to the court:the actual cost of sending this by an ordinary method;

十　民事訴訟等に関する法令の規定により裁判所が選任を命じた場合において当事者等が選任した弁護士又は裁判所が選任した弁護士に支払つた報酬及び費用裁判所が相当と認める額

(x) the compensation and expenses paid to an attorney that a party or interested person has appointed if the court has ordered the appointment of an attorney pursuant to the provisions of a law or regulation concerning civil litigation, etc.; or the compensation and expenses paid to an attorney that a court has appointed pursuant to the provisions of a law or regulation:the amount that the court finds to be reasonable;

十一　裁判所が嘱託する登記又は登録につき納める登録免許税その登録免許税の額

(xi) the registration and license tax paid for a court-commissioned registration:the amount of that registration and license tax;

十二　強制執行の申立て若しくは配当要求のための債務名義の正本の交付、執行文の付与又は民事執行法（昭和五十四年法律第四号）第二十九条の規定により送達すべき書類の交付を受けるために要する費用裁判所その他の官庁又は公証人に支払うべき手数料の額に交付又は付与一回につき第一種郵便物の最低料金の二倍の額に書留料を加えた額の範囲内において最高裁判所が定める額を加えた額

(xii) the expenses required for a person to be issued an authenticated copy of a title of obligation, to be granted a certificate of execution, or to be issued documents that are required to be served pursuant to the provisions of Article 29 of the Civil Execution Act (Act No. 4 of 1979), in order for the person to file a petition for compulsory execution or make a demand for liquidation distribution:the amount arrived at when the amount that the Supreme Court prescribes, within the scope of double the minimum rate for one piece of first-class mail plus the rate for registered mail per instance of document issuance or certificate granting, is added to the amount of fees payable to the court, government agency, or notary;


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

十三　公証人法（明治四十一年法律第五十三号）第五十七条ノ二の規定により公証人がする書類の送達のために要する費用公証人に支払うべき手数料及び送達に要する料金の額

(xiii)　the expenses required for a notary to serve a document pursuant to the provisions of Article 57-2 of the Notary Act (Act No. 53 of 1908):the amount of the fee payable to the notary and the charges required for the service;

十四　第十二号の交付若しくは付与を受け、又は前号の送達を申し立てるために裁判所以外の官庁又は公証人に提出すべき書類で官庁等の作成に係るものの交付を受けるために要する費用第七号の例により算定した費用の額

(xiv)　the expenses required for a person to be issued a document that has been prepared by a government agency or any other such person, and that a person is required to submit to a government agency other than the court, or to a notary, in order to be issued a document or granted a certificate referred to in item (xii) or in order to file a petition for the service referred to in the preceding item:the amount of expenses calculated using the rules referred to in item (vii);

十五　裁判所が支払うものを除き、強制執行、仮差押えの執行又は担保権の実行（その例による競売を含む。）に関する法令の定めるところにより裁判所が選任した管理人又は管財人が受ける報酬及び費用当該法令の規定により裁判所が定める額

(xv)　the compensation and expenses received by an administrator or trustee that the court has appointed pursuant to a law or regulation concerning compulsory execution, the execution of provisional attachments, or the enforcement of security rights (including auctions based on the rules for this), other than those that the court pays:the amount that the court establishes pursuant to the provisions of the relevant law or regulation;

十六　差押債権者が民事執行法第五十六条第一項（これを準用し、又はその例による場合を含む。）の許可を得て支払つた地代又は借賃その地代又は借賃の額

(xvi)　the rent for a superficies right or right of lease that an obligee effecting an attachment has paid after obtaining the permission referred to in Article 56, paragraph (1) of the Civil Execution Act (including when this is applied mutatis mutandis or when the same rules apply):the amount of the rent for the superficies right or right of lease;

十七　第二十八条の二第一項の費用同項の規定により算定した額

(xvii)　the costs set forth in Article 28-2, paragraph (1):the amount calculated pursuant to the provisions of that paragraph;

十八　民法（明治二十九年法律第八十九号）第三百八十五条（同法その他の法令において準用する場合を含む。）の規定による通知を書面でした場合の通知の費用通知一回につき第一種郵便物の最低料金に書留料を加えた額の範囲内において最高裁判所が定める額

(xviii)　the expenses for giving notice, if the notice under the provisions of Article 385 of the Civil Code (Act No. 89 of 1896) (including as applied mutatis mutandis pursuant that Code and other laws and regulations) is given in writing:the amount that the Supreme Court prescribes within the scope of the minimum rate for one piece of first-class mail plus the rate for registered mail, per instance of notice.

## 第二章　裁判所に納める費用

## Chapter II Costs to Be Paid to the Court

### 第一節　手数料

### Section 1 Fees

（申立ての手数料）

(Fees for a Petition)

第三条　別表第一の上欄に掲げる申立てをするには、申立ての区分に応じ、それぞれ同表の下欄に掲げる額の手数料を納めなければならない。

Article 3　(1)　In order to file a petition as set forth in the left-hand column of Appended Table 1, a person must pay a fee in the amount set forth in the right-hand column of that table for that category of filing.

2　次の各号に掲げる場合には、当該各号の申立てをした者（第三号に掲げる場合において消費者の財産的被害の集団的な回復のための民事の裁判手続の特例に関する法律（平成二十五年法律第九十六号）第四十六条第二項の規定により届出消費者が異議の申立てをしたとき



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment

は、その届出消費者）は、訴えを提起する場合の手数料の額から当該申立てについて納めた手数料の額を控除した額の手数料を納めなければならない。

(2) In a case set forth in one of the following items, the person that filed the petition set forth in that item (or, if applicable, the consumer holding a filed claim that has filed an objection pursuant to the provisions of Article 46, paragraph(2) of the Act on Special Measures Concerning Civil Court Proceedings for the Collective Redress for Property Damage Incurred by Consumers (Act No.96 of 2013), in a case as set forth in the item (iii)) must pay a fee in the amount arrived at when the amount of the fee that the person has paid for the relevant petition is deducted from the amount of the fee payable for filing an action:

一　民事訴訟法第二百七十五条第二項又は第三百九十五条若しくは第三百九十八条第一項（同法第四百二条第二項において準用する場合を含む。）の規定により和解又は支払督促の申立ての時に訴えの提起があつたものとみなされたとき。

(i) if, pursuant to the provisions of Article 275, paragraph (2), Article 395, or Article 398, paragraph (1) of the Code of Civil Procedure (including as applied mutatis mutandis pursuant to Article 402, paragraph (2) of the relevant Code), it is deemed that an action was filed at the time the person filed the petition for settlement or the petition for a court-issued demand for payment;

二　労働審判法（平成十六年法律第四十五号）第二十二条第一項（同法第二十三条第二項及び第二十四条第二項において準用する場合を含む。）の規定により労働審判手続の申立ての時に訴えの提起があつたものとみなされたとき。

(ii) if, pursuant to the provisions of Article 22, paragraph (1) of the Labor Tribunal Act (Act No. 45 of 2004) (including as applied mutatis mutandis pursuant to Article 23, paragraph (2) and Article 24, paragraph (2) of the relevant Act), it is deemed that an action was filed at the time of the filing of the petition for labor dispute adjudication proceedings;

三　消費者の財産的被害の集団的な回復のための民事の裁判手続の特例に関する法律第五十二条第一項の規定により債権届出の時に訴えの提起があつたものとみなされたとき。

(iii) if, pursuant to the provisions of Article 52, paragraph (1) of the Act on Special Measures Concerning Civil Court Proceedings for the Collective Redress for Property Damage Incurred by Consumers, it is deemed that an action was filed at the time of the filing of proofs of claims;

3　一の判決に対して上告の提起及び上告受理の申立てをする場合において、その主張する利益が共通であるときは、その限度において、その一方について納めた手数料は、他の一方についても納めたものとみなす。一の決定又は命令に対して民事訴訟法第三百三十六条第一項（これを準用し、又はその例による場合を含む。）の規定による抗告の提起及び同法第三百三十七条第二項（これを準用し、又はその例による場合を含む。）の規定による抗告の許可の申立てをする場合も、同様とする。

(3) If a person files both a final appeal and a petition for acceptance of a final appeal against a single judgment and asserts the same interests in them, to the extent that the interests are the same, the fee that the person has paid for one of them is deemed to be a fee that the person has paid for the other as well. The same applies if a person files both an appeal under the provisions of Article 336, paragraph (1) of the Code of Civil Procedure (including when this is applied mutatis mutandis or when the same rules apply) and a petition for permission to appeal under the provisions of Article 337, paragraph (2) of that Code (including when this is applied mutatis mutandis or the when same rules apply) against a single ruling or order.

4　破産法（平成十六年法律第七十五号）第二百四十八条第四項本文の規定により破産手続開始の申立てと同時に免責許可の申立てをしたものとみなされたときは、当該破産手続開始の申立てをした者は、免責許可の申立ての手数料をも納めなければならない。

(4) If, pursuant to the provisions of the main clause of Article 248, paragraph (4) of the Bankruptcy Act (Act No. 75 of 2004), a person is deemed to have filed a petition for a grant of discharge at the time of filing a petition to commence bankruptcy proceedings,


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment a

the person filing the petition to commence bankruptcy proceedings must also pay the fee for the petition for a grant of discharge.

（訴訟の目的の価額等）
(Value of the Subject Matter of a Suit)

第四条　別表第一において手数料の額の算出の基礎とされている訴訟の目的の価額は、民事訴訟法第八条第一項及び第九条の規定により算定する。

Article 4 (1) The provisions of Article 8, paragraph (1) and Article 9 of the Code of Civil Procedure are used to calculate the value of the subject matter of a suit which is used as the basis for calculating the amount of the fees in Appended Table 1.

2　財産権上の請求でない請求に係る訴えについては、訴訟の目的の価額は、百六十万円とみなす。財産権上の請求に係る訴えで訴訟の目的の価額を算定することが極めて困難なものについても、同様とする。

(2) The value of the subject matter of a suit in an action involving a claim that is not a claim to a property right is deemed to be 1,600,000 yen. The same applies in an action involving a claim to a property right in which it is extremely difficult to calculate the value of the subject matter of suit.

3　一の訴えにより財産権上の請求でない請求とその原因である事実から生ずる財産権上の請求とをあわせてするときは、多額である訴訟の目的の価額による。

(3) If a person uses a single action to assert a claim that is not a claim to a property right together with a claim to a property right that arises from a fact that is grounds for the first claim, the larger amount that constitutes the value of a subject matter of the suit is used as the value of the subject matter of that suit.

4　第一項の規定は、別表第一の一〇の項の手数料の額の算出の基礎とされている価額について準用する。

(4) The provisions of paragraph (1) apply mutatis mutandis to the value that is used as the basis for calculating the amount of the fee referred to in row (10) of Appended Table 1.

5　民事訴訟法第九条第一項の規定は、別表第一の一三の項及び一三の二の項の手数料の額の算出の基礎とされている額について準用する。

(5) The provisions of Article 9, paragraph (1) of the Code of Civil Procedure apply mutatis mutandis to the amount that is used as the basis for calculating the amount of a fee referred to in row (13) or (13)-2 of Appended Table 1.

6　第一項及び第三項の規定は、別表第一の一四の項及び一四の二の項の手数料の額の算出の基礎とされている価額について準用する。

(6) The provisions of paragraph (1) and paragraph (3) apply mutatis mutandis to the value that is used as the basis for calculating the amount of a fee referred to in row (14) or (14)-2 of Appended Table 1.

7　前項の価額は、これを算定することができないか又は極めて困難であるときは、百六十万円とみなす。

(7) The value referred to in the preceding paragraph is deemed to be 1,600,000 yen if it is impossible or extremely difficult to calculate this.

（手数料を納めたものとみなす場合）
(Cases in Which a Person Is Deemed to Have Paid Fees)

第五条　民事訴訟法第三百五十五条第二項（第三百六十七条第二項において準用する場合を含む。）、民事調停法（昭和二十六年法律第二百二十二号）第十九条（特定債務等の調整の促進のための特定調停に関する法律（平成十一年法律第百五十八号）第十八条第二項（第十九条において準用する場合を含む。）において準用する場合を含む。）又は家事事件手続法（平成二十三年法律第五十二号）第二百七十二条第三項（同法第二百七十七条第四項において準用する場合を含む。）、第二百八十条第五項若しくは第二百八十六条第六項の訴えの提起の手数料については、前の訴えの提起又は調停の申立てについて納めた手数料の額に相当する額は、納めたものとみなす。

Article 5 (1) A person is deemed to have paid an amount equivalent to the fee the person paid for filing the previous action or the petition for conciliation as the fee for

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

filing an action as referred to in Article 355, paragraph (2) of the Code of Civil Procedure (including as applied mutatis mutandis pursuant to Article 367, paragraph (2) of that Code); Article 19 of the Civil Conciliation Act (Act No. 222 of 1951) (including as applied mutatis mutandis pursuant to Article 18, paragraph (2) of the Act on Special Conciliation Proceedings for Expediting Arrangement of Specified Debts (Act No. 158 of 1999); including as applied mutatis mutandis pursuant to Article 19 of that Act); Article 272, paragraph (3) of the Domestic Relations Case Procedure Act (Act No.52 of 2011) (including as applied mutatis mutandis pursuant to Article 277, paragraph (4) of that Act); or Article 280, paragraph (5) or Article 286, paragraph (6) of that Act.

2　前項の規定は、民事調停法第十四条（第十五条において準用する場合を含む。）の規定により調停事件が終了し、又は同法第十八条第四項の規定により調停に代わる決定が効力を失つた場合において、調停の申立人がその旨の通知を受けた日から二週間以内に調停の目的となつた請求についてする借地借家法（平成三年法律第九十号）第十七条第一項、第二項若しくは第五項（第十八条第三項において準用する場合を含む。）、第十八条第一項、第十九条第一項（同条第七項において準用する場合を含む。）若しくは第二十条第一項（同条第五項において準用する場合を含む。）又は大規模な災害の被災地における借地借家に関する特別措置法（平成二十五年法律第六十一号）第五条第一項（同条第四項において準用する場合を含む。）の規定による申立ての手数料について準用する。

(2)　The provisions of the preceding paragraph apply mutatis mutandis to the fees for a petition under the provisions of Article 17, paragraph (1), paragraph (2) or paragraph (5) of the Act on Land and Building Leases (Act No. 90 of 1991) (including as applied mutatis mutandis pursuant to Article 18, paragraph (3) of that Act); Article 18, paragraph (1) of that Act; Article 19, paragraph (1) of that Act (including as applied mutatis mutandis pursuant to paragraph (7) of that Article); or Article 20, paragraph (1) of that Act (including as applied mutatis mutandis pursuant to paragraph (5) of that Article); or under Article 5, paragraph (1) of the Act on Special Measures concerning Land and Building Leases in Affected Areas by Large Scale Disasters (Act No. 61 of 2013) (including as applied mutatis mutandis pursuant to paragraph (4) of that Article), that a conciliation petitioner files in connection with a claim that was the subject of conciliation once the conciliation case has ended pursuant to the provisions of Article 14 of the Civil Conciliation Act (including as applied mutatis mutandis pursuant to Article 15) or once an order in lieu of conciliation ceases to be effective pursuant to the provisions of Article 18, paragraph (4) of the relevant Act, and within two weeks from the day on which the petitioner received notice of this.

（手数料未納の申立て）

(Filing Petitions Without Paying Fees)

第六条　手数料を納めなければならない申立てでその納付がないものは、不適法な申立てとする。

Article 6　The filing of a petition for which a person must pay a fee but for which a fee is not paid is unlawful.

（裁判所書記官が保管する記録の閲覧、謄写等の手数料）

(Fees for Inspecting and Copying Records Retained by the Court Clerk)

第七条　別表第二の上欄に掲げる事項の手数料は、同表の下欄に掲げる額とする。

Article 7　The fees for the items set forth in the left-hand column of Appended Table 2 are the amounts set forth in the right-hand column that table.

（納付の方法）

(Method of Payment)

第八条　手数料は、訴状その他の申立書又は申立ての趣意を記載した調書に収入印紙をはつて納めなければならない。ただし、最高裁判所規則で定める場合には、最高裁判所規則で定めるところにより、現金をもつて納めることができる。

Article 8　A person must pay a fee by affixing revenue stamps to the complaint or other such written petition or to a written statement in which the object of the petition is


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

stated; provided, however, that if provided by the Rules of the Supreme Court, a person may pay a fee in cash, pursuant to the Rules of the Supreme Court.

（過納手数料の還付等）
(Return of Overpaid Fees)

第九条　手数料が過大に納められた場合においては、裁判所は、申立てにより、決定で、過大に納められた手数料の額に相当する金額の金銭を還付しなければならない。

Article 9 (1) If a fee has been overpaid, the court, upon petition, must refund an amount equivalent to the overpaid fee, by a ruling.

2　前項の規定にかかわらず、支払督促若しくは差押処分の申立ての手数料又は別表第二の上欄に掲げる事項の手数料が過大に納められた場合の還付は、申立てにより、裁判所書記官が行う。

(2) Notwithstanding the provisions of the preceding paragraph, if the fee to petition for a court-issued demand for payment or a disposition of attachment has been overpaid, or if the fee for an item that is set forth in the left-hand column of Appended Table 2 has been overpaid, the court clerk will make a refund, upon petition.

3　次の各号に掲げる申立てについてそれぞれ当該各号に定める事由が生じた場合においては、裁判所は、申立てにより、決定で、納められた手数料の額（第五条の規定により納めたものとみなされた額を除く。）から納めるべき手数料の額（同条の規定により納めたものとみなされた額を除くものとし、民事訴訟法第九条第一項に規定する合算が行われた場合における数個の請求の一に係る手数料にあつては、各請求の価額に応じて案分して得た額）の二分の一の額（その額が四千円に満たないときは、四千円）を控除した金額の金銭を還付しなければならない。

(3) If the grounds provided in one of the following items arise for the petition set forth in that item, the court, upon petition and through a ruling, must refund money in the amount arrived at when half the amount of the fee that a person is required to pay (excluding the amount that a person is deemed to have paid pursuant to the provisions of Article 5; for fees associated with one of multiple claims subject to the totaling prescribed in Article 9, paragraph (1) of the Code of Civil Procedure, the amount of the fee that a person is required to pay means the amount of the fee prorated to the value of each claim) (or 4,000 yen, if half of the amount of the fee that a person is required to pay is less than 4,000 yen) is deducted from the amount of the fee that has been paid (excluding the amount that a person is deemed to have paid pursuant to the provisions of Article 5):

一　訴え若しくは控訴の提起又は民事訴訟法第四十七条第一項若しくは第五十二条第一項の規定若しくはこれらの規定の例による参加の申出口頭弁論を経ない却下の裁判の確定又は最初にすべき口頭弁論の期日の終了前における取下げ

(i) the filing of an action or appeal or the filing of an application for intervention under the provisions of Article 47, paragraph (1) or Article 52, paragraph (1) of the Code of Civil Procedure or based on the rules referred to in those provisions:a judicial decision dismissing the petition without prejudice without oral argument has become final and binding, or the petition has been withdrawn before the closing of the first date for oral argument;

二　民事調停法による調停の申立て却下の裁判の確定又は最初にすべき調停の期日の終了前における取下げ

(ii) the filing of a petition for conciliation under the Civil Conciliation Act:a judicial decision dismissing the petition without prejudice has become final and binding, or the petition has been withdrawn before the closing of the first date for conciliation proceedings;

三　労働審判法による労働審判手続の申立て却下の裁判の確定又は最初にすべき労働審判手続の期日の終了前における取下げ

(iii) the filing of a petition for labor dispute adjudication proceedings under the Labor Tribunal Act:a judicial decision dismissing the petition without prejudice has become final and binding, or the petition has been withdrawn before the closing of the first date for labor dispute adjudication proceedings;



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment a

四　借地借家法第四十一条（大規模な災害の被災地における借地借家に関する特別措置法第五条第二項（同条第四項において準用する場合を含む。）において準用する場合を含む。以下この号において同じ。）の事件の申立て、借地借家法第四十一条の事件における参加の申出（申立人として参加する場合に限る。）又はその申立て若しくは申出についての裁判に対する抗告（次号に掲げるものを除く。）の提起却下の裁判の確定又は最初にすべき審問の期日の終了前における取下げ

(iv) the filing of a petition in a case set forth in Article 41 of the Act on Land and Building Leases (including as applied mutatis mutandis pursuant to Article 5, paragraph (2) of the Act on Special Measures concerning Land and Building Leases in Affected Areas by the Large Scale Disaster (including as applied mutatis mutandis pursuant to paragraph (4) of that Article); hereinafter the same applies in this item), the filing of an application for intervention in a case set forth in Article 41 of the Act on Land and Building Leases (limited to cases of intervention as the petitioner), or the filing of an appeal against a judicial decision on such petition or application (excluding an appeal as set forth in the following item):a judicial decision dismissing the petition without prejudice has become final and binding, or the petition has been withdrawn prior to the closing of the first hearing date;

五　上告の提起若しくは上告受理の申立て又は前号の申立て若しくは申出についての裁判に対する非訟事件手続法（平成二十三年法律第五十一号）第七十四条第一項の規定による再抗告若しくは同法第七十五条第一項の規定による特別抗告の提起若しくは同法第七十七条第二項の規定による抗告の許可の申立て原裁判所（抗告の許可の申立てにあつては、その申立てを受けた裁判所。以下この号において同じ。）における却下の裁判の確定又は原裁判所が上告裁判所若しくは抗告裁判所に事件を送付する前における取下げ

(v) the filing of a final appeal or a petition for acceptance of a final appeal, the filing of a re-appeal from an appeal from a ruling under the provisions of Article 74, paragraph (1) of the Non-Contentious Case Procedure Act (Act No.51 of 2011) against a judicial decision on a petition or application referred to in the preceding item, the filing of a special appeal under the provisions of Article 75, paragraph (1), or the filing of a petition for permission to appeal under the provisions of Article 77, paragraph (2) of that Act:a judicial decision dismissing the petition without prejudice in the court of prior instance (or in the court with which the permission to appeal was filed, if applicable; hereinafter the same applies in this item) has become final and binding, or the petition has been withdrawn before the court of prior instance sends the case to the final appellate court or the court in charge of the appeal.

4　前項の規定は、数個の請求の一部について同項各号に定める事由が生じた場合において、既に納めた手数料の全部又は一部がなお係属する請求についても納められたものであるときは、その限度においては、適用しない。同項第五号に掲げる申立てについて同号に定める事由が生じた場合において、既に納めた手数料の全部又は一部がなお係属する他の同号に掲げる申立てについても納められたものであるときも、その限度において、同様とする。

(4) If the grounds provided in one of the items of the preceding paragraph arise in connection with a part of multiple claims, and all or part of the fee that the person has already paid has also been paid in connection with another claim that is still pending, the provisions of the preceding paragraph do not apply to any fee paid in connection with such pending claim. If the grounds specified in item (v) of that paragraph arise for a petition as set forth in that item, and all or part of the fee that the person has already paid has also been paid for another petition as set forth in that item that is still pending, the provisions of the preceding paragraph do not apply to any fee paid in connection with such pending petition.

5　支払督促の申立てについて、却下の処分の確定又は支払督促の送達前における取下げがあつた場合においては、裁判所書記官は、申立てにより、第三項の規定に準じて算出した金額の金銭を還付しなければならない。ただし、前項前段に規定する場合には、その限度においては、この限りでない。

(5) If a petition for a court-issued demand for payment has been withdrawn before a disposition dismissing it without prejudice becomes final and binding or before the


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

demand for payment is served, the court clerk, upon petition, must refund the amount of money calculated in accordance with the provisions of paragraph (3); provided, however, that in a case as prescribed in the first sentence of the preceding paragraph, this does not apply to any fee paid in connection with a pending claim.

6　第一項から第三項まで及び前項の申立ては、一の手数料に係る申立ての申立人が二人以上ある場合においては、当該各申立人がすることができる。

(6)　If two or more petitioners have filed a petition associated with a single fee, each of those petitioners may individually file a petition referred to in paragraph (1) through paragraph (3) or the preceding paragraph.

7　第一項から第三項まで及び第五項の申立ては、その申立てをすることができる事由が生じた日から五年以内にしなければならない。

(7)　A person must file a petition referred to in paragraph (1) through paragraph (3) or paragraph (5) within five years from the day on which the grounds enabling the person filing the petition arises.

8　第二項又は第五項の申立てについてされた裁判所書記官の処分に対しては、その告知を受けた日から一週間の不変期間内に、その裁判所書記官の所属する裁判所に異議を申し立てることができる。

(8)　Within an inalterable period of one week from the day on which a person is notified of the disposition that a court clerk has taken regarding a petition referred to in paragraph (2) or paragraph (5), a person may file an objection with the court to which the court clerk belongs.

9　第一項から第三項まで及び第五項の申立て並びにその申立てについての裁判又は裁判所書記官の処分並びに前項の規定による異議の申立て及びその異議の申立てについての裁判に関しては、その性質に反しない限り、非訟事件手続法第二編の規定（同法第二十七条及び第四十条の規定を除く。）を準用する。

(9)　Unless it is contrary to the nature thereof, the provisions of Part II of the Non-Contentious Case Procedure Act (excluding the provisions of Article 27 and Article 40 of that Act) apply mutatis mutandis to a petition referred to in paragraph (1) through (3) or paragraph (5), a judicial decision or disposition of the court clerk on such petition, an objection under the provisions of the preceding paragraph, or a judicial decision on such objection.

（再使用証明）

(Certifying the Re-Use of Revenue Stamps)

第十条　前条第一項から第三項まで及び第五項の申立てにおいて、第八条の規定により納めた収入印紙を当該裁判所における他の手数料の納付について再使用したい旨の申出があつたときは、金銭による還付に代えて、還付の日から一年以内に限り再使用をすることができる旨の裁判所書記官の証明を付して還付すべき金額に相当する収入印紙を交付することができる。

Article 10　(1)　If a petition referred to in paragraph (1) through (3) or paragraph (5) of the preceding Article contains a request to reuse revenue stamps supplied pursuant to the provisions of Article 8 to pay another fee at the relevant court, it is permissible, in lieu of using money for the refund, to deliver revenue stamps equivalent to the amount required to be refunded, along with the certification of the court clerk indicating that it is permissible to reuse the stamps for up to one year after the date of the refund.

2　前項の証明の付された収入印紙の交付を受けた者が、同項の証明に係る期間内に、当該収入印紙を提出してその額に相当する金額の金銭の還付を受けたい旨の申立てをしたときは、同項の裁判所は、決定で、当該収入印紙の額に相当する金額の金銭を還付しなければならない。

(2)　If a person to whom revenue stamps accompanied by a certification referred to in the preceding paragraph have been delivered submits those stamps and files a petition seeking a refund of an equivalent amount of money within the period under the certification referred to in that paragraph, the court referred to in that paragraph must refund an amount of money equivalent to that of those revenue stamps, through a ruling.

3　前条第九項の規定は、前項の決定について準用する。



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

(3)　The provisions of paragraph (9) of the preceding Article apply mutatis mutandis to a ruling referred to in the preceding paragraph.

第二節　手数料以外の費用

Section 2 Costs Other Than Fees

（納付義務）

(Obligation to Pay)

第十一条　次に掲げる金額は、費用として、当事者等が納めるものとする。

Article 11　(1)　A party or interested person is to pay the following amounts as costs:

一　裁判所が証拠調べ、書類の送達その他の民事訴訟等における手続上の行為をするため必要な次章に定める給付その他の給付に相当する金額

(i)　the amount equivalent to the payments established in the following Chapter that are necessary in order for the court to conduct the examination of evidence, serve documents, or conduct any other procedural acts in civil litigation, etc., and any other such payments; and

二　証拠調べ又は調停事件以外の民事事件若しくは行政事件における事実の調査その他の行為を裁判所外でする場合に必要な裁判官及び裁判所書記官の旅費及び宿泊料で、証人の例により算定したものに相当する金額

(ii)　any necessary travel expenses and lodging fees for a judge and a court clerk to conduct an examination of evidence, a fact-finding examination in a non-conciliation civil case or in an administrative case, or any other such act out of court, in an amount equivalent to those calculated using the rules for witnesses.

2　前項の費用を納めるべき当事者等は、他の法令に別段の定めがある場合を除き、申立てによつてする行為に係る費用についてはその申立人とし、職権でする行為に係る費用については裁判所が定める者とする。

(2)　Unless otherwise provided in other laws or regulations, the party or interested person that is required to pay the costs referred to in the preceding paragraph is the petitioner, for costs involved in an action that the court takes upon petition, or the person designated by the court, for costs involved in an action the court takes by its own authority.

（予納義務）

(Obligation to Prepay)

第十二条　前条第一項の費用を要する行為については、他の法律に別段の定めがある場合及び最高裁判所が定める場合を除き、裁判所は、当事者等にその費用の概算額を予納させなければならない。

Article 12　(1)　Unless otherwise provided in other laws and except in a case specified by the Supreme Court, the court must cause a party or interested person to prepay the estimated amount of costs for an action requiring the costs referred to in paragraph (1) of the preceding Article.

2　裁判所は、前項の規定により予納を命じた場合においてその予納がないときは、当該費用を要する行為を行なわないことができる。

(2)　If the court has ordered a person to make a prepayment pursuant to the provisions of the preceding paragraph and that prepayment is not made, the court may decide not to take the action that requires the relevant costs.

（郵便切手等による予納）

(Prepayment by Postage Stamps)

第十三条　裁判所は、郵便物の料金又は民間事業者による信書の送達に関する法律（平成十四年法律第九十九号）第二条第六項に規定する一般信書便事業者若しくは同条第九項に規定する特定信書便事業者の提供する同条第二項に規定する信書便の役務に関する料金に充てるための費用に限り、金銭に代えて郵便切手又は最高裁判所が定めるこれに類する証票（以下「郵便切手等」という。）で予納させることができる。

Article 13　The court may allow a person to make a prepayment using postage stamps or any similar vouchers that the Supreme Court prescribes (hereinafter referred to as



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

"postage stamps, etc."), in lieu of money, but only for costs to cover postal charges or to cover correspondence delivery services prescribed in Article 2, paragraph (2) of the Act on Correspondence Delivery by Private Business Operators (Act No. 99 of 2002) provided by general correspondence delivery operators prescribed in paragraph (6) of that Article or by a specified correspondence delivery operator prescribed in paragraph (9) of that Article.

（裁判所書記官が行う手続に係る費用に関する特例）
(Special Provisions for Costs Involved in Procedures by a Court Clerk)
第十三条の二　次に掲げる手続で裁判所書記官が行うものに係る費用についての第十一条第二項及び前二条の規定の適用については、これらの規定中「裁判所」とあるのは、「裁判所書記官」とする。
Article 13-2　To apply the provisions of Article 11, paragraph (2) and the preceding two Articles to the costs of any of the following procedures that a court clerk carries out, the term "court" as used in those provisions is deemed to be replaced with "court clerk":
一　督促手続
(i)　formal demand procedures;
二　訴訟費用、和解の費用又は非訟事件（他の法令の規定により非訟事件手続法の規定を準用することとされる事件を含む。）、家事事件若しくは国際的な子の奪取の民事上の側面に関する条約の実施に関する法律（平成二十五年法律第四十八号）第二十九条に規定する子の返還に関する事件の手続の費用の負担の額を定める手続
(ii)　procedures for establishing the amount of court costs, settlement costs, or costs of procedures in a non-contentious case (this includes a case to which the provisions of the Non-Contentious Case Procedures Act apply mutatis mutandis pursuant to the provisions of another law or regulation), a domestic relations case, or a case involving the return of a child as provided in Article 29 of the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction (Act No.48 of 2013) that a person is to bear;
三　民事執行法第四十二条第四項に規定する執行費用及び返還すべき金銭の額を定める手続
(iii)　procedures for establishing the amount of the execution costs and the money to be refunded as set forth in Article 42, paragraph (4) of the Civil Execution Act;
四　少額訴訟債権執行（民事執行法第百六十七条の二第二項に規定する少額訴訟債権執行をいう。以下同じ。）の手続
(iv)　procedures for execution against a claim relating to a small claims action (meaning execution against a claim relating to an action on a small claim prescribed in Article 167-2, paragraph (2) of the Civil Execution Act; the same applies hereinafter).

第三節　費用の取立て
Section 3 Collection of Costs

（裁判により費用の負担を命ぜられた者からの取立て等）
(Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
第十四条　第十一条第一項の費用で予納がないものは、裁判、裁判上の和解、調停若しくは労働審判によりこれを負担することとされた者又は民事訴訟等に関する法令の規定により費用を負担すべき者から取り立てることができる。
Article 14　It is permissible to collect costs referred to in Article 11, paragraph (1) for which no prepayment has been made from the person that it is established will bear them by a judicial decision, judicial settlement, conciliation, or labor tribunal decision or from the person that is required to bear them pursuant to the provisions of laws and regulations concerning civil litigation, etc..

（予納がない場合の費用の取立て）
(Collection of Costs If No Prepayment Has Been Made)
第十五条　前条の費用の取立てについては、第十一条第二項の規定により費用を納めるべき者に対する場合にあつては記録の存する裁判所の決定により、その他の者に対する場合にあつては


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

第一審の裁判所の決定により、民事執行法その他強制執行の手続に関する法令の規定に従い強制執行をすることができる。この決定は、執行力のある債務名義と同一の効力を有する。

Article 15 (1) It is permissible to conduct a compulsory execution in accordance with the provisions of the Civil Execution Act and other laws and regulations concerning compulsory execution procedures to collect the costs referred to in the preceding Article; compulsory execution may be conducted upon the ruling of the court where the record exists, if costs are being collected from the person that is required to pay the costs pursuant to the provisions of Article 11, paragraph (2), and it may be conducted upon the ruling of the court of first instance, if costs are being collected from any other person. Such a ruling has the same effect as an enforceable title of obligation.

2 第九条第九項の規定は、前項の決定について準用する。

(2) The provisions of Article 9, paragraph (9) apply mutatis mutandis to a ruling as set forth in the preceding paragraph.

（訴訟上の救助により納付を猶予された費用の取立て）

(Collection of Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)

第十六条 民事訴訟法第八十三条第三項又は第八十四条の規定による費用の支払を命ずる裁判は、強制執行に関しては、執行力のある債務名義と同一の効力を有する。

Article 16 (1) A judicial decision ordering the payment of costs under the provisions of Article 83, paragraph (3) or Article 84 of the Code of Civil Procedure has the same effect as an enforceable title of obligation as it concerns compulsory execution.

2 民事訴訟法第八十五条前段の規定による費用の取立てについては、前条の規定を準用する。

(2) The provisions of the preceding Article apply mutatis mutandis to the collection of costs under the provisions of the first sentence of Article 85 of the Code of Civil Procedure.

（準用）

(Application Mutatis Mutandis)

第十七条 民事訴訟法以外の法令において準用する同法の規定により救助を受け納付を猶予された費用の取立てについては、前条の規定を準用する。

Article 17 The provisions of the preceding Article apply mutatis mutandis to the collection of costs for whose payment a person has been granted a grace period as a form of aid received pursuant to the provisions of the Code of Civil Procedure as applied mutatis mutandis pursuant to other laws and regulations.

## 第三章 証人等に対する給付

## Chapter III Payment to Witnesses

（証人の旅費の請求等）

(Request for Travel Expenses by a Witness)

第十八条 証人、鑑定人及び通訳人は、旅費、日当及び宿泊料を請求することができる。ただし、正当な理由がなく、宣誓又は証言、鑑定若しくは通訳を拒んだ者は、この限りでない。

Article 18 (1) A witness, expert witness, or interpreter may request travel expenses, a daily allowance, and lodging fees; provided, however, that this does not apply to a person who has refused to swear under oath or testify, give expert testimony, or interpret, without a legitimate reason.

2 鑑定人及び通訳人は、鑑定料又は通訳料を請求し、及び鑑定又は通訳に必要な費用の支払又は償還を受けることができる。

(2) An expert witness or an interpreter may request a fee for expert testimony or for interpretation, and may be paid or reimbursed for the expenses needed to give expert testimony or interpret.

3 証人、鑑定人及び通訳人は、あらかじめ旅費、日当、宿泊料又は前項の費用の支払を受けた場合において、正当な理由がなく、出頭せず、又は宣誓、証言、鑑定若しくは通訳を拒んだときは、その支払を受けた金額を返納しなければならない。


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

(3) If a witness, expert witness, or interpreter has been paid in advance for travel expenses, a daily allowance, lodging fees, or expenses referred to in the preceding paragraph, and that person fails to appear or refuses to swear under oath, testify, give expert testimony, or interpret, without a legitimate reason, the person must return the amount of money they were paid.

（説明者の旅費の請求等）
(Request for Travel Expenses by an Expositor)
第十九条　民事訴訟法第二百十八条第二項（これを準用し、又はその例による場合を含む。）又は公害紛争処理法（昭和四十五年法律第百八号）第四十二条の三十二第二項の規定による説明者、民事訴訟法第百八十七条第一項（これを準用し、又はその例による場合を含む。）の規定による審尋をした参考人及び事実の調査のために裁判所から期日に出頭すべき旨の呼出しを受けた者は、旅費、日当及び宿泊料を請求することができる。
Article 19 An expositor under the provisions of Article 218, paragraph (2) of the Code of Civil Procedure (including as applied mutatis mutandis or when the same rules apply) or Article 42-32, paragraph (2) of the Act on the Settlement of Environmental Pollution Disputes (Act No. 108 of 1970), a witness who has undergone an interrogation under the provisions of Article 187, paragraph (1) of the Code of Civil Procedure (including as applied mutatis mutandis or when the same rules apply), or a person summoned by the court to appear on a date for a fact-finding examination may request travel expenses, a daily allowance, and lodging fees.

（調査の嘱託をした場合の報酬の支給等）
(Payment of Compensation for a Commissioned Examination)
第二十条　民事訴訟等に関する法令の規定により調査を嘱託し、報告を求め、又は鑑定若しくは専門的な知識経験に基づく意見の陳述を嘱託したときは、請求により、報酬及び必要な費用を支給する。民事訴訟等に関する法令の規定により保管人、管理人若しくは評価人を任命し、又は換価その他の行為を命じたときも、他の法令に別段の定めがある場合を除き、同様とする。
Article 20 (1) If a person has commissioned an examination, requested a report, or commissioned expert testimony or a statement of opinion based on expert knowledge and experience pursuant to the provisions of laws and regulations concerning civil litigation, etc., compensation and necessary expenses are paid upon request. Unless otherwise provided in other laws and regulations, the same applies if a person appoints a custodian, administrator, or appraiser or orders a realization of property or any other such act pursuant to the provisions of laws and regulations concerning civil litigation, etc..
2　民事訴訟法第百三十二条の四第一項第一号の規定により文書（同法第二百三十一条に規定する物件を含む。）の送付を嘱託したときは、請求により、当該文書の写しの作成に必要な費用を支給する。
(2) If a person commissions the sending of a document pursuant to the provisions of Article 132-4, paragraph (1), item (i) of the Code of Civil Procedure (including the sending of an object prescribed in Article 231 of that Code), the expenses necessary to prepare a copy of that document are paid upon request.
3　第十八条第三項の規定は、前二項の費用について準用する。
(3) The provisions of Article 18, paragraph (3) apply mutatis mutandis to the expenses set forth in the preceding two paragraphs.

（旅費の種類及び額）
(Types and Amounts of Travel Expenses)
第二十一条　旅費は、鉄道賃、船賃、路程賃及び航空賃の四種とし、鉄道賃は鉄道の便のある区間の陸路旅行に、船賃は船舶の便のある区間の水路旅行に、路程賃は鉄道の便のない区間の陸路旅行又は船舶の便のない区間の水路旅行に、航空賃は航空機を利用すべき特別の事由がある場合における航空旅行について支給する。


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

Article 21 (1) Travel expenses are of four types: railway fare, boat fare, a fee for distance covered, and airfare; railway fare is paid for travel by land between points where railway service is available, boat fare is paid for travel by water between points where boat service is available, the fee for distance covered is paid for travel by land between points where railway service is unavailable or for travel by water between points where boat service is unavailable, and airfare is paid for travel by air when there are special circumstances requiring a person to use an airplane.

2 鉄道賃及び船賃は旅行区間の路程に応ずる旅客運賃（はしけ賃及びさん橋賃を含むものとし、運賃に等級を設ける線路又は船舶による旅行の場合には、運賃の等級を三階級に区分するものについては中級以下で裁判所が相当と認める等級の、運賃の等級を二階級に区分するものについては裁判所が相当と認める等級の運賃）、急行料金（特別急行列車を運行する線路のある区間の旅行で片道百キロメートル以上のものには特別急行料金、普通急行列車又は準急行列車を運行する線路のある区間の旅行で片道五十キロメートル以上のものには普通急行料金又は準急行料金）並びに裁判所が支給を相当と認める特別車両料金及び特別船室料金並びに座席指定料金（座席指定料金を徴する普通急行列車を運行する線路のある区間の旅行で片道百キロメートル以上のもの又は座席指定料金を徴する船舶を運行する航路のある区間の旅行の場合の座席指定料金に限る。）によつて、路程賃は最高裁判所が定める額の範囲内において裁判所が定める額によつて、航空賃は現に支払つた旅客運賃によつて、それぞれ算定する。

(2) Railway fare and boat fare are calculated based on the passenger fare (inclusive of any lighterage or pierage; if a person travels by a train track or vessel for which there are fare classes, this means the fare for whichever class the court finds to be reasonable up to the mid-level fare class in a three-fare-class classification scheme, or the fare for whichever class the court finds to be reasonable in a two-fare-class classification scheme), express charge (or a limited express charge, for travel of 100 kilometers or more one way on a segment with a train track on which a limited express train runs; or an ordinary express charge or semi-express charge for travel of 50 kilometers or more one way on a segment with a train track on which an ordinary express train or semi-express train runs), special compartment charges or special cabin charges that the court finds to be reasonable to pay, and seat reservation charges (but only for travel of 100 kilometers or more one way on a segment with a train track on which an ordinary express train requiring a seat reservation charge runs, or if the person travels on a segment with a water route on which a vessel requiring a seat reservation charge runs), for the distance covered in a segment of travel; the fee for distance covered is calculated based on the amount that the court establishes within the scope of the amount that the Supreme Court prescribes; and airfare is calculated based on the passenger fare that the person has actually paid.

（日当の支給基準及び額）

(Basis for Payment and Amount of Daily Allowance)

第二十二条 日当は、出頭又は取調べ及びそれらのための旅行（以下「出頭等」という。）に必要な日数に応じて支給する。

Article 22 (1) A daily allowance is paid according to the number of days needed for an appearance or examination and for travel for an appearance or examination (hereinafter referred to as an "appearance or examination and travel").

2 日当の額は、最高裁判所が定める額の範囲内において、裁判所が定める。

(2) The amount of a daily allowance is that amount established by the court, within the scope of the amount that the Supreme Court prescribes.

（宿泊料の支給基準及び額）

(Basis for Payment and Amount of Lodging Fees)

第二十三条 宿泊料は、出頭等に必要な夜数に応じて支給する。

Article 23 (1) Lodging fees are paid according to the number of nights needed for an appearance or examination and travel.



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

2　宿泊料の額は、最高裁判所が宿泊地を区分して定める額の範囲内において、裁判所が定める。

(2)　The amount of lodging fees is that amount established by the court, within the scope of the amount that the Supreme Court prescribes for each separate region of lodging.

（本邦と外国との間の旅行に係る旅費等の額）

(Amount of Travel Expenses for Travel Between Japan and a Foreign State)

第二十四条　本邦と外国との間の旅行に係る旅費、日当及び宿泊料の額については、前三条に規定する基準を参酌して、裁判所が相当と認めるところによる。

Article 24　The amount of travel expenses, daily allowance, and lodging fees for travel between Japan and a foreign state is based on what the court finds to be reasonable in consideration of the basis for payment prescribed in the preceding three Articles.

（旅費等の計算）

(Calculation of Travel Expenses)

第二十五条　旅費（航空賃を除く。）並びに日当及び宿泊料の計算上の旅行日数は、最も経済的な通常の経路及び方法によつて旅行した場合の例により計算する。ただし、天災その他やむを得ない事情により最も経済的な通常の経路又は方法によつて旅行し難い場合には、その現によつた経路及び方法によつて計算する。

Article 25　The number of days of travel that is used to calculate travel expenses (excluding airfare), daily allowance, and lodging fees is calculated as it would be if the person traveled by the most economical ordinary route and means; provided, however, that if it is difficult to travel by the most economical ordinary route and means due to a natural disaster or other compelling circumstances, this is calculated based the route actually taken and means actually used.

（鑑定料の額等）

(Amount of Expert Testimony Fees)

第二十六条　第十八条第二項又は第二十条第一項若しくは第二項の規定により支給すべき鑑定料、通訳料、報酬及び費用の額は、裁判所が相当と認めるところによる。

Article 26　The amount of a fee for expert testimony, fee for interpretation, compensation, or expense that must be paid pursuant to the provisions of Article 18, paragraph (2) or Article 20, paragraph (1) or paragraph (2) is based on what the court finds to be reasonable.

（請求の期限）

(Time Limit for Requests)

第二十七条　この章に定める旅費、日当、宿泊料、鑑定料その他の給付は、判決によつて事件が完結する場合においてはその判決があるまでに、判決によらないで事件が完結する場合においてはその完結の日から二月を経過した日までに請求しないときは、支給しない。ただし、やむを得ない事由によりその期限内に請求することができなかつたときは、その事由が消滅した日から二週間以内に請求した場合に限り、支給する。

Article 27　The travel expenses, daily allowance, lodging fees, fees for expert testimony, and other such payments that this Chapter prescribes are not issued if the case ends in a judgment and a person does not request them by the day the judgment is reached, nor are they issued if a case ends other than in a judgment and a person does not request them by the day that falls two months after the date on which the case ended; provided, however, that these are issued if the person was unable to request them by that deadline due to compelling circumstances, but only if the person requests them within two weeks from the day on which those circumstances ceased to exist.

（裁判官の権限）

(Authority of a Judge)

第二十八条　受命裁判官、受託裁判官又はその他の裁判官が証人尋問その他の手続を行なう場合には、この章の規定による給付に関し裁判所が定めるべき事項は、当該裁判官が定める。ただし、当該裁判官が自ら定めることが相当でないと認めるときは、この限りでない。



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

Article 28 If an authorized judge, commissioned judge, or any other such judge examines a witness or conducts other such proceedings, the judge in question determines the things that the court is required to determine with regard to payments under the provisions of this Chapter; provided, however, that this does not apply if the judge finds it to be inappropriate for the judge to be the one to determine them.

（第三債務者の供託の費用の請求等）
(Request for Deposit Expenses by a Third Person Obligor)

第二十八条の二 民事執行法第百五十六条第二項又は滞納処分と強制執行等との手続の調整に関する法律（昭和三十二年法律第九十四号）第三十六条の六第一項（これらを準用し、又はその例による場合を含む。）の規定により供託した第三債務者は、次の各号に掲げる費用を請求することができるものとし、その額は、それぞれ当該各号に定めるところによる。

Article 28-2 (1) A third person obligor that has made a deposit pursuant to the provisions of Article 156, paragraph (2) of the Civil Execution Act or Article 36-6, paragraph (1) of the Act on Procedural Coordination Between Measures to Collect Arrears and Compulsory Execution Procedures (Act No. 94 of 1957) (including as applied mutatis mutandis or when the same rules apply) may request the expenses set forth in the following items, in the amount specified in each item:

一 供託するために要する旅費、日当及び宿泊料第二条第四号及び第五号の例により算定した額

(i) the travel expenses, daily allowance, and lodging fees required to make the deposit:the amount calculated using the rules referred to in Article 2, items (iv) and (v);

二 供託所に出頭しないで供託することができるときは、供託に要する書類及び供託金の提出の費用並びに供託書正本の交付を受けるために要する費用提出又は交付一回につき第二条第十八号の例により算定した額

(ii) if the person can make the deposit without appearing at an official depository, the expenses for submitting the document required for the deposit and the deposit money, and the expenses required to be issued an authenticated copy of the deposit receipt:the amount calculated using the rules referred to in Article 2, item (xviii), per instance of submission or issuance;

三 供託に要する書類及び供託の事情の届出の書類の作成の費用供託又はその事情の届出一件につき最高裁判所が定める額

(iii) the expenses for preparing the documents required for the deposit and documents for filing notification of the circumstances of the deposit:the amount that the Supreme Court prescribes, per deposit or per filing of a notification of those circumstances;

四 供託の事情の届出の書類の提出の費用提出一回につき第二条第十八号の例により算定した額

(iv) the expenses for submitting the documents for filing a notification of the circumstances of the deposit:the amount calculated using the rules referred to in Article 2, item (xviii), per instance of submission;

五 供託に要する書類で官庁その他の公の団体の作成に係るものの交付を受けるために要する費用交付一回につき第二条第七号の例により算定した額

(v) the expenses required for the person to be issued a document required for the deposit that is prepared by a government agency or any other public body:the amount calculated using the rules referred to in Article 2, item (vii), per instance of issuance.

2 前項の費用は、第二十七条の規定にかかわらず、供託の事情の届出をする時までに請求しないときは、支給しない。

(2) Notwithstanding the provisions of Article 27, the expenses referred to in the preceding paragraph are not paid if the person does not request them by the time the person files the notification of the circumstances of the deposit.

3 第一項の費用は、供託金から支給する。

(3) The expenses referred to in paragraph (1) are paid from the deposit money.

（債務者の財産に関する情報の提供に要した報酬の請求等）


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

(Request for the Compensation Required to Provide Information Concerning Obligor Assets)

第二十八条の三　民事執行法第二百七条第一項又は第二項の申立てを認容する決定により命ぜられた情報の提供をした者は、報酬及び必要な費用を請求することができるものとし、その額は、最高裁判所が定めるところによる。

Article 28-3　A person that has provided the information that the person was ordered to provide in a decision upholding a petition referred to in Article 207, paragraph (1) or (2) of the Civil Execution Act may request compensation and necessary expenses; the amount of this is governed by the rules that the Supreme Court prescribes.

第四章　雑則

Chapter IV Miscellaneous Provisions

（郵便切手等の管理）

(Management of Postage Stamps)

第二十九条　第十三条の規定により予納させた郵便切手等の管理に関する事務は、最高裁判所が指定する裁判所書記官が取り扱う。

Article 29　(1)　The administrative functions involving the management of postage stamps, etc., a person has been allowed to use to make a prepayment pursuant to the provisions of Article 13 are handled by the court clerk whom the Supreme Court designates.

2　前項の裁判所書記官の責任については、物品管理法（昭和三十一年法律第百十三号）に規定する物品管理職員の責任の例による。

(2)　The liability of the court clerk referred to in the preceding paragraph is based on the rules on the liability of goods management personnel as prescribed in the State-Owned Goods Management Act (Act No. 113 of 1956).

3　前二項に定めるもののほか、第一項の郵便切手等の管理について必要な事項は、最高裁判所が定める。

(3)　In addition to what is provided in the preceding two paragraphs, the Supreme Court prescribes the necessary particulars regarding the management of postage stamps, etc., referred to in paragraph (1).

（最高裁判所規則）

(Rules of the Supreme Court)

第三十条　この法律に定めるもののほか、民事訴訟等における証人等に対する裁判所の給付の実施その他この法律の施行に関して必要な事項は、最高裁判所が定める。

Article 30　In addition to what is provided in this Act, the Supreme Court prescribes the necessary particulars concerning the implementation of court payments to witnesses and other persons in civil litigation, etc. and concerning the entry into force of this Act.

別表第一　（第三条、第四条関係）

Appended Table 1 (Re: Articles 3 and 4)

| 項<br>Row | 上欄<br>Left column | 下欄<br>Right column |
|---|---|---|



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment

| | | |
|---|---|---|
| | | 訴訟の目的の価額に応じて、次に定めるところにより算出して得た額<br>The amount arrived at when calculations are made based on the following, in keeping with the value of the subject matter of the suit: |
| 一<br>(1) | 訴え（反訴を除く。）の提起<br>The filing of an action (excluding a counterclaim) | （一） 訴訟の目的の価額が百万円までの部分<br>(i) the part of the value of the subject matter of the suit up to one million yen:<br>その価額十万円までごとに 千円<br>1,000 yen per 100,000 yen of that part of its value.<br>（二） 訴訟の目的の価額が百万円を超え五百万円までの部分<br>(ii) any part of the value of the subject matter of the suit in excess of one million yen, up to five million yen:<br>その価額二十万円までごとに 千円<br>1,000 yen per 200,000 yen of that part of its value.<br>（三） 訴訟の目的の価額が五百万円を超え千万円までの部分<br>(iii) any part of the value of the subject matter of the suit in excess of five million yen, up to ten million yen:<br>その価額五十万円までごとに 二千円 |


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | | 2,000 yen per 500,000 yen of that part of its value.<br>（四） 訴訟の目的の価額が千万円を超え十億円までの部分<br>(iv) any part of the value of the subject matter of the suit in excess of ten million yen, up to one billion yen:<br>その価額百万円までごとに 三千円<br>3,000 yen per one million yen of that part of its value.<br>（五） 訴訟の目的の価額が十億円を超え五十億円までの部分<br>(v) any part of the value of the subject matter of the suit in excess of one billion yen, up to five billion yen:<br>その価額五百万円までごとに 一万円<br>10,000 yen per five million yen of that part of its value.<br>（六） 訴訟の目的の価額が五十億円を超える部分<br>(vi) any part of the value of the subject matter of the suit in excess of five billion yen:<br>その価額千万円までごとに 一万円<br>10,000 yen per ten million yen of that part of its value. |
| 二<br>(2) | 控訴の提起（四の項に掲げるものを除く。）<br>The filing of an appeal (other than one set forth in row (4)) | 一の項により算出して得た額の一・五倍の額<br>1.5 times the amount arrived at when calculations |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | | are made pursuant to row (1) |
| 三<br>(3) | 上告の提起又は上告受理の申立て（四の項に掲げるものを除く。）<br>The filing of a final appeal or a petition for acceptance of a final appeal (other than one set forth in row (4)) | 一の項により算出して得た額の二倍の額<br>Double the amount arrived at when calculations are made pursuant to row (1) |
| 四<br>(4) | 請求について判断をしなかつた判決に対する控訴の提起又は上告の提起若しくは上告受理の申立て<br>The filing of an appeal or the filing of a final appeal or a petition for acceptance of a final appeal against a judgment in which the court did not reach a determination on a claim | 二の項又は三の項により算出して得た額の二分の一の額<br>Half the amount arrived at when calculations are made pursuant to row (2) or row (3) |
| 五<br>(5) | 請求の変更<br>Amendment of a claim | 変更後の請求につき一の項（請求について判断した判決に係る控訴審における請求の変更にあつては、二の項）により算出して得た額から変更前の請求に係る手数料の額を控除した額<br>The amount arrived at when the amount of the fees for the claim before its amendment is deducted from the amount arrived at when calculations are made pursuant to row (1) (or row (2) for the amendment of a claim in the second instance in connection with a judgment in which the court reached a determination on the claim) for the amended claim |
| 六<br>(6) | 反訴の提起<br>The filing of a counterclaim | 一の項（請求について判断した判決に係る控訴審における反訴の提起にあつては、二の項）により算出して得た額。た |


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | | だし、本訴とその目的を同じくする反訴については、この額から本訴に係る訴訟の目的の価額について一の項（請求について判断した判決に係る控訴審における反訴の提起にあつては、二の項）により算出して得た額を控除した額<br>The amount arrived at when calculations are made pursuant to row (1) (or row (2), for the filing of the counterclaim in the second instance in connection with a judgment in which the court reached a determination on the claim); provided, however, that for a counterclaim whose subject matter is the same as that of the principal action, this means the amount so calculated, less the amount arrived at when calculations are made pursuant to row (1) (or row (2), for the filing of a counterclaim in the second instance in connection with a judgment in which the court reached a determination on the claim) for the value of the subject matter of the suit in the principal action. |
| 七<br>(7) | 民事訴訟法第四十七条第一項若しくは第五十二条第一項又は民事再生法（平成十一年 | 一の項（請求について判断した判決に係る控訴審又は上告審 |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment a

| | | | |
|---|---|---|---|
| | 法律第二百二十五号）第百三十八条第一項若しくは第二項の規定による参加の申出<br>The filing of an application for intervention under the provisions of Article 47, paragraph (1), Article 52, paragraph (1) of the Code of Civil Procedure, or Article 138, paragraph (1) or paragraph (2) of the Civil Rehabilitation Act (Act No. 225 of 1999) | | における参加にあつては二の項又は三の項、第一審において請求について判断し、第二審において請求について判断しなかつた判決に係る上告審における参加にあつては二の項）により算出して得た額<br>The amount arrived at when calculations are made pursuant to row (1) (or row (2) or row (3), for intervention in the second instance or in the final appellate instance in connection with a judgment in which the court reached a determination on the claim; or row (2), for intervention in the final appellate instance in connection with a judgment in the second instance in which the court did not reach a determination on a claim on which the court reached a determination in the first instance) |
| 八<br>(8) | 再審の訴えの提起<br>The filing of an action for retrial | （１） 簡易裁判所に提起するもの<br>(1) filing with a summary court | 二千円<br>2,000 yen |
| | | （２） 簡易裁判所以外の裁判所に提起するもの<br>(2) filing with a court other than a summary court | 四千円<br>4,000 yen |
| 八の二<br>(8)-2 | 仲裁法（平成十五年法律第百三十八号）第四十四条第一項又は第四十六条第一項の規定による申立て | | 四千円<br>4,000 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | The filing of a petition under the provisions of Article 44, paragraph (1) or Article 46, paragraph (1) of the Arbitration Act (Act No. 138 of 2003) | |
| 九<br>(9) | 和解の申立て<br>The filing of a petition for settlement | 二千円<br>2,000 yen |
| 一〇<br>(10) | 支払督促の申立て<br>The filing of a petition for a court-issued demand for payment | 請求の目的の価額に応じ、一の項により算出して得た額の二分の一の額<br>Half the amount arrived at when calculations are made pursuant to row (1) in keeping with the value of the subject matter of the claim |
| 一一<br>(11) | イ　不動産の強制競売若しくは担保権の実行としての競売の申立て、債権の差押命令の申立てその他裁判所による強制執行若しくは競売若しくは収益執行の申立て（一一の二の項イに掲げる申立て及び民事執行法第百五十三条第二項（これを準用し、又はその例による場合を含む。）の規定による差押命令の申立てを除く。）又は金銭債権の差押処分の申立て<br>(a) the filing of a petition for a compulsory auction of real property or for an auction of real property to enforce a security interest, a petition for an order of seizure for a claim, or any other petition for compulsory execution or auction by the court or for execution by the court against earnings (excluding the petition set forth in row (11)-2(a) and a petition for an order of seizure under the provisions of Article 153, paragraph (2) of the Civil Execution Act (including applied mutatis mutandis or when the same rules apply)) or of a petition for a disposition of seizure for a monetary claim<br>ロ　強制管理の方法による仮差押えの執行の申立て<br>(b) the filing of a petition for execution of a provisional seizure through compulsory administration | 四千円<br>4,000 yen |
| 一一の二<br>(11)-2 | イ　民事執行法第百六十七条の十五第一項、第百七十一条第一項、第百七十二条第一項、第百七十三条第一項若しくは第百七十四条第二項の強制執行の申立て又は同法 | 二千円<br>2,000 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | 第百九十七条第一項若しくは第二項の財産開示手続実施の申立て<br>(a) the filing of a petition for a compulsory execution set forth in Article 167-15, paragraph (1), Article 171, paragraph (1), Article 172, paragraph (1) Article 173, paragraph (1) or Article 174, paragraph (2) of the Civil Execution Act or a petition for implementation of asset discovery procedures as referred to in Article 197, paragraph (1) or paragraph (2) of that Act<br><br>ロ　民事保全法（平成元年法律第九十一号）の規定による保全命令の申立て<br>(b) the filing of a petition for a provisional remedy order under the provisions of the Civil Preservation Act (Act No. 91 of 1989)<br><br>ハ　行政事件訴訟法（昭和三十七年法律第百三十九号）の規定による執行停止の申立て又は仮の義務付け若しくは仮の差止めの申立て<br>(c) the filing of a petition for a stay of execution or a petition for a provisional mandatory order or provisional injunctive order under the provisions of the Administrative Case Litigation Act (Act No. 139 of 1962)<br><br>ニ　不動産登記法（平成十六年法律第百二十三号）第百八条第一項の規定による申立てその他の登記又は登録に係る法令の規定による仮登記又は仮登録の仮処分命令の申立て又は申請<br>(d) the filing of a petition under the provisions of Article 108, paragraph (1) of the Real Property Registration Act (Act No. 123 of 2004) or of a petition or application for an order of provisional disposition of a provisional registration under the provisions of other laws and regulations concerning registration | |
| 一二<br>(12) | 破産手続開始の申立て（債権者がするものに限る。）、更生手続開始の申立て、特別清算開始の申立て、外国倒産処理手続の承認の申立て、責任制限手続開始の申立て、責任制限手続拡張の申立て又は企業担保権の実行の申立て<br>The filing of a petition to commence bankruptcy proceedings (limited to one filed by a creditor), a petition to commence reorganization proceedings, a petition to commence special liquidation, a petition to commence foreign insolvency proceedings, a petition to commence proceedings for limitation of | 二万円<br>20,000 yen |

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | shipowners' liability, a petition to expand proceedings for limitation of shipowner liability, or a petition for the exercise of an enterprise mortgage | |
| 一二の二<br>(12)-2 | 再生手続開始の申立て<br>The filing of a petition to commence rehabilitation proceedings | 一万円<br>10,000 yen |
| 一三<br>(13) | 借地借家法第四十一条の事件の申立て又は同条の事件における参加の申出（申立人として参加する場合に限る。）<br>The filing of a petition for a case referred to in Article 41 of the Land and Building Lease Act or an application for intervention in a case referred to in that Article (but only if the person would intervene as a petitioner) | 借地借家法第十七条第二項の規定による裁判を求めるときは借地権の目的である土地の価額の十分の三に相当する額を、その他の裁判を求めるときは借地権の目的である土地の価額を基礎とし、その額に応じて、次に定めるところにより算出して得た額<br>The amount arrived at when calculations are made pursuant to the following, on the basis of the amount equivalent to three-tenths of the value of the land on which a right of lease is established, if the person seeks a judicial decision under the provisions of Article 17, paragraph (2) of the Land and Building Lease Act, or on the basis of the value of the land on which a right of lease is established, if the person seeks any other judicial decision, and in keeping with that amount:<br>（一） 基礎となる額が百万円までの部分<br>(i) the part of the amount used as the |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

basis for calculation up to one million yen:

その額十万円までごとに　四百円
400 yen per 100,000 yen of that part of the amount.

（二）　基礎となる額が百万円を超え五百万円までの部分
(ii) any part of the amount used as the basis for the calculation in excess of one million yen, up to five million yen:

その額二十万円までごとに　四百円
400 yen per 200,000 yen of that part of the amount.

（三）　基礎となる額が五百万円を超え千万円までの部分
(iii) any part of the amount used as the basis for the calculation in excess of five million yen, up to ten million yen:

その額五十万円までごとに　八百円
800 yen per 500,000 yen of that part of the amount.

（四）　基礎となる額が千万円を超え十億円までの部分
(iv) any part of the amount used as the basis for the calculation in excess of ten million yen, up to one billion yen:

その額百万円までごとに　千二百円
1,200 yen per one million yen of that



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | | part of the amount.<br>（五） 基礎となる額が十億円を超え五十億円までの部分<br>(v) any part of the amount used as the basis for the calculation in excess of one billion yen, up to five billion yen:<br>その額五百万円までごとに　四千円<br>4,000 yen per five million yen of that part of the amount.<br>（六） 基礎となる額が五十億円を超える部分<br>(vi) any part of the amount used as the basis for the calculation in excess of five billion yen:<br>その額千万円までごとに　四千円<br>4,000 yen per ten million yen of that part of the amount. |
| 一三の二<br>(13)-2 | 借地借家法第四十一条の事件の申立ての変更<br>Amendment to a petition for a case set forth in Article 41 of the Act on Land and Building Leases | 変更後の申立てにつき一三の項により算出して得た額から変更前の申立てに係る手数料の額を控除した額<br>The amount arrived at when the amount of the fees for the petition before its amendment is deducted from the amount arrived at when the calculations are made pursuant to row (13) for the amended petition |
| 一四<br>(14) | 民事調停法による調停の申立て又は労働審判法による労働審判手続の申立て<br>The filing of a petition for conciliation under the Civil Conciliation Act or a | 調停又は労働審判を求める事項の価額に応じて、次に定める |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | |
|---|---|
| petition for a labor dispute adjudication procedure under the Labor Tribunal Act | ところにより算出して得た額<br>The amount arrived at when calculations are made pursuant to the following, in line with the value of the matter for which conciliation or labor dispute adjudication is sought:<br>（一） 調停又は労働審判を求める事項の価額が百万円までの部分<br>(i) the part of the value of the matter for which conciliation or labor dispute adjudication is sought, up to one million yen:<br>その価額十万円までごとに 五百円<br>500 yen per 100,000 yen of that part of its value.<br>（二） 調停又は労働審判を求める事項の価額が百万円を超え五百万円までの部分<br>(ii) any part of the value of the matter for which conciliation or labor dispute adjudication is sought in excess of one million yen, up to five million yen:<br>その価額二十万円までごとに 五百円<br>500 yen per 200,000 yen of that part of its value.<br>（三） 調停又は労働審判を求める事項の価額が五百万円を |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

超え千万円までの部分
(iii) any part of the value of the matter for which conciliation or labor dispute adjudication is sought in excess of five million yen, up to ten million yen:

その価額五十万円までごとに　千円
1,000 yen per 500,000 yen of that part of its value.

（四）　調停又は労働審判を求める事項の価額が千万円を超え十億円までの部分
(iv) any part of the value of the matter for which conciliation or labor dispute adjudication is sought in excess of ten million yen, up to one billion yen:

その価額百万円までごとに　千二百円
1,200 yen per one million yen of that part of its value.

（五）　調停又は労働審判を求める事項の価額が十億円を超え五十億円までの部分
(v) any part of the value of the matter for which conciliation or labor dispute adjudication is sought in excess of one billion yen, up to five billion yen:

その価額五百万円までごとに　四千円
4,000 yen per five million yen of that

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings (Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | | part of its value.<br>（六） 調停又は労働審判を求める事項の価額が五十億円を超える部分<br>(vi) any part of the value of the matter for which conciliation or labor dispute adjudication on labor dispute is sought in excess of five billion yen:<br>その価額千万円までごとに　四千円<br>4,000 yen per ten million yen of that part of its value. |
| 一四の二<br>(14)-2 | 民事調停法による調停の申立て又は労働審判法による労働審判手続の申立ての変更<br>Amendment to a petition for conciliation under the Civil Conciliation Act or a petition for labor tribunal proceedings under the Labor Tribunal Act | 変更後の申立てにつき一四の項により算出して得た額から変更前の申立てに係る手数料の額を控除した額<br>The amount arrived at when the amount of the fees for the petition prior to its amendment is deducted from the amount arrived at when calculations are made pursuant to in row (14) for the amended petition |
| 一五<br>(15) | 家事事件手続法別表第一に掲げる事項についての審判の申立て又は同法の規定による参加の申出（申立人として参加する場合に限る。）<br>The filing of a petition for adjudication of any of the matters set forth in appended table 1 of the Domestic Relations Case Procedure Act or an application for intervention under the provisions of that Act (but only if the person intervenes as a petitioner) | 八百円<br>800 yen |
| 一五の二<br>(15)-2 | 家事事件手続法別表第二に掲げる事項についての審判、同法第二百四十四条に規定する事件についての調停若しくは国際的な子の奪取の民事上の側面に関する条約の実施 | 千二百円<br>1,200 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | に関する法律第三十二条第一項に規定する子の返還申立事件の申立て又はこれらの法律の規定による参加の申出（申立人として参加する場合に限る。）<br>The filing of a petition for the adjudication of any of the matters set forth in appended table 2 of the Domestic Relations Case Procedure Act, for the conciliation of a case prescribed in Article 244 of that Act, or in a case seeking the return of child prescribed in Article 32, paragraph (1) of the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction, or the filing of an application for intervention under the provisions of those Acts (but only if the person intervenes as a petitioner) | |
| 一六<br>(16) | イ　仲裁法第十二条第二項、第十六条第三項、第十七条第二項から第五項まで、第十九条第四項、第二十条、第二十三条第五項又は第三十五条第一項の規定による申立て、民事執行法第二百五条第一項、第二百六条第一項又は第二百七条第一項若しくは第二項の規定による申立て、非訟事件手続法の規定により裁判を求める申立て、配偶者からの暴力の防止及び被害者の保護等に関する法律（平成十三年法律第三十一号）第十条第一項から第四項までの規定による申立て、国際的な子の奪取の民事上の側面に関する条約の実施に関する法律第百二十二条第一項の規定による申立て、消費者の財産的被害の集団的な回復のための民事の裁判手続の特例に関する法律第十四条の規定による申立てその他の裁判所の裁判を求める申立てで、基本となる手続が開始されるもの（第九条第一項若しくは第三項又は第十条第二項の規定による申立て及びこの表の他の項に掲げる申立てを除く。）<br>(a) the filing of a petition under the provisions of Article 12, paragraph (2), Article 16, paragraph (3), Article 17, paragraphs (2) through (5), Article 19, paragraph (4), Article 20, Article 23, paragraph (5) or Article 35, paragraph (1) of the Arbitration Act, a petition under the provisions of Article 205, paragraph (1), Article 206, paragraph (1), Article 207, paragraph (1), or paragraph (2) of the Civil Execution Act, a petition for a judicial decision under the provisions of the Non-Contentious Case Procedure Act, a petition under the provisions of Article 10, paragraphs (1) through (4) of the Act on | 千円<br>1,000 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | the Prevention of Spousal Violence and the Protection of Victims (Act No. 31 of 2001), a petition under the provisions of Article 122, paragraph (1) of the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction, a petition under the provisions of Article 14 of the Act on Special Measures Concerning Civil Court Proceedings for the Collective Redress for Property Damage Incurred by Consumers, or any other such petition for a judicial decision by the court, leading to the commencement of fundamental proceedings (excluding the filing of a petition under the provisions of Article 9, paragraph (1) or paragraph (3) or Article 10, paragraph (2) or a petition as set forth in any other row of this table)<br>ロ　非訟事件手続法の規定による参加（一三の項に掲げる参加を除く。）の申出（申立人として参加する場合に限る。）<br>(b) The filing of an application for intervention (excluding intervention set forth in row (13)) under the provisions of Non-Contentious Case Procedures Act (but only if the person intervenes as a petitioner) | |
| 一六の二<br>(16)-2 | 消費者の財産的被害の集団的な回復のための民事の裁判手続の特例に関する法律第三十条第二項の債権届出<br>the filing of proofs of claims referred to in Article 30, paragraph (2) of the Act on Special Measures Concerning Civil Court Proceedings for the Collective Redress for Property Damage Incurred by Consumers | 一個の債権につき千円<br>1,000 yen per claim |
| 一七<br>(17) | イ　（イ）　民事訴訟法の規定による特別代理人の選任の申立て、弁護士でない者を訴訟代理人に選任することの許可を求める申立て、忌避の申立て、訴訟引受けの申立て、秘密記載部分の閲覧等の請求をすることができる者を当事者に限る決定を求める申立て、その決定の取消しの申立て、裁判所書記官の処分に対する異議の申立て、訴えの提起前における証拠収集の処分の申立て、訴えの提起前における証拠保全の申立て、受命裁判官若しくは受託裁判官の裁判に対する異議の申立て、手形訴訟若しくは小切手訴訟の終局判決に対する異議の申立て、少額訴訟の終局判決に対する異議の申立て又は同法の規定による強制執行の停止、開始 | 五百円<br>500 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of Costs for Whose Payment

若しくは続行を命じ、若しくは執行処分の取消しを命ずる裁判を求める申立て
(a) the filing of a petition for the appointment of a special agent, a petition for permission to appoint a person who is not an attorney-at-law as an agent for a suit, a petition for a challenge, a petition for assumption of a suit, a petition for an order to limit the persons who may make a request for inspection, etc. of a part of a case record in which a relevant secret is stated or recorded to the parties, a petition for revocation of such an order, the filing of an objection to a disposition by a court clerk, a petition for a disposition of a collection of evidence prior to the filing of an action, a petition for preservation of evidence prior to the filing of an action, an objection to a judicial decision by an authorized judge or commissioned judge, an objection to a final judgment in an action on bills and notes or an action on checks, or an objection to a final judgment in an action on a small claim under the provisions of the Code of Civil Procedure, or a petition for a judicial decision to order a stay, the commencement, or a continuation of compulsory execution or order a revocation of a disposition of execution, which is to be filed under the provisions of that Code

（ロ） 非訟事件手続法又は国際的な子の奪取の民事上の側面に関する条約の実施に関する法律の規定による忌避の申立て、特別代理人の選任の申立て、弁護士でない者を手続代理人に選任することの許可を求める申立て、裁判所書記官の処分に対する異議の申立て、これらの法律の規定による強制執行の停止、開始若しくは続行を命じ、若しくは執行処分の取消しを命ずる裁判を求める申立て又は受命裁判官若しくは受託裁判官の裁判に対する異議の申立て
(b) the filing of a petition for a challenge, a petition for the appointment of a special agent, a petition for permission to appoint a person who is not an attorney-at-law as counsel, the filing of an objection to a disposition by a court clerk, a petition seeking a judicial decision ordering a stay, the commencement, or a continuation of a compulsory execution or ordering the revocation of a disposition of execution, which is made under the



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

provisions of the Non-Contentious Case Procedures Act or the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction, or a petition for an objection to a judicial decision by an authorized judge or commissioned judge under the provisions of those Acts

（ハ） 家事事件手続法の規定による忌避の申立て、特別代理人の選任の申立て、弁護士でない者を手続代理人に選任することの許可を求める申立て、裁判所書記官の処分に対する異議の申立て、同法の規定による強制執行の停止、開始若しくは続行を命じ、若しくは執行処分の取消しを命ずる裁判を求める申立て、受命裁判官若しくは受託裁判官の裁判に対する異議の申立て、財産の管理に関する処分の取消しの申立て、不在者の財産の管理に関する処分の取消しの申立て、遺産の管理に関する処分の取消しの申立て又は義務の履行を命ずる審判を求める申立て

(c) the filing of a petition for a challenge, a petition for the appointment of a special agent, a petition for permission to appoint a person who is not an attorney-at-law as counsel or the filing of an objection to a disposition by a court clerk under the provisions of the Domestic Relations Case Procedure Act, a petition for a judicial decision ordering a stay, the commencement, or a continuation of compulsory execution or ordering the revocation of a disposition of execution, a petition for an objection to a judicial decision by an authorized judge or commissioned judge, a petition for the revocation of a disposition of administration of the property, a petition for revocation of a disposition regarding administration of the property of absentee, a petition for the revocation of a disposition regarding the administration of an estate or a petition for a ruling to order the performance of an obligation under the provisions of the Domestic Relations Case Procedure Act.

ロ　執行裁判所の執行処分に対する執行異議の申立て、民事執行法第十三条第一項の代理人の選任の許可を求める申立て、執行文の付与の申立てに関する処分に対する異議の申立て、同法第三十六条第一項若しくは第三項の規定による強制執行の停止若しくは続行を命じ、若しくは執行処分の取消


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

しを命ずる裁判を求める申立て、同法第四十一条第二項の規定による特別代理人の選任の申立て、同法第四十七条第四項若しくは第四十九条第五項の規定による裁判所書記官の処分に対する異議の申立て、執行裁判所に対する配当要求、同法第五十五条第一項の規定による売却のための保全処分若しくは同条第五項の規定によるその取消し若しくは変更の申立て、同法第五十六条第一項の規定による地代等の代払の許可を求める申立て、同法第六十二条第三項若しくは第六十四条第六項の規定による裁判所書記官の処分に対する異議の申立て、同法第六十八条の二第一項の規定による買受けの申出をした差押債権者のための保全処分の申立て、同法第七十七条第一項の規定による最高価買受申出人若しくは買受人のための保全処分の申立て、同法第七十八条第六項の規定による裁判所書記官の処分に対する異議の申立て、同法第八十三条第一項の規定による不動産の引渡命令の申立て、同法第百十五条第一項の規定による船舶国籍証書等の引渡命令の申立て、同法第百十七条第一項の規定による強制競売の手続の取消しの申立て、同法第百十八条第一項の規定による船舶の航行の許可を求める申立て、同法第百二十七条第一項の規定による差押物の引渡命令の申立て、少額訴訟債権執行の手続における裁判所書記官の執行処分に対する執行異議の申立て、少額訴訟債権執行の手続における裁判所書記官に対する配当要求、同法第百六十七条の十五第三項の規定による申立て、同法第百七十二条第二項の規定による申立て、同法第百七十五条第三項若しくは第六項の規定による申立て、同法第百八十七条第一項の規定による担保不動産競売の開始決定前の保全処分若しくは同条第四項の規定によるその取消しの申立て又は同法第百九十条第二項の動産競売の開始の許可の申立て

(b) the filing of an objection to a disposition of execution by the executing court, a petition seeking permission for the appointment of an agent set forth in Article 13, paragraph (1) of the Civil Execution Act, an objection to a disposition concerning a petition for a grant of a certificate of execution, a petition for a judicial decision ordering a stay or a continuation of a compulsory execution or ordering a revocation of a disposition of execution under the provisions of Article 36, paragraph (1) or paragraph (3) of that Act, a petition for


Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

the appointment of a special agent under the provisions of Article 41, paragraph (2) of that Act, an objection to a disposition by a court clerk under the provisions of Article 47, paragraph (4) or Article 49, paragraph (5) of that Act, a demand for liquidation distribution by the executing court, a petition for a temporary restraining order on a sale under the provisions of Article 55, paragraph (1) of that Act or for the revocation or change of such an order under the provisions of paragraph (5) of that Article, a petition for permission to pay rent on land, etc. in place of the obligor under the provisions of Article 56, paragraph (1) of that Act, an objection to a disposition by a court clerk under the provisions of Article 62, paragraph (3) or Article 64, paragraph (6) of that Act, a petition for a temporary restraining order for an obligee effecting a seizure who has made a purchase offer under the provisions of Article 68-2, paragraph (1) of that Act, a petition for a temporary restraining order for the highest purchase price offeror or the purchaser under the provisions of Article 77, paragraph (1) of that Act, an objection to a disposition by a court clerk under the provisions of Article 78, paragraph (6) of that Act, a petition for an order to deliver real property under the provisions of Article 83, paragraph (1) of that Act, a petition for an order to deliver the certificate of a vessel's nationality, etc. under the provisions of Article 115, paragraph (1) of that Act, a petition for the rescission of a compulsory auction procedure under the provisions of Article 117, paragraph (1) of that Act, a petition for permission for navigation of a vessel under the provisions of Article 118, paragraph (1) of that Act, a petition for an order to deliver seized property under the provisions of Article 127, paragraph (1) of that Act; an objection to a disposition of execution by a court clerk in the procedure of executing a claim relating to a small claim action, a demand on a court clerk for liquidation and distribution during the process of executing a claim relating to a small claim action, a petition under the provisions of Article 167-15, paragraph (3) of that Act, a petition under



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

the provisions of Article 172, paragraph (2) of that Act, a petition under the provisions of Article 175, paragraph (3) or (6) of that Act, a petition for a temporary restraining order prior to a commencement order for a secured real property auction under Article 187, paragraph (1) of that Act or for the revocation of such an order under the provisions of Article 187, paragraph (4), or a petition for permission to commence an auction of movables as set forth in Article 190, paragraph (2) of that Act

ハ　民事保全法の規定による保全異議の申立て、保全取消しの申立て、同法第二十七条第一項の規定による保全執行の停止若しくは執行処分の取消しを命ずる裁判を求める申立て、同法第四十二条第一項の規定による保全命令を取り消す決定の効力の停止を命ずる裁判を求める申立て又は保全執行裁判所の執行処分に対する執行異議の申立て
(c) the filing, under the provisions of the Civil Preservation Act, of an objection to a temporary restraining order, a petition for revocation of a temporary restraining order, a petition for a judicial decision ordering a stay on the execution of a temporary restraining order or the revocation of a disposition of execution under the provisions of Article 27, paragraph (1) of that Act, a petition for a judicial decision ordering a stay on the effect of an order revoking a temporary restraining order under the provisions of Article 42, paragraph (1) of that Act, or an objection to a disposition of execution by the executing court of a temporary restraining order

ニ　参加（破産法、民事再生法、会社更生法（平成十四年法律第百五十四号）、金融機関等の更生手続の特例等に関する法律（平成八年法律第九十五号）、船舶の所有者等の責任の制限に関する法律（昭和五十年法律第九十四号）又は船舶油濁等損害賠償保障法（昭和五十年法律第九十五号）の規定による参加及び七の項、一三の項、一五の項、一五の二の項又は一六の項に掲げる参加を除く。）の申出又は申立て
(d) the filing of an application or petition for intervention (excluding intervention under the provisions of the Bankruptcy Act, the Civil Rehabilitation Act, the Corporate Reorganization Act (Act No. 154 of 2002), the Act on Special



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

Measures for Reorganization Proceedings for Financial Institutions (Act No. 95 of 1996), the Act on Limitation of Shipowner Liability (Act No. 94 of 1975) or the Act on Liability for Oil Pollution Damage (Act No. 95 of 1975) and the intervention set forth in row (7), row (13), row(15), row(15)-2 or row(16))

ホ　破産法第百八十六条第一項の規定による担保権消滅の許可の申立て、同法第百九十二条第三項の規定による商事留置権消滅の許可の申立て、同法第二百四十八条第一項の規定による免責許可の申立て若しくは同法第二百五十六条第一項の規定による復権の申立て、民事再生法第百四十八条第一項の規定による担保権消滅の許可の申立て、行政事件訴訟法の規定による執行停止決定の取消しの申立て若しくは仮の義務付け若しくは仮の差止めの決定の取消しの申立て、労働組合法（昭和二十四年法律第百七十四号）第二十七条の二十の規定による申立て、配偶者からの暴力の防止及び被害者の保護等に関する法律第十六条第三項若しくは第十七条第一項の規定による申立て、借地借家法第四十四条第一項ただし書の規定による弁護士でない者を手続代理人に選任することの許可を求める申立て、労働審判法第四条第一項ただし書の規定による弁護士でない者を代理人に選任することの許可を求める申立て、特定債務等の調整の促進のための特定調停に関する法律第七条第一項若しくは第二項の規定による民事執行の手続の停止若しくは続行を命ずる裁判を求める申立て、人事訴訟法（平成十五年法律第百九号）第三十九条第一項の規定による申立て、特許法（昭和三十四年法律第百二十一号）第百五条の四第一項若しくは第百五条の五第一項の規定による申立て、著作権法（昭和四十五年法律第四十八号）第百十四条の六第一項若しくは第百十四条の七第一項の規定による申立て又は不正競争防止法（平成五年法律第四十七号）第十条第一項若しくは第十一条第一項の規定による申立て

(e) the filing of a petition for permission to extinguish a security interest under the provisions of Article 186, paragraph (1) of the Bankruptcy Act, a petition for permission to extinguish a right of retention under the Commercial Law under the provisions of Article 192, paragraph (3) of the Bankruptcy Act, a petition for a grant of discharge under the provisions of Article 248, paragraph (1) of



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

that Act or a petition for the restoration of rights under the provisions of Article 256, paragraph (1) of that Act, a petition for permission to extinguish a security interest under the provisions of Article 148, paragraph (1) of the Civil Rehabilitation Act, a petition for revocation of an order for a stay of execution or a petition for the revocation of a provisional mandatory order or a provisional injunctive order under the provisions of the Administrative Case Litigation Act, a request under the provisions of Article 27-20 of the Labor Union Act (Act No. 174 of 1949), a petition under the provisions of Article 16, paragraph (3) or Article 17, paragraph (1) of the Act on the Prevention of Spousal Violence and the Protection of Victims, a petition for permission to appoint a person who is not an attorney-at-law as counsel under the provisions of the proviso to Article 44, paragraph (1) of the Act on Land and Building Leases, a petition for permission to appoint a person who is not an attorney-at-law as an agent under the provisions of the proviso to Article 4, paragraph (1) of the Labor Tribunal Act, a petition for a judicial decision ordering a stay or a continuation of civil execution proceedings under the provisions of Article 7, paragraph (1) or paragraph (2) of the Act on Special Conciliation Proceedings for Expediting Adjustment of Specified Debts, a petition under the provisions of Article 39, paragraph (1) of the Personal Status Litigation Act (Act No. 109 of 2003), a motion under the provisions of Article 105-4, paragraph (1) or Article 105-5, paragraph (1) of the Patent Act (Act No. 121 of 1959), a petition under the provisions of Article 114-6, paragraph (1) or Article 114-7, paragraph (1) of the Copyright Act (Act No. 48 of 1970), or a petition under the provisions of Article 10, paragraph (1) or Article 11, paragraph (1) of the Unfair Competition Prevention Act (Act No. 47 of 1993)

ヘ　執行官の執行処分又はその遅怠に対する執行異議の申立て
(f) the filing of an objection to a disposition of execution by a court



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents

▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | | |
|---|---|---|---|
| | execution officer and any delay or negligence thereof<br>ト　最高裁判所の規則の定めによる申立てのうちイ又はロに掲げる申立てに類似するものとして最高裁判所が定めるもの<br>(g) the filing of a petition pursuant to the provisions of the Rules of the Supreme Court that the Supreme Court prescribes as being similar to any of the petitions set forth in (a) or (b) | | |
| 一八<br>(18) | 抗告の提起又は民事訴訟法第三百三十七条第二項、非訟事件手続法第七十七条第二項、家事事件手続法第九十七条第二項若しくは国際的な子の奪取の民事上の側面に関する条約の実施に関する法律第百十一条第二項の規定による抗告の許可の申立て<br>The filing of an appeal or a petition for permission to appeal under the provisions of Article 337, paragraph (2) of the Code of Civil Procedure, Article 77, paragraph (2) of the Non-Contentious Case Procedures Act, Article 97, paragraph (2) of the Domestic Relations Case Procedure Act or Article 111, paragraph (2) of the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction | （１）　一一の二の項、一五の項、一五の二の項又は一六の項に掲げる申立てについての裁判（抗告裁判所の裁判を含む。）に対するもの<br>(i) an appeal against a judicial decision on any of the petitions listed in row (11)-2, row (15), row (15)-2 or row (16) (including such a judicial decision made by the court in charge of an appeal) | それぞれの申立ての手数料の額の一・五倍の額<br>1.5 times the amount of the fee for each petition |
| | | （２）　一三の項に掲げる申立て又は申出についての裁判（不適法として却下したものを除き、抗 | 一三の項により算出して得た額の一・五倍の額<br>1.5 times the amount arrived at when calculations |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律(昭和四十六年法律第四十号)

Act on the Costs of Civil Proceedings(Act No. 40 of 1971)

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | | |
|---|---|---|---|
| | | 告裁判所の裁判を含む。）に対するもの<br>(ii) an appeal of a judicial decision on a petition or application set forth in row (13) (excluding such a judicial decision dismissing the petition or application as unlawful without prejudice, and including a judicial decision made by the appellate court) | are made pursuant to row (13) |
| | | （３） 民事保全法の規定による保全抗告<br>(iii) an appeal pertaining to a temporary restraining order under the provisions of the Civil Preservation Act | 一一の二の項ロに掲げる申立手数料の額の一・五倍の額<br>1.5 times the amount of the fee for the petition set forth in row (11)-2(b) |
| | | （４） （１）から（３）まで以外のもの<br>(iv) any appeal other than those listed in (i) through (iii) | 千円<br>1,000 yen |
| 一九<br>(19) | 民事訴訟法第三百四十九条第一項，非訟事件手続法第八十三条第一項、家事事件手続法第百三条第一項若しくは国際的な子の奪取の民事上の側面に関する条約の実施に関する法律第百十九条第一項の規定による再審の申立て又は同法第百十七条第一項の規定による終局決定の変更の申立て<br>The filing of a petition for a retrial under the provisions of Article 349, paragraph (1) of the Code of Civil Procedure, Article 83, paragraph(1) of the Non-Contentious Case Procedures Act, Article 103, paragraph (1) of the Domestic Relations Case Procedure Act or Article 119, paragraph (1) of the Act for Implementation of the Convention on the Civil Aspects of International Child Abduction, or a petition for modifying a | | 千五百円<br>1,500 yen |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of

| | | |
|---|---|---|
| | final order under the provisions of Article 117, paragraph (1) of that Act. | |

この表の各項の上欄に掲げる申立てには、当該申立てについての規定を準用し、又はその例によるものとする規定による申立てを含むものとする。
The filing of a petition set forth in the left-hand column of each row of this table includes the filing of any petition to which the provisions for the filing of the petition in question apply mutatis mutandis and the filing of any petition based on the same rules.

別表第二 （第七条関係）
Appended Table 2 (Re: Article 7)

| 項<br>Row | 上欄<br>Left-hand column | 下欄<br>Right-hand column |
|---|---|---|
| 一<br>(1) | 事件の記録の閲覧、謄写又は複製（事件の係属中に当事者等が請求するものを除く。）<br>Inspection, copying, or reproduction of the records of the case (excluding those requested by the party, etc., while the case is pending) | 一件につき百五十円<br>150 yen per inspection/copying/reproduction |
| 二<br>(2) | 事件の記録の正本、謄本又は抄本の交付<br>Issuance of an authenticated copy, transcript, or extract of the records of the case | 用紙一枚につき百五十円<br>150 yen per page |
| 三<br>(3) | 事件に関する事項の証明書の交付<br>Issuance of a certificate of the particulars of the case | 一件につき百五十円（事件の記録の写しについて原本（事件の記録が電磁的記録で作成されている場合にあつては、当該電磁的記録に記録された情報の内容を書面に出力したときのその書面。以下同じ。）の記載と相違ない旨の証明に係るものについては、原本十枚までごとに百五十円）<br>150 yen per issuance (for a certificate proving that the content of a copy of the records of the case is identical to the content of the original (or, if the records of the case are prepared in the form of electronic or magnetic records, to the content of the document that would exist if the content of the data recorded in the relevant electronic or magnetic record was output onto paper; the |



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

Costs for Whose Payment a Person Has Been Granted a Grace Period as a Form of Legal Aid)
Article 17 (Application

| | | |
|---|---|---|
| | | same applies hereinafter), 150 yen per 10 pages of the original) |
| 四<br>(4) | 執行文の付与<br>Grant of a certificate of execution | 一通につき三百円<br>300 yen per copy |

民事訴訟費用等に関する法律（昭和四十六年法律第四十号）

Act on the Costs of Civil Proceedings（Act No. 40 of 1971）

最終更新：令和元年法律第十八号
Last Version： Act No. 18 of 2019

TOC History

Check All Uncheck All

Table of Contents
▼ Main Provision
▼ Chapter I General Provisions
Article 1 (Purpose)
Article 2 (Scope and Amount of the Costs of Civil Litigation to Be Borne by Parties and Other Such Persons)
▼ Chapter II Costs to Be Paid to the Court
▼ Section 1 Fees
Article 3 (Fees for a Petition)
Article 4 (Value of the Subject Matter of a Suit)
Article 5 (Cases in Which a Person Is Deemed to Have Paid Fees)
Article 6 (Filing Petitions Without Paying Fees)
Article 7 (Fees for Inspecting and Copying Records Retained by the Court Clerk)
Article 8 (Method of Payment)
Article 9 (Return of Overpaid Fees)
Article 10 (Certifying the Re-Use of Revenue Stamps)
▼ Section 2 Costs Other Than Fees
Article 11 (Obligation to Pay)
Article 12 (Obligation to Prepay)
Article 13 (Prepayment by Postage Stamps)
Article 13-2 (Special Provisions for Costs Involved in Procedures by a Court Clerk)
▼ Section 3 Collection of Costs
Article 14 (Collection of Costs from Person Ordered to Bear Them by Judicial Decision)
Article 15 (Collection of Costs If No Prepayment Has Been Made)
Article 16 (Collection of



Document Ref: 58KBI-JLSMS-HUW7W-SBYMR

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
58KBI-JLSMS-HUW7W-SBYMR

DOCUMENT COMPLETED BY ALL PARTIES ON
23 AUG 2026 12:47:56 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **KOSUKE TSUNASHIMA**<br>EMAIL<br>KOSUKE.TSUNASHIMA@AMT-LAW.COM | SENT<br>22 AUG 2026 15:46:17<br>VIEWED<br>22 AUG 2026 15:46:42<br>SIGNED<br>23 AUG 2026 12:47:56 | <br>IP ADDRESS<br>124.39.73.5<br>LOCATION<br>TSURUMAKI, JAPAN |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
22 AUG 2026 15:46:42