Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[Civil L.R. 7-11 and 79-5(f)]<br><br>Date: September 16, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |

Plaintiffs file this motion under Civil Local Rules 7-11 and 79-5(f) because Defendant has designated as confidential portions of several documents Plaintiffs wish to file. Plaintiffs are the Filing Party. Defendant is the Designating Party.

LAW OFFICES OF CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

Plaintiffs do not contend that any of the designated material is sealable and take no position on sealing. Under Civil Local Rule 79-5(f)(1), Plaintiffs need not make the showing required by Rule 79-5(c)(1). That burden rests with Defendant.

The designated material is identified below.

| **Document** | **Portions Defendant designated** |
|---|---|
| Exhibit 1 to the Supplemental Declaration of Jeremiah A. Armstrong (Plaintiffs' Supplemental Submission) | Portions describing the content of the responses designated below |
| Exhibit 2 to the Supplemental Declaration of Jeremiah A. Armstrong (Defendant's Responses to Requests for Admission Nos. 1-41) | Responses to Nos. 4, 5, and 23 through 36 |
| Exhibit 3 to the Supplemental Declaration of Jeremiah A. Armstrong (Defendant's Responses to Interrogatories Nos. 1-12) | Response to No. 6 |
| Exhibit 5 to the Supplemental Declaration of Jeremiah A. Armstrong (counsel correspondence, August 26-27, 2026) | Portions describing the content of the responses designated above |

On August 27, 2026, Plaintiffs asked Defendant to withdraw these designations. Defendant declined and gave no reason. Armstrong Suppl. Decl. ¶ 10 & Ex. 5.

Plaintiffs have provisionally filed the designated material under seal as Civil Local Rule 79-5(b) permits. Defendant has designated no portion of Exhibit 4, and Exhibit 4 is filed publicly in its entirety. For Exhibits 2, 3, and 5, Plaintiffs have placed on the public docket the placeholder page required by Civil Local Rule 79-5(d). For Exhibit 1, Plaintiffs have filed a public version redacting only the designated portions, and the version filed under seal highlights those portions as Civil Local Rule 79-5(e) requires.

Plaintiffs respectfully request that the Court direct Defendant to file the statement or declaration required by Civil Local Rule 79-5(f)(3) within seven days and that any portion for which Defendant does not make the required showing be filed in the public record.

Dated: August 28, 2026

Respectfully submitted,
**LAW OFFICES OF CRAIG S. MILLER, P.C.**

*<u>/s/ Jeremiah A. Armstrong</u>*

*Attorneys for Plaintiffs Md Anis Uzzaman and Pegasus Tech Ventures, Inc.*