Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**SUPPLEMENTAL DECLARATION OF JEREMIAH A. ARMSTRONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS AND SUPPLEMENTAL SUBMISSION**<br><br>Date: September 16, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |

I, Jeremiah A. Armstrong, declare as follows.

1. I am an attorney licensed in California and admitted to practice before this Court. I am Of Counsel to the Law Offices of Craig S. Miller, P.C., counsel for Plaintiffs. I have personal knowledge of the matters stated here and could testify to them.

2. On July 27, 2026, after the conference required by Federal Rule of Civil Procedure 26(f), Plaintiffs served on Defendant a first set of interrogatories, a first set of requests for production, and a first set of requests for admission.

3. Defendant's responses to each set were due on August 26, 2026. I did not receive them on that date. I received them from Defendant's counsel as attachments to an electronic mail message that arrived on August 27, 2026 at 12:02 a.m. Pacific Daylight Time. That message is included in Exhibit 5. Plaintiffs' opposition to the motion to dismiss was due, and was filed, on August 24, 2026.

4. Exhibit 1 is a true and correct copy of Plaintiffs' proposed Supplemental Submission.

5. Exhibit 2 is a true and correct copy of Defendant's Response to Plaintiffs' First Requests for Admission Nos. 1-41. Exhibit 3 is a true and correct copy of Defendant's Response to Plaintiffs' First Interrogatories Nos. 1-12. Exhibit 4 is a true and correct copy of Defendant's Response to Plaintiffs' First Requests for Production Nos. 1-32. I received each as an attachment to the electronic mail message described in paragraph 3.

6. Exhibit 3 bears the signature of Defendant's counsel. It contains no verification, no signature by Defendant, and no declaration under penalty of perjury. I have reviewed the document in full and no such page appears in it.

7. Defendant marked sixteen of the forty-one responses in Exhibit 2 with the legend "DEFENDANT DESIGNATES THIS RESPONSE HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PURSUANT TO THE PENDING PROTECTIVE ORDER AND THE PARTIES' AGREEMENT." Those are the Responses to Requests Nos. 4, 5, and 23 through 36. Defendant applied the same legend to his Response to Interrogatory No. 6 in Exhibit 3. No portion of Exhibit 4 bears the legend.

8. On July 27, 2026, I sent Defendant's counsel a draft stipulated protective order. Defendant has not provided comments on it. No protective order has been entered in this action.

9. Exhibit 5 is a true and correct copy of correspondence between counsel on August 26 and 27, 2026. It includes the parties' interim agreement to treat specifically designated material

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

in accordance with the draft pending entry of an order, without prejudice to any challenge. Portions of Exhibit 5, and portions of Exhibit 1, describe the content of the responses identified in paragraph 7. Plaintiffs have therefore included Exhibits 1 and 5 in the accompanying sealing motion. Plaintiffs do not contend that any portion of either is sealable.

10. On August 27, 2026, I asked Defendant's counsel whether Defendant would stipulate to the filing of Plaintiffs' Supplemental Submission and whether Defendant would withdraw the designations identified in paragraph 7. Defendant's counsel responded that day: "First, Defendant will not agree or stipulate to Plaintiffs filing any supplemental submission. Second, Defendant will not withdraw his confidentiality designations." Ex. 5. No stipulation under Civil Local Rule 7-12 was obtained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2026 at Half Moon Bay, California.

/s/ *Jeremiah A. Armstrong*

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301