Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[Civil L.R. 79-5(f)]<br><br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |

Plaintiffs having filed a motion under Civil Local Rule 79-5(f) as to material designated by Defendant, the Court orders as follows.

| **Document and designated portion** | **Ruling** |
|---|---|
| Ex. 2, Responses to Requests for Admission Nos. 4 and 5 | ______________________ |
| Ex. 2, Responses to Requests for Admission Nos. 23-36 | ______________________ |
| Ex. 3, Response to Interrogatory No. 6 | ______________________ |
| Ex. 1, portions describing the content of the above responses | ______________________ |
| Ex. 5, portions describing the content of the above responses | ______________________ |

1. Within seven days of the filing of Plaintiffs' motion, Defendant shall file the statement or declaration required by Civil Local Rule 79-5(f)(3).

2. Any designated portion for which Defendant does not make the required showing shall be filed in the public record.

IT IS SO ORDERED.

Dated: ______________________

______________________________
Hon. Nathanael M. Cousins
Chief United States Magistrate Judge

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301