# EXHIBIT 3

## EXHIBIT FILED UNDER SEAL

Uzzaman v. Yamamoto, Case No. 5:26-cv-00945-NC