Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION**<br><br>[Civil L.R. 7-11]<br><br>Judge: Hon. Nathanael M. Cousins<br>Action Filed: January 30, 2026 |

Before the Court is Plaintiffs' administrative motion under Civil Local Rule 7-11 for leave to file a supplemental submission in opposition to Defendant's motion to dismiss. Having considered the motion and the supporting declaration, and good cause appearing, the Court orders as follows.

1. The motion is GRANTED.

2. Plaintiffs' Supplemental Submission, attached as Exhibit 1 to the Supplemental Declaration of Jeremiah A. Armstrong, is deemed filed as of the date of this Order.

3. Defendant may address the Supplemental Submission in his reply or, if the reply has been filed, by a response of no more than five pages filed within seven days of this Order.

IT IS SO ORDERED.

Dated: ______________________

______________________________
Hon. Nathanael M. Cousins
Chief United States Magistrate Judge

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301