# EXHIBIT A

# 民事訴訟法（暫定版）
# Code of Civil Procedure (Tentative translation)

（平成八年六月二十六日法律第百九号）
(Act No. 109 of June 26, 1996)

目次
Table of Contents


第一編　総則
Part I General Provisions
第一章　通則（第一条―第三条）
Chapter I General Rules (Articles 1 to 3)
第二章　裁判所
Chapter II The Courts
第一節　日本の裁判所の管轄権（第三条の二―第三条の十二）
Section 1 Jurisdiction of the Japanese Courts (Articles 3-2 to 3-12)
第二節　管轄（第四条―第二十二条）
Section 2 Jurisdiction (Articles 4 to 22)
第三節　裁判所職員の除斥及び忌避（第二十三条―第二十七条）
Section 3 Disqualifying or Challenging a Court Official (Articles 23 to 27)
第三章　当事者
Chapter III The Parties
第一節　当事者能力及び訴訟能力（第二十八条―第三十七条）
Section 1 Capacity as a Party and Capacity to Sue or Be Sued (Articles 28 to 37)
第二節　共同訴訟（第三十八条―第四十一条）
Section 2 Joint Litigation (Articles 38 to 41)
第三節　訴訟参加（第四十二条―第五十三条）
Section 3 Intervention (Articles 42 to 53)
第四節　訴訟代理人及び補佐人（第五十四条―第六十条）
Section 4 Litigation Representatives and Assistants in Court (Articles 54 to 60)
第四章　訴訟費用
Chapter IV Court Costs
第一節　訴訟費用の負担（第六十一条―第七十四条）
Section 1 Burden of Court Costs (Articles 61 to 74)
第二節　訴訟費用の担保（第七十五条―第八十一条）
Section 2 Security for Court Costs (Articles 75 to 81)
第三節　訴訟上の救助（第八十二条―第八十六条）
Section 3 Legal Aid (Articles 82 to 86)

Article 59 The provisions of Article 34, paragraphs (1) and (2) and Article 36, paragraph (1) apply mutatis mutandis to representation in litigation.

（補佐人）

(Assistants in Court)

第六十条　当事者又は訴訟代理人は、裁判所の許可を得て、補佐人とともに出頭することができる。

Article 60 (1) A party or litigation representative, with the permission of the court, may appear with an assistant in court.

２　前項の許可は、いつでも取り消すことができる。

(2) The permission set forth in the preceding paragraph may be rescinded at any time.

３　補佐人の陳述は、当事者又は訴訟代理人が直ちに取り消し、又は更正しないときは、当事者又は訴訟代理人が自らしたものとみなす。

(3) Statements entered by an assistant in court, unless immediately retracted or corrected by the party or the litigation representative, are deemed to have been made by the party or litigation representative, personally.

## 第四章　訴訟費用

## Chapter IV Court Costs

### 第一節　訴訟費用の負担

### Section 1 Burden of Court Costs

（訴訟費用の負担の原則）

(Principle of Burden of Court Costs)

第六十一条　訴訟費用は、敗訴の当事者の負担とする。

Article 61 The defeated party bears the court costs.

（不必要な行為があった場合等の負担）

(Burden of Costs: Unnecessary Acts)

第六十二条　裁判所は、事情により、勝訴の当事者に、その権利の伸張若しくは防御に必要でない行為によって生じた訴訟費用又は行為の時における訴訟の程度において相手方の権利の伸張若しくは防御に必要であった行為によって生じた訴訟費用の全部又は一部を負担させることができる。

Article 62 Depending on the circumstances, the court may have the winning party bear all or part of court costs incurred due to any act that was unnecessary for the expansion or defense of the winning party's rights, or court costs incurred due to any act that was necessary, in light of the progress of the litigation as of the time of the act, for the expansion or defense of the adverse party's rights.

Article 66 The provisions of Article 61 to the preceding Article apply mutatis mutandis to the bearing of court costs incurred due to an objection to supporting intervention between the supporting intervener and the party that raises the objection, and to the bearing of court costs incurred due to supporting intervention between the supporting intervener and the adverse party.

（訴訟費用の負担の裁判）

(Judicial Decisions on the Burden of Court Costs)

第六十七条　裁判所は、事件を完結する裁判において、職権で、その審級における訴訟費用の全部について、その負担の裁判をしなければならない。ただし、事情により、事件の一部又は中間の争いに関する裁判において、その費用についての負担の裁判をすることができる。

Article 67 (1) In the judicial decision that concludes a case, the court shall reach a judicial decision sua sponte on the bearing of all court costs incurred in the relevant instance; provided, however, that depending on the circumstances, in a judicial decision on part of a case or on an interlocutory dispute, the court may reach a judicial decision on the bearing of those costs.

２　上級の裁判所が本案の裁判を変更する場合には、訴訟の総費用について、その負担の裁判をしなければならない。事件の差戻し又は移送を受けた裁判所がその事件を完結する裁判をする場合も、同様とする。

(2) If a superior court modifies a judicial decision on the merits, it shall reach a judicial decision on the bearing of the total costs of litigation. The same applies when a court that has accepted a case remanded or transferred thereto reaches the judicial decision that concludes the case.

（和解の場合の負担）

(Burden of Costs: Settlement)

第六十八条　当事者が裁判所において和解をした場合において、和解の費用又は訴訟費用の負担について特別の定めをしなかったときは、その費用は、各自が負担する。

Article 68 If the parties reach a court settlement but make no special stipulations on the bearing of settlement costs or court costs, each party bears its own costs.

（法定代理人等の費用償還）

(Reimbursement of Costs by a Statutory Agent)

第六十九条　法定代理人、訴訟代理人、裁判所書記官又は執行官が故意又は重大な過失によって無益な訴訟費用を生じさせたときは、受訴裁判所は、申立てにより又は職権で、これらの者に対し、その費用額の償還を命ずることができる。

Article 69 (1) If a statutory agent, litigation representative, court clerk, or court execution officer, intentionally or through gross negligence, gives rise to