**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 5:26-cv-00945-NC<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF EXHIBITS 1, 2, AND 3 TO THE SUPPLEMENTAL DECLARATION OF JEREMIAH A. ARMSTRONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS AND SUPPLEMENTAL SUBMISSION** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The Court has considered the parties' submissions, all arguments presented by counsel, and the Court's file in this matter. The Court finds that good cause and compelling reasons exist to seal portions of Exhibits 1, 2, and 3 to the Supplemental Declaration of Jeremiah A. Armstrong in Support of Plaintiffs' Administrative Motions and Supplemental Submission. The Court hereby ORDERS as follows:

| Document | Portions Sought to Be Sealed | Ruling |
|---|---|---|
| Exhibit 1 - Plaintiffs' Supplemental Submission in Opposition to Defendant Yasumasa Yamamoto's Motion to Dismiss | The material highlighted green in Exhibit 1 to the Declaration of Scott Schlafer in Support of Defendant Yasumasa Yamamoto's Statement in Response to Plaintiffs' Administrative Motion (the "Schlafer Declaration"). | |
| Exhibit 2 - Defendant Yasumasa Yamamoto's Response to Plaintiff Md Anis Uzzaman's [Joined by Pegasus Tech Ventures, Inc.] First Requests for Admission (Nos. 1–41) | The material highlighted green in Exhibit 2 to the Schlafer Declaration. | |
| Exhibit 3 - Defendant Yasumasa Yamamoto's Response to Plaintiff Md Anis Uzzaman's [Joined by Pegasus Tech Ventures, Inc.] First Set of Interrogatories (Nos. 1–12) | The material highlighted green in Exhibit 3 to the Schlafer Declaration. | |

**IT IS SO ORDERED.**

DATED: ______________________________

______________________________
Hon. Nathanael M. Cousins
United States Magistrate Judge