UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,

Plaintiffs,

v.

YASUMASA YAMAMOTO,

Defendant.

Case No. 26-cv-00945-NC

**ORDER GRANTING MOTION FOR SUPPLEMENTAL SUBMISSION AND MOTION TO FILE UNDER SEAL**

Re: ECF 33, 36

Plaintiffs filed a motion seeking (1) leave to file a supplemental submission in opposition to Defendant's motion to dismiss, and (2) consideration regarding whether information in Plaintiffs' supplemental submission should be sealed. The Court orders as follows:

- Plaintiffs may file a supplemental submission in accordance with the Court's granting of the request to seal by October 2, 2026[1];
- Defendant may file a reply, no longer than five pages, to the supplemental submission by October 9, 2026; and
- The portions highlighted in green in Exhibits 1, 2, and 3 to the Scott Schlafer

[1] Plaintiffs' proposed supplemental submission, ECF 33-2, includes redactions which Defendant has since withdrawn. ECF 36 at 2. Accordingly, the Court requires Plaintiffs to file an updated supplemental submission.

Declaration, ECF 36-5, 36-6, 36-7, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: September 18, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

United States District Court
Northern District of California