Craig S. Miller (SBN 139682)
cmiller@craigsmillerlaw.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@craigsmillerlaw.com
**LAW OFFICES OF CRAIG S. MILLER, P.C.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-296-7070
Facsimile: 415-449-6301

James Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
PO Box 3835
San Luis Obispo, California 93403
Telephone: 805-543-0990
Facsimile: 805-543-0980

Attorneys for Plaintiffs
Md Anis Uzzaman and
Pegasus Tech Ventures, Inc.

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MD ANIS UZZAMAN and PEGASUS TECH VENTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YASUMASA YAMAMOTO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-00945-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT** |

The Court has considered Plaintiffs' Motion to Extend Time to File Amended Complaint under Civil Local Rule 6-3, the supporting declaration, and any opposition. Good cause appearing, the motion is GRANTED.

The deadline set by the Court's November 6, 2026 Order (ECF No. 41) for Plaintiffs to file an amended complaint, or a notice that they do not seek to amend, is extended to the later of

(a) December 18, 2026, or (b) 21 days after Defendant serves complete substantive responses to, and completes production of responsive, nonprivileged documents in response to, Requests for Admission Nos. 1, 3, 6, 9, 10, 13, 14, 16, 17, 30, 42-54, 56-90, and 95, Interrogatories Nos. 1-3, 5-7, 9, and 11, and Requests for Production Nos. 1, 6, 14, 16, 19, 20, 23, 25-28, and 30, with completion measured against the scope agreed by the parties or ordered by the Court after resolution of any remaining objections.

Within three court days after Defendant completes that discovery, the parties shall file a joint notice stating the completion date and the resulting amendment deadline. If Plaintiffs file an amended complaint, Defendant shall answer or otherwise respond within 21 days after that filing, unless otherwise ordered. All other provisions of the November 6, 2026 Order remain in effect, including the requirement of leave to add parties or claims.

IT IS SO ORDERED.

Dated: ___________________________

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

LAW OFFICES OF
CRAIG S. MILLER, P.C.
42 MILLER AVENUE • MILL VALLEY • CA 94941
PHONE 415-296-7070 • FAX 415-449-6301